**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TRENTON SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SHAHIDI, NELK, INC., METACARD, LLC, NELK USA, INC., and KYLE FORGEARD<br><br>Defendants. | Case No. 8:25-cv-00161-FWS-DFM<br><br>**CLASS ACTION**<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT AND SETTING A BRIEFING SCHEDULE [34]**<br><br>Assigned to Hon. Fred W. Slaughter |

///

///

///

Having reviewed and considered the Stipulation to Extend Time to Respond to the Initial Complaint and Setting a Briefing Schedule [34] ("Stipulation"), between Plaintiff Trenton Smith, individually and on behalf of all others similarly situated (collectively, "Plaintiffs") and Defendant John Shahidi, Defendant Nelk Inc., Defendant Metacard, LLC, Defendant Nelk USA, Inc., and Defendant Kyle Forgeard (collectively, "Defendants"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. Service of a summons in this action on Defendant Kyle Forgeard and Defendant Metacard, LLC is waived.

2. The deadline for Defendants to file any answers, motions to dismiss, or other responsive pleadings to the Complaint is **EXTENDED** to on or before **April 17, 2025**.

3. The deadline for Plaintiffs to file their response to any motion to dismiss is **EXTENDED** to on or before **May 8, 2025**.

4. The deadline for Defendants to file their reply to any response filed by Plaintiff is **EXTENDED** to on or before **May 22, 2025**.

**IT IS SO ORDERED**.

Dated: February 28, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE