COOLEY LLP
WILLIAM K. PAO (252637)
(wpao@cooley.com)
ARIANA BUSTOS (345918)
(abustos@cooley.com)
355 S. Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
Facsimile: (213) 561-3244

BRIAN M. FRENCH (*pro hac vice*)
(bfrench@cooley.com)
RONA S. LI (*pro hac vice*)
(rproper@cooley.com)
KATHERINE BECHTEL (*pro hac vice*)
(kbechtel@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

LUKE C. CADIGAN (*pro hac vice*)
(lcadigan@cooley.com)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Defendants John Shahidi, Nelk, Inc., Metacard, LLC, Nelk USA, Inc., and Kyle Forgeard*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TRENTON SMITH and MICHAEL BURROW, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SHAHIDI, NELK, INC., METACARD, LLC, NELK USA, INC., and KYLE FORGEARD<br><br>Defendants. | Case No. 8:25-cv-161-FWS-DFM<br><br>**DECLARATION OF RONA S. LI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES**<br><br>Courtroom: 10D<br>Judge: Hon. Fred W. Slaughter<br>Date: September 18, 2025<br>Time: 10:00 a.m. (PDT) |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

DECL. OF RONA S. LI ISO MOTION
TO DISMISS FIRST AM. COMPL.
8:25-CV-161-FWS-DFM

I, Rona S. Li, hereby declare as follows:

1. I am an attorney at the law firm of Cooley LLP, counsel for Defendants John Shahidi, Nelk, Inc., Metacard, LLC, Nelk USA, Inc., and Kyle Forgeard (collectively, "Defendants") in this action. I submit this declaration in support of Defendants' Motion to Dismiss First Amended Class Action Complaint for Damages ("AC"). I have personal knowledge of the facts set forth in this declaration and if called upon to testify, I could and would testify to such facts.

2. On July 2, 2025, I informed Plaintiffs' counsel that Plaintiff Michael Burrow never returned his Metacard to qualify for a refund, and therefore that the breach of contract allegations in the FAC are demonstrably false. Although Plaintiffs' counsel promised to investigate the matter with Burrow and revert, Defendants' counsel have heard nothing since.

3. Attached as **Exhibit 1** is a true and correct copy of the complaint filed by Plaintiffs' counsel in California state court in the matter of *Husary v. Shahidi*, No. 30-2025-01487294-CU-BT-CXC (Cal. Super. Ct. June 2, 2025).

4. Attached as **Exhibit 2** is a true and correct copy of the May 20, 2024, X (formerly, Twitter) post from the user account "Full Send Frens NFT" announcing the Metacard rescission offer.

5. Attached as **Exhibit 3** is a true and correct copy of the May 20, 2024, Discord post from the user account "Birdmain" announcing the Metacard rescission offer.

6. Attached as **Exhibit 4** is a true and correct copy of the portal.metacard.io website announcing the Metacard rescission offer. This webpage is available to the public and can be accessed at https://portal.metacard.io/.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

2

DECL. OF RONA S. LI ISO MOTION
TO DISMISS FIRST AM. COMPL.
8:25-CV-161-FWS-DFM

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States that the |
| 2 | foregoing is true and correct. Executed this 10th day of July 2025. |

By: */s/ Rona S. Li*
Rona S. Li

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

3

DECL. OF RONA S. LI ISO MOTION
TO DISMISS FIRST AM. COMPL.
8:25-CV-161-FWS-DFM