# EXHIBIT 2

Exhibit 2
46



Exhibit 2
47