# EXHIBIT 4

Exhibit 4
50

**FULL SEND METACARD**                                                  LOGIN

# Exclusive MetaCard Holder x Bored Jerky Program

On 4/20/2024 we launched Bored Jerky - one of the most innovative CPG products ever launched. We believe that this is a landmark initiative at the intersection of products, crypto, and digital assets that will help pave the way for the future of decentralized community ownership of real-world products.

Today, it is our distinct pleasure to announce the exclusive MetaCard Holder x Bored Jerky Program. The Program offers MetaCard Holders the opportunity to participate in a one-of-a-kind platform that we have created with the help of product experts, crypto pioneers, and legal professionals. We are excited to announce that we have reserved 40% of Bored Jerky as a Company for YOUR benefit. This 40% is reserved only for MetaCard Holders and represents our belief in this community. For those who do not wish to participate in the Bored Jerky program, we are happy to refund your MetaCard purchase, and we'll even throw in interest.

Below are some of the perks of the Program:

- Phantom Stock totaling 40% of Bored Jerky
- Immediate revenue share through an exclusive Bored Jerky Affiliate Program
- Access to the Wholesale Program
- Early samples for testing new flavors
- Semi-annual updates and presentations directly from the management team

Only MetaCard Holders are invited. We will be holding open applications for 30 days, ending on 6/20/2024.

In order to participate in the Program, please complete the application below.

Welcome to the Bored Jerky Family. 🐐

**THE APPLICATION IS NOW CLOSED.**

Exhibit 4
51