John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara Street, Suite C9
Santa Barbara, California 93101
Telephone: 805-837-2000
john@kristensen.law

Jarrett L. Ellzey* (Texas Bar No. 24040864)
Leigh S. Montgomery* (Texas Bar No. 24052214)
Tommy Kherkher* (Texas Bar No. 24113389)
Josh Sanford* (Arkansas Bar No. 2001037)
**EKSM, LLP**
4200 Montrose Blvd., Ste. 200
Houston, Texas 77006
Phone: (888) 350-3931

**ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS**
(* denotes *pro hac vice*)

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BURROW, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN SHAHIDI, an individual; NELK, INC. dba NELK, FULL SEND, a Canadian Company, METACARD, LLC, a Delaware Limited Liability Company; NELK USA, INC., a Delaware Corporation; KYLE FORGEARD, an individual, <br><br> Defendants. | Case No. 8:25-cv-161-FWS-DFM <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF MICHAEL BURROW'S ACTION ONLY** <br><br> Judge: Fred W. Slaughter <br> Courtroom: 10D |

**PLAINTIFF BURROW'S NOTICE OF VOLUNTARY DISMISSAL**
- 1 -

Plaintiff Michael Burrow, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, dismisses with prejudice his claims in this action against Defendants JOHN SHAHIDI, an individual; NELK, INC. dba NELK, FULL SEND, a Canadian Company, METACARD, LLC, a Delaware Limited Liability Company; NELK USA, INC., a Delaware Corporation; KYLE FORGEARD, an individual. Rule 41(a) permits a party to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgement, neither of which has been submitted by the Defendants. <u>This Notice of Voluntary Dismissal applies only to Plaintiff Michael Burrow individually</u>. The remaining named plaintiff(s) and putative class claims remain in this action.

WHEREFORE, Plaintiff Michael Burrow dismissed his individual action only with prejudice.

Dated: September 16, 2025

**KRISTENSEN LAW GROUP & EKSM, LLP**

*/s/ John P. Kristensen*

John P. Kristensen
Leigh S. Montgomery*
Jarrett L. Ellzey*
Tommy Kherkher *
Josh Sanford*

*Attorneys for Plaintiffs and the Putative Class*
(* denotes *pro hac vice*)

# CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, September 16, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including the following participants, pursuant to Fed. R. Civ. P. 5:

| | |
|---|---|
| Luke T. Cadigan<br>**COOLEY LLP**<br>500 Boylston Street, 14th Floor<br>Boston, MA 02116-3736<br>Telephone: (617) 937-2300<br>*lcadigan@cooley.com*<br><br>Brian M. French<br>Rona S. Li<br>Katherine A. Bechtel<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, NY 10001-2157<br>Telephone: (212) 479-6504<br>*bfrench@cooley.com*<br>*rproper@cooley.com*<br>*kbechtel@cooley.com*<br><br>Ariana Elise Bustos<br>William K. Pao<br>**COOLEY LLP**<br>355 S. Grand Avenue, Suite 900<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 561-3244<br>*abustos@cooley.com*<br>*wpao@cooley.com*<br><br>***Counsel for Defendants John Shahidi, Nelk, Inc., Metacard, LLC, Nelk USA, Inc., and Kyle Forgeard*** | Tommy Kherkher<br>Leigh S. Montgomery<br>Jarrett L. Ellzey<br>**EKSM, LLP**<br>4200 Montrose Blvd Suite 200<br>Houston, TX 77006<br>Telephone: (888) 350-3931<br>*tkherkher@eksm.com*<br>*lmontgomery@eksm.com*<br>*jellzey@eksm.com*<br><br>Joshua Sanford<br>**EKSM, LLP**<br>10800 Financial Centre Parkway<br>Little Rock, AR 72211<br>Telephone: (501) 221-0088<br>*jsanford@eksm.com*<br><br>***Co-Counsel for Plaintiffs and The Putative Class*** |

                                          */s/ John P. Kristensen*
                                            John P. Kristensen