John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara Street, Suite C9
Santa Barbara, California 93101
Telephone: (805) 837-2000
john@kristensen.law

Jarrett L. Ellzey* (Texas Bar No. 24040864)
Leigh S. Montgomery* (Texas Bar No. 24052214)
Tommy Kherkher* (Texas Bar No. 24113389)
Josh Sanders * (Arkansas Bar No. 2001037)
**EKSM, LLP**
4200 Montrose Blvd., Ste. 200
Houston, Texas 77006
Phone: (888) 350-3931

*Attorneys for Plaintiff and the Putative Class*
(* denotes *pro hac vice*)

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TRENTON SMITH, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>     v.<br><br>JOHN SHAHIDI, an individual; NELK, INC. dba NELK, FULL SEND, a Canadian Company, METACARD, LLC, a Delaware Limited Liability Company; NELK USA, INC., a Delaware Corporation; KYLE FORGEARD, an individual,<br><br>                  Defendants. | Case No. 8:25-cv-00161-FWS-DFM<br><br>**JOHN P. KRISTENSEN DECLARATION IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE SCHEDULE FOR GOOD CAUSE**<br><br>[Filed concurrently with the Joint Stipulation to Continue Case Schedule for Good Cause and [Proposed] Order]<br><br>Complaint Filed: January 29, 2025 |

# DECLARATION OF JOHN P. KRISTENSEN

I, John P. Kristensen, declare as follows:

1. I am an attorney licensed to practice before all Courts in the State of California. I am the Managing Partner at Kristensen Law Group, and counsel of record for Plaintiff Trenton Smith ("Plaintiff"). I have personal knowledge of all facts stated in this declaration and, if called to testify as a witness, I could and would competently testify thereto.

2. On June 13, 2025, the Court entered its operative scheduling order setting, among other dates, Plaintiffs' deadline to file a motion for class certification as October 2, 2025, with Defendants' opposition due November 13, 2025, Plaintiffs' reply due December 11, 2025, and a hearing on January 22, 2026 (ECF No. 67).

3. The Parties have been diligently pursuing discovery and continue to meet and confer on issues relevant to class certification.

4. The Parties have engaged in written discovery, document production, and the identification and noticing the deposition of a director for Defendants, and attempts to schedule another witness, Judd Warshaw. Plaintiff served written discovery to Defendants (Interrogatories and Requests for Production) on or about July 7, 2025. Defendants served responses on August 6, 2025. Plaintiff sent correspondence seeking L.R. 37-1 conferences on August 14, 2025, August 22, 2025, September 1, 2025 and September 3, 2025. Three Zoom conferences occurred on August 22, 2025, September 2, 2025, and September 9, 2025.

5. I have been addressing serious health issues related to kidney cancer. On June 11, 2024, I was diagnosed with kidney cancer that had caused blood clots to flood my lungs. I then underwent a full left nephrectomy to remove the 19-centimeter, 2.2-pound tumor. A couple months later I started immunotherapy which turned me into a type 1 diabetic and failed to fight the cancer.

///

6. In February 2025, I was diagnosed with stage four metastatic kidney cancer. To treat this recurrence, I underwent the first course of intensive radiation therapy in March 2025. By late May and June, I had recovered and was handling daily responsibilities better. However, in July, my oncologist determined that I would need another round of radiation to remove the renal cell carcinoma tumor(s) from my chest. This second course consisted of fifteen consecutive sessions, starting on July 29, 2025 and concluding on August 15, 2025. While I tolerated the August treatments better than the March treatments, the consecutive sessions nonetheless slowed me down. I do not expect to undergo the final round of radiation to address what remains until late 2025.

7. While we have continued to prosecute this matter, my ongoing treatment and related medical appointments have impacted my ability to finalize Plaintiffs' class certification motion on the current schedule. The requested brief extension will allow Plaintiffs' counsel to complete necessary attorney work and ensure the record is properly developed for Rule 23's rigorous analysis.

8. The Parties have conferred and agree that good cause exists for a continuance of Plaintiffs' class certification filing deadline and the case schedule, as set forth in the Parties' Joint Stipulation, in order to allow the parties to prepare for class certification.

9. This request is made in good faith, for good cause, and not for purposes of delay. The proposed continuance of the case schedule will not prejudice any Party and will promote presentation of the issues on a complete record. No prior continuance of the case schedule has been sought.

///

///

///

///

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on September 22, 2025, at Santa Barbara, California

/s/John P. Kristensen
John P. Kristensen

**DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE SCHEDULE FOR GOOD CAUSE**

- 4 -

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated: September 22, 2025          By: */s/ John P. Kristensen*
                                       John P. Kristensen