**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| TRENTON SMITH, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>JOHN SHAHIDI, an individual; NELK, INC. dba NELK, FULL SEND, a Canadian Company, METACARD, LLC, a Delaware Limited Liability Company; NELK USA, INC., a Delaware Corporation; KYLE FORGEARD, an individual.<br><br>        Defendants. | Case No.: 8:25-cv-161-FWS-DFM<br><br>**[Discovery Document: Referred to Magistrate Judge Douglas F. McCormick]**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO OVERRULE GENERAL AND BOILERPLATE OBJECTIONS, COMPEL FURTHER RESPONSES TO DISCOVERY & ENTER PROTECTIVE ORDER**<br><br>Hearing Date: Oct. 14, 2025<br>Time:           10:00 a.m.<br><br>Discovery Cut Off: April 9, 2026<br>Pretrial Conference: Oct. 29, 2026<br>Trial Date: Nov. 17, 2026 |

## PROPOSED ORDER

Having considered Plaintiffs' motion to compel further responses to interrogatories and requests for production without general objections or boilerplate objections, and a privilege log attorney for work product or attorney client withheld objections (where appropriate), and further responses to interrogatories 2, 3, 7 and 8, and requests for production of documents numbers 1 to 24, and 26 to 54, without non privilege objections within (10) days, along with all responsive documents, and a privilege log if applicable, and for entry of the Protective Order with Plaintiff's compromise regarding maintaining documents, post litigation, the parties' joint stipulation, declarations and supporting exhibits, and good cause appearing, the Court makes the following Order:

Plaintiff's motion to compel further responses by defendants Nelk, Inc., Nelk USA, Inc., Metacard, LLC, Kyle Forgeard and John Shahidi (collectively, "Defendants") is hereby GRANTED in its entirety.

Defendants shall provide amended further responses to interrogatories 2, 3, 7 and 8, and requests for production of documents numbers 1 to 24, and 26 to 54, without non privilege objections within (10) days, any privilege log (for attorney client or attorney work product privilege), along with all responsive documents.

Plaintiff shall provide a clean version of the proposed Protective Order with Plaintiff's language to compromise regarding maintaining documents post litigation for entry by this Court.

**IT IS SO ORDERED.**

DATED: _____, 2025    _____
**Hon. Douglas F. McCormick**
**United States Magistrate Judge**