John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara St., Suite C9
Santa Barbara, California 93101
Telephone: (805) 837-2000
*john@kristensen.law*

Jarrett L. Ellzey* (Texas Bar No. 24040864)
Leigh S. Montgomery* (Texas Bar No. 24052214)
Tommy Kherkher* (Texas Bar No. 24113389)
Josh Sanford* (Arkansas Bar No. 2001037)
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
*jellzey@eksm.com*
*lmontgomery@eksm.com*
*tkherkher@eksm.com*
*jsanford@eksm.com*

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS** (* denotes *pro hac vice* forthcoming)

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TRENTON SMITH, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>JOHN SHAHIDI, an individual; NELK, INC. dba NELK, FULL SEND, a Canadian Company, METACARD, LLC, a Delaware Limited Liability Company; NELK USA, INC., a Delaware Corporation; KYLE FORGEARD, an individual.<br><br>  Defendants. | Case No.: 8:25-cv-161-FWS-DFM<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOHN P. KRISTENSEN IN SUPPORT OF REQUEST BY JOHN P. KRISTENSEN TO ATTEND HEARING ON PLAINTIFF'S MOTION TO COMPEL FURHER RESPONSES TO DISCOVERY AND FOR A PROTECTIVE ORDER REMOTELY** |

) [Discovery Document: Referred to
) Magistrate Judge Douglas F.
) McCormick]
)
)

## DECLARATION OF JOHN P. KRISTENSEN

I, John P. Kristensen, declare as follows:

1.  I am an attorney licensed to practice before all Courts in the State of California. I am the Managing Partner at Kristensen Law Group, and counsel of record for Plaintiff. I have personal knowledge of all facts stated in this declaration and, if called to testify as a witness, I could and would competently testify thereto.

2.  The hearing on Motion to Compel Further Responses to Discovery and for a Protective Order is scheduled for Tuesday October 14, 2025, at 10:00 a.m. I am lead counsel.

3.  On June 11, 2024, I was diagnosed with kidney cancer that had caused blood clots to flood my lungs. I then underwent a full left nephrectomy to remove the 19-centimeter, 2.2-pound tumor. A couple months later I started immunotherapy which turned me into a type 1 diabetic and failed to fight the cancer. My newborn son was seven weeks old at the time.

4.  In early February 2025, the cancer came back, and I was diagnosed with metastatic kidney cancer in the spine, lungs, abdomen, and kidney cavities. The tumor in my L3 vertebrae was shattering my spine. My health deteriorated substantially due to the cancer and the treatment, consisting of an aggressive 10 radiation sessions targeting the tumor in my spine.

5.  To treat these conditions, I was undergoing a therapy of two drugs that began in late March/early April 2025. At the same time, I underwent two courses of intensive radiation therapy, each consisting of fifteen sessions directed at the spine and lungs in March and then August 2025. In my most recent radiation treatment, I underwent 15 sessions of radiation over three weeks that completed on

Friday, August 15, 2025.

6. The treatment of the two drugs showed promise and initially shrunk the tumors per my May 2025 PT Scan. Anthem originally listened to the requests of my oncologist and permitted a July 2025 PT scan approximately two months later. The scan showed the tumors were stable with some growth in one, but no new growths.

7. My oncologist requested another PT Scan, again two months later at the beginning of September 2025. I have the platinum plan with Anthem, so I was hopeful they would listen. Instead, they denied the PT Scan until October 2, 2025. The results last week set me back, as it demonstrated the two-drug combination was no longer suppressing the kidney cancer, and it has spread into multiple areas of new growth. Having lost a month due to Anthem's cost cutting, I am seeking a new trial, and a third round of radiation in my spine. My family and I are seeking new treatment at this time.

8. I am also seeking to wind down parts of my practice, and I am looking to avoid losing a day of travelling for a hearing that will likely last an hour.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on October 8, 2025, at Santa Barbara, California.

/s/John P. Kristensen
John P. Kristensen

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ John P. Kristensen
John P. Kristensen