1  John P. Kristensen (SBN 224132)
2  **KRISTENSEN LAW GROUP**
3  120 Santa Barbara St., Suite C9
   Santa Barbara, California 93101
4  Telephone: (805) 837-2000
5  *john@kristensen.law*

6  Jarrett L. Ellzey* (Texas Bar No. 24040864)
   Leigh S. Montgomery* (Texas Bar No. 24052214)
7  Tommy Kherkher* (Texas Bar No. 24113389)
8  Josh Sanford* (Arkansas Bar No. 2001037)
9  **EKSM, LLP**
   1105 Milford Street
10 Houston, Texas 77006
   Phone: (888) 350-3931
11 *jellzey@eksm.com*
12 *lmontgomery@eksm.com*
   *tkherkher@eksm.com*
13 *jsanford@eksm.com*
14

15 **ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS** (* denotes *pro hac vice* forthcoming)

## THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TRENTON SMITH, individually and on behalf of all others similarly situated, | Case No.: 8:25-cv-161-FWS-DFM |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST** |
| JOHN SHAHIDI, an individual; NELK, INC. dba NELK, FULL SEND, a Canadian Company, METACARD, LLC, a Delaware Limited Liability Company; NELK USA, INC., a Delaware Corporation; KYLE FORGEARD, an individual. | [Discovery Document: Referred to Magistrate Judge Douglas F. McCormick] |
| Defendants. | |

1   **PLEASE TAKE NOTICE** that the Court, having considered Plaintiff Trenton Smith's ("Plaintiff") Request, rules as follows: After careful review and consideration of the above, and for good cause shown, Plaintiff's Request is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

Plaintiff's lead counsel, John P. Kristensen, shall be allowed to appear remotely for the hearing on Motion to Compel Further Responses to Discovery and for a Protective Order scheduled for October 14, 2025.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          Hon. Douglas F. McCormick
                                          United States Magistrate Judge