John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara St., Suite C9
Santa Barbara, California 93101
Telephone: (805) 837-2000
*john@kristensen.law*

Jarrett L. Ellzey* (Texas Bar No. 24040864)
Leigh S. Montgomery* (Texas Bar No. 24052214)
Tommy Kherkher* (Texas Bar No. 24113389)
Josh Sanford* (Arkansas Bar No. 2001037)
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
*jellzey@eksm.com*
*lmontgomery@eksm.com*
*tkherkher@eksm.com*
*jsanford@eksm.com*

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS** (* denotes *pro hac vice* forthcoming)

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TRENTON SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>JOHN SHAHIDI, an individual; NELK, INC. dba NELK, FULL SEND, a Canadian Company, METACARD, LLC, a Delaware Limited Liability Company; NELK USA, INC., a Delaware Corporation; KYLE FORGEARD, an individual.<br><br>    Defendants. | Case No.: 8:25-cv-161-FWS-DFM<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST**<br><br>[Discovery Document: Referred to Magistrate Judge Douglas F. McCormick] |

1    **PLEASE TAKE NOTICE** that the Court, having considered Plaintiff
2    Trenton Smith's ("Plaintiff") Request, rules as follows: After careful review and
3    consideration of the above, and for good cause shown, Plaintiff's Request is
4    **GRANTED.**
5       **IT IS FURTHER ORDERED** as follows:
6       Plaintiff's lead counsel, John P. Kristensen, shall be allowed to appear
7    remotely for the hearing on Motion to Compel Further Responses to Discovery and
8    for a Protective Order scheduled for October 14, 2025.
9       **IT IS SO ORDERED.**

Dated: October 9, 2025

_____
Hon. Douglas F. McCormick
United States Magistrate Judge