UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TRENTON SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SHAHIDI, NELK, INC., METACARD, LLC, NELK USA, INC., and KYLE FORGEARD<br><br>Defendants. | Case No. 8:25-cv-161-FWS-DFM<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

[PROPOSED] ORDER GRANTING
STIPULATED PROTECTIVE ORDER
8:25-CV-161-FWS-DFM

# ORDER

**FOR GOOD CAUSE SHOWN,** the Court approved this Stipulated Protection Order.

**IT IS SO ORDERED.**

DATED: October 16, 2025

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE