COOLEY LLP
WILLIAM K. PAO (252637)
(wpao@cooley.com)
ARIANA BUSTOS (345918)
(abustos@cooley.com)
355 S. Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone:  (213) 561-3250
Facsimile:   (213) 561-3244

BRIAN M. FRENCH (*pro hac vice*)
(bfrench@cooley.com)
RONA S. LI (*pro hac vice*)
(rproper@cooley.com)
KATHERINE BECHTEL (*pro hac vice*)
(kbechtel@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:  (212) 479-6000
Facsimile:   (212) 479-6275

LUKE C. CADIGAN (*pro hac vice*)
(lcadigan@cooley.com)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone:  (617) 937-2300
Facsimile:   (617) 937-2400

*Attorneys for Defendants John Shahidi, Nelk, Inc., Metacard, LLC, Nelk USA, Inc., and Kyle Forgeard*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TRENTON SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SHAHIDI, NELK, INC., METACARD, LLC, NELK USA, INC., and KYLE FORGEARD<br><br>Defendants. | Case No. 8:25-cv-161-FWS-DFM<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR DAMAGES**<br><br>Courtroom: 10D<br>Judge: Hon. Fred W. Slaughter<br>Date: November 20, 2025<br>Time: 10:00 a.m. (PST) |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

DEFENDANTS' NOTICE OF MOTION &
MOTION TO DISMISS SECOND AM. COMPL.
8:25-CV-161-FWS-DFM

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 20, 2025, at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Fred W. Slaughter, United States District Judge, located at Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 10D, Defendants John Shahidi, Nelk, Inc., Metacard, LLC, Nelk USA, Inc., and Kyle Forgeard (collectively, "Defendants") will and hereby do move for an order dismissing with prejudice the claims made against them in the Second Amended Complaint for Damages (the "Second Amended Complaint" or "SAC") asserting claims for Fraud (Count I), violations of the California Consumers Legal Remedies Act ("CLRA") (Count II), and Civil Conspiracy (Count III). Defendants bring this motion pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Second Amended Complaint for Damages.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 15, 2025.

Cooley LLP
Attorneys at Law
Los Angeles (Downtown)

2

DEFENDANTS' NOTICE OF MOTION &
MOTION TO DISMISS SECOND AM. COMPL.
8:25-CV-161-FWS-DFM

| | |
|---|---|
| Dated: October 21, 2025 | Respectfully submitted, |
| | COOLEY LLP |
| | */s/ William K. Pao* |
| | WILLIAM K. PAO (252637) |
| | (wpao@cooley.com) |
| | ARIANA BUSTOS (345918) |
| | (abustos@cooley.com) |
| | 355 S. Grand Avenue, Suite 900 |
| | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 561-3250 |
| | Facsimile: (213) 561-3244 |
| | |
| | BRIAN M. FRENCH (*pro hac vice*) |
| | (bfrench@cooley.com) |
| | RONA S. LI (*pro hac vice*) |
| | (rproper@cooley.com) |
| | KATHERINE BECHTEL (*pro hac vice*) |
| | (kbechtel@cooley.com) |
| | 55 Hudson Yards |
| | New York, NY 10001-2157 |
| | Telephone: (212) 479-6000 |
| | Facsimile: (212) 479-6275 |
| | |
| | LUKE C. CADIGAN (*pro hac vice*) |
| | (lcadigan@cooley.com) |
| | 500 Boylston Street, 14th Floor |
| | Boston, MA 02116-3736 |
| | Telephone: (617) 937-2300 |
| | Facsimile: (617) 937-2400 |
| | |
| | *Attorneys for Defendants John Shahidi, Nelk, Inc., Metacard, LLC, Nelk USA, Inc., and Kyle Forgeard* |