# EXHIBIT 1

# Deposition of Drew Hill

# *In The Matter Of:*

### *Trenton Smith*
### *v.*
### *John Shahidi; et al.*

———————————

### *Drew Hill VOL I*

### *November 7, 2025*

———————————



17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

BH CDR Job # **1184660**
number of pages 288

Drew Hill - 11/7/2025

2

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION
_____
                                )
TRENTON SMITH and               )
MICHAEL BURROW, individually    )
and on behalf of all others     )
similarly situated,             )
                                )
        Plaintiffs,             )
                                )
    vs.                         ) CASE NO.
                                ) 8:25-cv-161-FWS-DFM
JOHN SHAHIDI, an individual;    )
NELK, INC. dba NELK, FULL SEND,)
a Canadian Company, METACARD,   )
LLC, a Delaware limited         )
liability company; NELK USA,    )
INC., a Delaware corporation;   )
KYLE FORGEARD, an individual,   )
                                )
        Defendants.             )
_____)


        VIDEOTAPED DEPOSITION OF DREW HILL
        VOLUME I, PAGES 1 THROUGH 288
                   VIA ZOOM
             NEW YORK, NEW YORK
          FRIDAY, NOVEMBER 7, 2025


Reported by:
Kyung Lee-Green
CA CSR No. 12655, CLR

---

1    THE UNITED STATES DISTRICT COURT
2    CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION
3    _____
                                 )
4    TRENTON SMITH and           )
     MICHAEL BURROW, individually )
5    and on behalf of all others )
     similarly situated,         )
6                                )
         Plaintiffs,             )
7                                )
     vs.                         ) CASE NO.
8                                ) 8:25-cv-161-FWS-DFM
     JOHN SHAHIDI, an individual; )
9    NELK, INC. dba NELK, FULL SEND,)
     a Canadian Company, METACARD, )
10   LLC, a Delaware limited     )
     liability company; NELK USA, )
11   INC., a Delaware corporation; )
     KYLE FORGEARD, an individual, )
12                               )
         Defendants.             )
13   _____)
14
15
16
17
18
19       Videotaped deposition of DREW HILL,
20   Volume I, located in New York, New York, via Zoom,
21   taken on behalf of Plaintiffs and the Putative
22   Class, commencing at 8:05 a.m., and ending at
23   4:59 p.m., on Friday, November 7, 2025, before
24   KYUNG LEE-GREEN, Certified Shorthand Reporter
25   No. 12655 for the State of California and CLR.

---

3

1    APPEARANCES OF COUNSEL:
2
3        For the Plaintiffs and the Putative Class:
4            EKSM, LLP
5            BY: TOMMY KHERKHER, ESQ.
6            4200 Montrose Boulevard
7            Suite 200
8            Houston, Texas 77006
9            (888)350-3931
10           tkherkher@eksm.com
11
12       For the Defendants:
13           COOLEY LLP
14           BY: RONA S. LI, ESQ.
15               SHIREEN YOUNUS, ESQ.
16           55 Hudson Yards
17           New York, New York 10001
18           (212)479-6504
19           rproper@cooley.com
20           syounus@cooley.com
21
22       Also Present:
23           Theresa Majers, Videographer
24           Madelon Bird
25

---

4

1            INDEX OF EXAMINATION
2    WITNESS: Drew Hill                    PAGE
3    Examination By Attorney Kherkher         6
4
5                EXHIBITS
6    MARKED                                PAGE
7    Exhibit 1    Metacard NFT, 1 page       11
8    Exhibit 2    Webpage printout, 1 page   12
9    Exhibit 3    Transaction spreadsheet, 1 page   17
10   Exhibit 4    Transaction spreadsheet, 1 page  22
11   Exhibit 5    Webpage printout, 1 page   24
12   Exhibit 7    Arkham Intel web printout,  25
               1 page
13
14
15   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
16       (None.)
17
18       INFORMATION REQUESTED
19       (None.)
20
21
22
23
24
25

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Drew Hill - 11/7/2025

5

1           NEW YORK, NEW YORK;
2       FRIDAY, NOVEMBER 7, 2025; 8:05 A.M.
3               -o0o-
4           THE VIDEOGRAPHER:  Good morning.  We are
5   on the video record at 8:05 a.m. on            08:05:32
6   November 7th, 2025, for the videotaped deposition of
7   Drew Hill.  We are taping this deposition remotely
8   via Zoom in the matter of Trenton Smith, et al.,
9   versus John Shahidi, et al.,
10  Case No. 8:25-cv-161-FWS-DFM.  This is Media File   08:05:49
11  No. 1.
12          I am Theresa Majers, the videographer from
13  Ben Hyatt Certified Deposition Reporters, located in
14  Encino, California.
15          Will all counsel present please identify    08:06:13
16  themselves for the record, starting with the
17  questioning attorney.
18          ATTORNEY KHERKHER:  This is Tom Kherkher
19  for the plaintiffs.
20          ATTORNEY LI:  This is Rona Li from          08:06:26
21  Cooley LLP for defendants.
22          THE COURT REPORTER:  Good morning.  My
23  name is Kyung Lee-Green.  I am a Certified Shorthand
24  Reporter in the State of California; my license
25  number is 12655.                                  08:06:32

6

1           DREW HILL,                                08:06:32
2   having been administered an oath to tell the truth,
3   the whole truth, and nothing but the truth,
4   testified as follows:
5                                                     08:06:32
6           EXAMINATION
7   BY ATTORNEY KHERKHER:
8       Q.  Mr. Hill, have you ever given a deposition
9   before?
10      A.  Yes.                                       08:07:18
11      Q.  When was that?
12      A.  I'm not sure exactly.  But my best guess
13  would be two, three years ago.
14      Q.  What type of matter was it?
15      A.  Could you be -- could you be a little more  08:07:37
16  clear?  I'm not sure what you're asking.
17      Q.  Yeah.  What did you give a deposition
18  about?  What was the case about?
19      A.  I was called as a witness -- not a
20  witness.  I was called -- trying to think how to    08:07:49
21  phrase it.
22          I was called because some plaintiff
23  attorney thought we had -- our company had something
24  to do with their case, so I was -- I -- I don't know
25  the legal phrase for it, but I was called in to be  08:08:02

7

1   asked questions.  That was it.  Had nothing to do   08:08:05
2   with our company.
3       Q.  Okay.
4           So you understand what a deposition is;
5   correct?                                            08:08:13
6       A.  Yes.
7       Q.  You un -- you understand that you're
8   testifying under oath, just as if you were
9   testifying in court?
10      A.  Yes.                                        08:08:20
11      Q.  Okay.  You understand that you're required
12  to answer each question truthfully, to the best of
13  your ability?
14      A.  Yes.
15      Q.  Okay.                                       08:08:29
16          If you don't understand a question,
17  will -- will you please let me know rather than
18  guess at an answer?
19      A.  Yes.
20      Q.  Okay.  Are you taking any medications or    08:08:38
21  under any sort of condition or influence that would
22  affect your ability to testify accurately today?
23      A.  No.
24      Q.  Did you do anything to prepare for this
25  deposition?                                         08:08:53

8

1       A.  Standard deposition prep, the attorneys --  08:08:54
2       Q.  No -- what was that?
3           ATTORNEY LI:  I'll instruct you to only
4   answer to the extent you can do so without
5   disclosing any privileged information.              08:09:02
6   BY ATTORNEY KHERKHER:
7       Q.  Sure.  Who -- who did you meet with in
8   prep -- in preparation for today's deposition?
9       A.  Attorneys.
10      Q.  Only attorneys?                             08:09:12
11      A.  Yes.
12      Q.  What documents did you review in
13  preparation for today?
14      A.  I don't recall the exact titles of all of
15  them, but motion to dismiss, interrogatories, and a  08:09:29
16  couple other materials --
17      Q.  Okay.  Did -- did -- so what -- what
18  you're articulating is -- is court documents.
19          Did you review any e-mails, internal
20  company records, text messages, communications?     08:09:40
21      A.  In preparation for it, no.
22      Q.  Okay.
23          So you've only reviewed court documents in
24  preparation for today's deposition?
25      A.  Yes.                                        08:09:55

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Drew Hill - 11/7/2025

9

```
 1        Q.  Okay.                                    08:09:57
 2        Okay.  Mr. Hill, here's what I want to do.
 3   I'm sure you don't want to be here any longer than
 4   the rest of us.  I want to go over -- I sent your
 5   attorney some exhibits earlier this morning.  What I  08:10:13
 6   want to do is -- throughout the course of this
 7   deposition, I'm going to be going over blockchain
 8   transactions.  And, effectively, what I want to
 9   do -- and I'm -- and I'm sure you have a very basic
10   understanding of the blockchain.  I don't need you   08:10:28
11   to be an expert.  I'm not an expert.
12        But I -- I just want to lay some
13   foundation so we can establish some rules.  This
14   will prevent me from having to go through each
15   individual transaction in such a tedious amount that  08:10:44
16   we might be here for all seven hour -- seven hours
17   if we can't agree to this.  Is -- is that -- is that
18   fair?  Is that okay with you?  Can we take a look at
19   what I sent over?
20        A.  Sure.                                    08:10:56
21        Q.  Okay.  Okay.
22        Mr. Hill, you are familiar with
23   cryptocurrency and the Ethereum blockchain; correct?
24        A.  To a certain degree.
25        Q.  Okay.  You understand that every Ethereum  08:11:07
```

10

```
 1   transaction is permanently recorded and can be       08:11:10
 2   verified by anybody; correct?
 3        A.  I'm aware it's recorded.  But I don't know
 4   what you mean by "verified by anybody."
 5        Q.  Meaning block addresses are -- exist       08:11:21
 6   forever.  The record exists forever.  Would you
 7   agree with that?
 8        A.  Yes.
 9        Q.  Okay.  Are you familiar with the website
10   Etherscan?                                           08:11:31
11        A.  Yes.
12        Q.  Okay.
13        You understand that Etherscan allows the
14   public to view Ethereum transactions?
15        A.  Yes.                                       08:11:42
16        Q.  Okay.  Have you ever used Etherscan or a
17   similar tool in your work at Nelk, Full Send
18   Metacard, or your personal capacity?
19        A.  Yes.
20        Q.  Okay.  Are you familiar with OpenSea, the  08:11:52
21   NFT marketplace?
22        A.  Yes.
23        Q.  Okay.  You understand that each OpenSea
24   NFT page displays the smart contract address that
25   governs NFTs; right?                                 08:12:06
```

11

```
 1        A.  Sorry.  Could you repeat the question.    08:12:08
 2        Q.  You understand that each OpenSea NFT page
 3   displays the smart contract address that governs the
 4   NFT?
 5        A.  I don't know.                              08:12:23
 6        (Exhibit 1 marked.)
 7   BY ATTORNEY KHERKHER:
 8        Q.  Okay.  Well, let's take a look at
 9   Exhibit 1 that I sent your counsel.  Let me know
10   when you have it in front of you -- or would you     08:12:39
11   like me to display it on the screen?
12        A.  No.  It's in front of me.
13        Q.  Okay.
14        Do you see here, this is a screenshot of a
15   Metacard NFT on OpenSea; correct?                    08:12:48
16        ATTORNEY LI:  Objection.  Foundation.
17        THE WITNESS:  It appears to be.
18   BY ATTORNEY KHERKHER:
19        Q.  Okay.  Do you see the yellow highlighted
20   contract address?                                    08:13:07
21        A.  Yes.
22        Q.  Okay.
23        This contract address is clickable, and it
24   links directly to Etherscan.  Do you have any reason
25   to doubt that?                                       08:13:25
```

12

```
 1        A.  I'm unable to verify that.                 08:13:28
 2        Q.  Sure.  Totally understand.  So I'm going
 3   to help you verify that.  So let -- let's look at
 4   Exhibit 2.  Let me know when you have it up.
 5        (Exhibit 2 marked.)                            08:13:38
 6        THE WITNESS:  It's in front of me.
 7        ATTORNEY KHERKHER:  Okay.  Do you see --
 8   if -- if we go back to Exhibit 1, you see it says,
 9   "Contract Address 0x7ecb. . . 7ad5" --
10        (Reporter clarification.)                      08:13:58
11        ATTORNEY KHERKHER:  I'm -- I'm sorry.
12   Yeah.  I'm sorry, Ms. Lee-Green.  We're -- I'm --
13   you're -- you're absolutely right.  I'm going to
14   slow down.  It's going to be a -- there's going to
15   be a lot of these, unfortunately.                    08:14:04
16   BY ATTORNEY KHERKHER:
17        Q.  Okay.  Mr. Hill, on the contract address
18   on Exhibit 1, the highlighted portion, you see it
19   says, "Contract Address 0x7ecb . . . 7ad5"?
20        A.  I do see that.                             08:14:26
21        Q.  Okay.
22        And on Exhibit 2, in the top left, same
23   yellow highlighting.  This is Etherscan.
24        We have an address that says
25   0x7ecb204fed7e386386cab461fcb823ec5067ad5; correct?  08:14:45
```

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

---

13

1  A  I think you missed the letter "a", but I   08:15:12
2  do see the highlight that you're speaking of.
3  Q  Yeah.  I -- I -- I apologize if I missed a
4  letter.  Obviously, it's -- it's really long --
5  A  Okay -- yeah --   08:15:21
6  Q  -- that's -- and that's why -- and --
7  and -- that's why we're doing this here because
8  if -- if we don't lay this foundation, I'm going to
9  be reading these -- I'm going to be reading hundreds
10  of these, and it's going to take -- you know, we're   08:15:27
11  going to be here for -- for seven hours, all of us.
12  A  Understood.
13  Q  Okay.
14     So you would agree that this is the same
15  address; correct?  Even though on Exhibit 1, it's   08:15:36
16  hyphenated and shortened.  But -- but
17  functionally -- not functionally -- this is the same
18  address; correct?
19     ATTORNEY LI:  Objection.  Calls for
20  speculation.   08:15:51
21     THE WITNESS:  I can't confirm it's the
22  exact same address, as the first one's abbreviated
23  and, additionally, not clickable to go from -- it's
24  on paper, so I can't verify that -- that it's
25  accurate --   08:16:06

---

14

1  BY ATTORNEY KHERKHER:   08:16:06
2  Q  Sure.  Okay.  If -- if I showed a live
3  representation or live audit of it, would -- would
4  you believe me?  Or do you want to take my word for
5  it?  Or do you want me to show you?   08:16:16
6  A  Yeah.  Can you show me?
7  Q  Yeah.  Sure.
8     Okay.  I am going to share my screen with
9  you.  Okay.  Mr. Hill, can you see my screen?
10  A  Yes.   08:17:30
11  Q  Okay.  You see the spinning Metacard?  You
12  see OpenSea.io?
13  A  Yes.
14  Q  Do you have any reason to doubt that this
15  isn't OpenSea -- this isn't publicly available that   08:17:42
16  you could go to right now?
17  A  Could you refresh the page.
18  Q  Yeah.  Sure.
19  A  Okay.
20     Yeah.  I -- I --   08:17:55
21  Q  Okay.
22  A  -- believe it to be OpenSea.
23  Q  Okay.
24     So if I click on "Blockchain Details," do
25  you see contract address 0x7ecb . . . 78d5?   08:18:02

---

15

1  A  Yes.   08:18:10
2  Q  Okay.  If I click on it, do you see
3  "Etherscan" pops up?
4  A  Yes.
5  Q  And it says "Contract Creator, Full Send   08:18:17
6  Metacard Deployer; Token Tracker, Full Send Metacard
7  FSCM," with the -- with the address?
8  A  Sorry.  I'm just verifying the address is
9  the same as on the paper.
10  Q  Sure.   08:18:39
11  A  No.  That's right.
12  Q  Okay.  So we --
13  A  Wait.  One sec.  Sorry.  I'm still -- I'm
14  still looking at it.
15     Yeah, it appears to be the exact same.   08:19:04
16  Q  Okay.  So we can agree -- so I'm going to
17  take my screen down.  Okay?
18  A  Okay.
19  Q  Okay.  Let's go back to Exhibit 2.
20  A  Yeah.   08:19:33
21  Q  All right.  We have the address
22  highlighted in yellow that we just saw; right?
23  Straight from OpenSea; correct?
24  A  Correct.
25     ATTORNEY LI:  Objection.   08:19:44

---

16

1  BY ATTORNEY KHERKHER:   08:19:50
2  Q  Okay.
3     So -- and, again, we -- we can do this
4  live if you want.  I would like to think that we
5  wouldn't have to do this, in the sake of saving   08:20:00
6  time.  But if you take the address, which was the
7  Full Send Mint Wallet, and you go to the beginning
8  of time that this wallet address exists, do you see
9  the first few transactions on Exhibit 2 highlighted
10  in red from a Full Send Metacard Deployer Wallet?   08:20:17
11  A  There's only one transaction highlighted
12  in red.  Are you referring to that one?
13  Q  Yeah, there -- correct.  There's only
14  one transaction highlighted in red; however, if you
15  look at the five or so below it, they're all from   08:20:34
16  the same place.  Unless you want me to go and show
17  you.
18  A  I can't confirm they're all from the same
19  place.
20  Q  Okay.   08:20:45
21     That's not really important, that all five
22  don't need to be from the same place, even though
23  they are.  But what's important is, do you see the
24  Full Send Metacard Deployer with the contract
25  address?  It's 0x9e7 . . . to the end is c731?   08:21:00

---

4  (Pages 13 to 16)

17

1      A   Yeah, the first few digits you said are      08:21:07
2   correct.  And the last few digits you said are also
3   correct.
4      Q   Okay.  Do you want -- do you want me to
5   read -- should we read the entire thing for the      08:21:16
6   record, or are -- are you okay with the first --
7   first five or so digits on the front end and
8   four digits on the back end, because vernacularly
9   that's how they're ledgered everywhere, unless we
10   want to go through all these transactions --      08:21:33
11      A   For this -- for this particular instance,
12   I'm -- I'm okay with it.
13      Q   Okay.
14      (Simultaneous speakers interrupted by
15       the reporter.)      08:21:38
16   BY ATTORNEY KHERKHER:
17      Q   Yes, ma'am.  Apologies.
18      Okay.
19      All right, Mr. Hill, please look at
20   Exhibit 3.      08:22:06
21      (Exhibit 3 marked.)
22   BY ATTORNEY KHERKHER:
23      Q   Does the contract address on the top of
24   Exhibit 3 in red match the contract address in
25   Exhibit 2 in red?      08:22:20

18

1      A   Yes.      08:22:22
2      Q   Okay.
3      You understand that Etherscan
4   automatically applies a title based on verified
5   contract met -- metadata?  Like, do you see say it      08:23:01
6   says "Full Send Metacard: Deployer"?
7      ATTORNEY LI:  Objection.  Compound.
8      THE WITNESS:  What's -- what's the
9   question you're asking?
10   BY ATTORNEY KHERKHER:      08:23:11
11      Q   The question is, do you understand that
12   Etherscan automatically applies a title based on
13   verified contract met -- metadata; correct?
14      ATTORNEY LI:  Objection.  Calls for
15   speculation.      08:23:24
16      THE WITNESS:  I'm unsure, to be honest.
17   So I'm not going to speculate.
18   BY ATTORNEY KHERKHER:
19      Q   Okay.
20      So, for the record, here -- here -- here's      08:23:33
21   why I'm asking you this.
22      For the record, for the rest of this
23   deposition, I want to be -- I want to call the
24   Full Send Metacard Deployer Wallet the "Deployer
25   Wallet" rather than dictate the entire contract      08:23:52

19

1   address.  Are you comfortable, even if you can't      08:23:55
2   verify -- are you comfortable with me calling the
3   wallet 0x9e7042da3a200a6dbfbfe788a48ee36d1fc2c731
4   the "Full Send Metacard Deployer," or do you want to
5   dictate that every time?      08:24:40
6      A   I -- I believe you added an extra 8 in
7   there.  But if we're referring to the address on
8   Exhibit 3, highlighted in red, we can agree to an
9   abbreviated name for it.  But I don't know what
10   you're defining as the "Metacard Deployer Wallet."      08:24:54
11      Q   Okay.  But you're comfortable with me
12   calling that -- calling it for clarity?
13      A   I don't know what you're using the term
14   "Metacard Deployer Wallet" as.
15      Q   Okay.  Sure.  Let -- let me -- let me      08:25:11
16   define that.
17      And, again, if -- if you need me to go
18   pull it up, I can pull it up.  My representation to
19   you is that Exhibit 2 shows the very first
20   transactions of the Metacard FS Full Send Metacard      08:25:29
21   MC token, which we found from OpenSea.
22      If you look at the top right of the page,
23   it says page 7 -- 717 of 717.  I took these
24   screenshots last night in preparing, so it would
25   have been 1388 days ago.  These are the very      08:25:52

20

1   last transactions, meaning the Full Send Metacard      08:25:57
2   Deployer Wallet created the Full Send Metacard Mint
3   Wallet.  Does that make sense?
4      ATTORNEY LI:  Objection.
5      THE WITNESS:  I can't verify whether that      08:26:19
6   statement is accurate.
7   BY ATTORNEY KHERKHER:
8      Q   Okay.  Did you --
9      A   I -- I had no part in setting that up, so
10   I can't give you an answer.      08:26:25
11      But you would agree that if the very
12   first transactions in a crypto wallet come from the
13   deployer, you would agree they're related; correct?
14      Q   I'm unsure.  Don't want to speculate.
15      A   I'm unsure.  Don't want to speculate.      08:26:53
16      Q   Okay.
17      So what you're speculating on is a wallet
18   is just created from nothing with no rhyme or
19   reason; correct?
20      ATTORNEY LI:  Misstates testimony.      08:27:06
21      THE WITNESS:  What I'm saying is I
22   can't -- based on what you said, I cannot give you a
23   definitive answer.  I don't wish to speculate.
24   BY ATTORNEY KHERKHER:
25      Q   Okay.  Sure.      08:27:18

5  (Pages 17 to 20)

**Drew Hill - 11/7/2025**

---

21

1    Mr. Hill, again, I -- I'm not -- I'm --                08:27:19
2  I'm just trying to lay a foundation because in about
3  two hour or three hours from now, I'm going to be
4  going through blockchain transa -- transactions, and
5  it's just -- this is going to let me know how much     08:27:32
6  time I need to budget.
7    Because if we need to go through -- if we
8  can't establish the very basic parameters, we're
9  going to be going through hundreds of blockchain
10 transactions.  Just -- just playing -- not whack --    08:27:47
11 not whack-a-mole, but it's going to be ve -- it's
12 going to be very tedious for everybody.
13    But can we agree, for the sake of today's
14 deposition, if I call something the "Full Send
15 Metacard Deployer Wallet," I am referencing the        08:28:06
16 wallet 0x9e . . . c731?
17    A   Sure.
18    Q   Okay.
19    So let's look at Exhibit 4.
20    THE COURT REPORTER:  Counsel, are you      08:28:45
21 marking these exhibits for the record?
22    ATTORNEY KHERKHER:  Yes.  I -- I
23 apologize.  I sent them over to defendants, and they
24 have a Bates stamp on them with the number.
25    ATTORNEY LI:  Tommy, just jumping in.  I    08:28:59

---

22

1  don't see the Bates number anywhere.                   08:29:02
2    ATTORNEY KHERKHER:  Oh, you don't -- you
3  don't see on the top, left corner, it says
4  Exhibit 4?
5    ATTORNEY LI:  Oh, I see the exhibit        08:29:10
6  number.  I didn't see any sort of Bates number.
7    ATTORNEY KHERKHER:  I'm sorry.  I mis --
8  I -- I misspoke.  Not Bates number, exhibit number.
9    ATTORNEY LI:  Noted.  Yes, we see the
10 exhibit number.                                         08:29:20
11   ATTORNEY KHERKHER:  I -- I apologize.
12   (Exhibit 4 marked.)
13 BY ATTORNEY KHERKHER:
14   Q   Okay.  Okay.  Look -- looking at
15 Exhibit 4, do you see that this is a transaction on    08:29:41
16 the record on Etherscan?
17   ATTORNEY LI:  Objection.  Foundation.
18   THE WITNESS:  It appears to be, but I
19 can't say definitively.
20 BY ATTORNEY KHERKHER:                                   08:30:00
21   Q   Okay.
22   The "From" address is the deployer wallet
23 we just identified; correct?
24   A   Where are you seeing that?
25   Q   It says, "From:  Full Send Metacard," with  08:30:11

---

23

1  the abbreviation that is consistent with Exhibit 3.    08:30:14
2  What would you --
3    ATTORNEY LI:  Objection.
4    THE WITNESS:  I can't say definitively --
5  sorry -- definitively, without seeing the full         08:30:26
6  wallet address.
7  BY ATTORNEY KHERKHER:
8    Q   Okay.
9    So, again, I can pull up my screen, and we
10 can do this for every single transaction.  Is that     08:30:36
11 what you want to do, or are you just -- are you
12 saying that you want to see it once, and you get
13 comfortable with it, and then you can take my word
14 for it?
15   A   I'd prefer to go through each one visually   08:30:56
16 just to -- just so I can be sure of what I'm
17 speaking of.
18   Q   Okay.  You -- you understand that your
19 counsel asked for everything I would be showing you
20 in paper form.  And if we're going to go through       08:31:08
21 hundreds of transactions live, seeing them live,
22 you're going to need to rely on my computer screen.
23 Are you okay with that?
24   A   Yes.
25   Q   Okay.                                         08:31:24

---

24

1    All right.  Let me just wrap this up          08:31:51
2  because this is going to change how -- how I do
3  things today.  And then we'll take a quick break.
4    Let's go to Exhibit 5 just -- just for the
5  sake of clarity.  I want to make sure that we're on    08:32:01
6  the same page, Mr. Hill.
7    A   Okay.
8    (Exhibit 5 marked.)
9  BY ATTORNEY KHERKHER:
10   Q   Are you aware that, in addition to          08:32:16
11 Etherscan, there were additional blockchain tools?
12 This one I'm showing you here is called
13 Arkham Intelligence.
14   A   Yes.
15   ATTORNEY LI:  Objection.  Foundation.       08:32:29
16   THE WITNESS:  Can you define what you mean
17 by "other" -- I believe you said --
18 BY ATTORNEY KHERKHER:
19   Q   Yeah, sure.
20   So -- so blockchain tools aggregate public    08:32:40
21 blockchain data from public ledgers like Ethereum;
22 correct?
23   A   Yes.
24   Q   Okay.
25   You'd agree that if two independent          08:32:58

---

6  (Pages 21 to 24)

Drew Hill - 11/7/2025

25

```
08:33:05
 1  blockchain tools show the same transaction
 2  independently, that confirms the transaction is
 3  correct?
 4      A   I would assume it to be correct.
 5      Q   Okay.                                   08:33:17
 6      And that supports reliability?
 7      A   Can you rephrase the question.
 8      Q   That supports the reliability of both
 9  systems; correct?
10      A   Are -- are you asking me --            08:33:34
11      Q   If -- if -- if -- if two entities,
12  independent blockchain technology aggregators, show
13  the same transaction, you would say that they are
14  reliable; correct?
15      A   I mean, I can't assert any validity to how  08:33:57
16  reliable they are.  I would assume it shows on both.
17  The transaction may be legitimate, but I can't speak
18  to how verifiable the -- you know, blockchain
19  platforms are themselves.
20      Q   Sure.  Okay.                            08:34:12
21      Let's go to Exhibit 7.
22      (Exhibit 7 marked.)
23  BY ATTORNEY KHERKHER:
24      Q   Now, again, this is me taking two separate
25  screenshots and putting them on the one page, so I   08:34:29
```

26

```
08:34:32
 1  can be more clear for you.  But af -- after our
 2  break later on today, I'm to go through manually
 3  online.  I'm just trying to see what -- see what --
 4  what kind of level of cooperation we're working
 5  with.                                           08:34:49
 6      On the top -- on the top, do you see a
 7  transaction from the Full Send Metacard Deployer to
 8  0x9cee2036 . . . f670e6532?
 9      A   I don't know for sure if that's the same
10  address that we were speaking of in the previous   08:35:19
11  exhibits in relation to what you're defining as the
12  Full Send Metacard Deployer Wallet.  But I do see a
13  transaction to the abbreviated address you
14  mentioned.
15      Q   Sure.  Okay.                            08:35:36
16      And for -- forget about the Full Send
17  Metacard Deployer address.  But for what -- I'm just
18  more focused on the highlighted address that says
19  "To."  So we're on -- we're in agreement with that?
20      A   What are we agreeing on?                08:35:49
21      Q   Just with respect to the address, the
22  0x9cee2036 --
23      A   What are we agreeing to that?  That
24  that -- that it's an address -- address that
25  exists --                                       08:36:02
```

27

```
08:36:03
 1      Q   That it exists?  Yeah.
 2      Would you agree with --
 3      A   I have no reason to believe it's false,
 4  but I also have no verifiable evidence that it
 5  exists.                                         08:36:12
 6      Q   Yeah.  Sure.
 7      Well, like I said, we're -- we're changing
 8  how -- how we're doing things today.  I'm going to
 9  go through the computer and -- and show you
10  everything.  I'm just trying to get a gauge of what   08:36:20
11  I need to do after we come back from the -- from the
12  break.
13      Okay.  Do you see that, excluding the
14  characters in the middle, the wallet address ending
15  in 6532 is pasted in OpenSea?                   08:36:43
16      A   Without seeing the middle characters, I
17  can't give you an answer as the verifiability --
18      Q   Yeah.  Sure.
19      A   -- it's the exact same address.
20      Q   Yeah.  Sure.  Okay.                     08:37:05
21      Well, we're -- we're just going to go
22  through this on -- on the computer, then.
23      Mr. Hill, let's do this.  I'm -- I'm going
24  to rearrange how -- how I'm going to do things
25  today.  We're going to be here for a long time.  08:37:13
```

28

```
08:37:16
 1  Let's take a five-minute break so I can get my
 2  computer set up, and we can go from there.  Is that
 3  fair?
 4      A   Sure.
 5      Q   Okay.                                   08:37:25
 6      THE VIDEOGRAPHER:  We are off the record
 7  at 8:37 a.m.
 8      (Pause in the proceedings.)
 9      THE VIDEOGRAPHER:  This is the beginning
10  for Media File No. 2.  We are back on the record at   08:45:42
11  8:45 a.m.
12  BY ATTORNEY KHERKHER:
13      Q   Okay.  Mr. Hill, what's your current
14  position at Nelk?
15      A   Title is director of operations.        08:45:57
16      Q   Okay.  And when did you first begin
17  working with Nelk or its affiliates?
18      A   First -- I guess if we are going to a
19  first time in a full-time capacity would be late
20  2018.                                           08:46:18
21      Q   Okay.  And what -- what was your title
22  when you first started working at Nelk?
23      A   I don't recall.
24      Q   When did you become director of
25  operations?                                     08:46:39
```

7 (Pages 25 to 28)

**Drew Hill - 11/7/2025**

---

29

```
 1      A  I don't recall the specific date.        08:46:43
 2      Q  Did you hold any titles beforehand?
 3      A  Yes.
 4      Q  Okay.  What -- what were you before you
 5   were the director of operations?              08:46:57
 6      A  Immediately prior to director of
 7   operations, the title was business manager.
 8      Q  And how about prior to that?
 9      A  I don't know for certain if there was a
10   title prior to that or if that was my first title.  08:47:10
11      Q  Okay.
12         And approximately when did you become a
13   business manager?
14      A  The title?
15      Q  Correct.                                08:47:23
16      A  Unsure.
17      Q  Can you give me a year range?
18      A  It would be purely speculation, but 2019,
19   2020.
20      Q  And when did you become the director of  08:47:41
21   operations?
22      A  I -- I don't know for sure.
23      Q  Can you give me a year?
24      A  I -- again, it would be speculative, but
25   2020, 2021.                                   08:47:54
```

---

30

```
 1      Q  Okay.                                    08:47:55
 2         Who did you directly report to?
 3      A  Kyle Forgeard and John Shahidi.
 4      Q  And who reports to you?
 5      A  A handful of people.                      08:48:11
 6      Q  Can you explain?
 7      A  Many individuals.
 8      Q  How many?
 9      A  I don't know the exact number.
10      Q  Can you give me an approximation?        08:48:26
11      A  10 to 15.
12      Q  Are these employees or contractors or
13   what's their working relationship with Nelk?
14      A  Employees.
15      Q  Can you explain to me the corporate      08:48:48
16   structure of Nelk?
17      A  Of Nelk USA or every entity?
18      Q  Every entity.
19      A  Yeah.  The -- the corporate structure, as
20   I understand it, would be the top Co is Full Send  08:49:02
21   Holdings, Inc., new -- Nelk, Inc., is the company
22   under, which is Nelk USA, Inc.'s parent company.
23   And Metacard, LLC, is a wholly owned subsidiary of
24   Nelk USA, Inc.
25      Q  Have you ever been employed by           08:49:26
```

---

31

```
 1   Metacard, LLC?                                 08:49:27
 2      A  Define employed.
 3      Q  Did you ever do any work on behalf of
 4   Metacard, LLC?
 5      A  Yes.                                      08:49:43
 6      Q  Do you have any ownership interest in
 7   Metacard, LLC?
 8      A  Define ownership interest.
 9      Q  Did you have any equity?
10      A  No.                                       08:49:55
11      Q  Who owned the equity in Metacard, LLC?
12      A  Again, Metacard, LLC, is a wholly owned
13   subsidiary of Nelk USA, Inc.
14      Q  And can you clarify the -- the corporate
15   structure?                                     08:50:18
16         So there's Nelk Inc., and that's a
17   Canadian organization?
18      A  Correct.
19      Q  Okay.  And then there is Nelk USA, which
20   is different than the Canadian organization.    08:50:28
21      A  Yes.  It's the subsidiary company of the
22   Canadian company.  It's -- it's where -- for U.S.
23   operations.
24      Q  Previous operations, so it's -- it's --
25      A  U.S. operations.                          08:50:48
```

---

32

```
 1      Q  U.S. operations.  Okay.                   08:50:49
 2         What role does each entity play in the
 3   Metacard project?
 4      A  That's vague.  I -- could you be more
 5   specific.  Or --                               08:51:04
 6      Q  You said --
 7      A  Clarify more --
 8      Q  Yeah.  So you said Metacard, LLC, was a
 9   wholly owned subsidiary.  Who -- who was in
10   charge -- what parent company was playing what role  08:51:15
11   in directing Metacard?
12      A  Are you asking me which employees of each
13   entity were in charge of --
14      Q  Right.  Right.
15      A  -- Metacard?                              08:51:31
16      Q  Sure.  So -- so -- sure.  Let's go with
17   that.
18      A  So what capacity are you looking for?
19   Were they an employee who did work on Metacard or
20   are you asking for specific -- something more    08:51:41
21   specific than that?  I just don't understand.
22      Q  Who were the key decision makers for
23   Metacard?
24      A  Kyle Forgeard, John Shahidi, Sam Shahidi.
25   Those were, I'd say, the key, key decision makers.  08:52:02
```

---

8  (Pages 29 to 32)

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Drew Hill - 11/7/2025**

---

33

1    Q   Okay.  And what -- what were those                08:52:06
2  individuals responsibilities for Metacard?
3    A   A plethora of things.
4    Q   Can you elaborate?
5    A   They all wore a bunch of hats, and I don't      08:52:26
6  know specifically every single role that they did
7  and every task that they had.  You'd have to ask
8  them yourself.
9    Q   Who came up with the Metacard idea?
10    A   Can you be more specific?                         08:52:40
11    Q   I don't know how to be more specific.
12       How -- how did the Metacard idea come
13  about?
14    A   I'm unsure of any specific instance where
15  I can say this is where Metacard became the idea or  08:52:56
16  became -- or came to fruition.
17    Q   When did you first hear about Metacard?
18    A   I'm unsure specifically of when.
19    Q   Can you give me approximation?
20    A   Sometime prior to us launching the              08:53:16
21  project.
22    Q   Sometime prior to you launching the
23  project.
24       Is that a month before?  Six months
25  before?  A year before?                               08:53:27

---

34

1    A   I -- again, I'm -- I'm not sure of the          08:53:28
2  specific date.
3    Q   I don't need a specific date.  If you gave
4  me your good-faith, best-guess approximation, when
5  did you first hear about Metacard?                     08:53:47
6    A   I'm unsure.  It -- it -- sometime prior to
7  launch.  I don't know if that was a month,
8  two months.  I -- I'm unable to tell you.
9       I would assume the latter half of the
10  year.                                                  08:54:08
11    Q   Of what year?  Of 2021?
12    A   Yes.
13    Q   And you were already director of
14  operations at this time; correct?
15    A   Yes.                                             08:54:23
16    Q   Okay.
17       Let's talk more about your role as a
18  director of operations.  You said you have about
19  15 people who report to you.  What does your team --
20  who is your -- who's comprised on your team?  Break   08:54:40
21  down those 15 people.  Who -- who are they and what
22  do they do?
23       ATTORNEY LI:  Objection.  Misstates
24  testimony.
25       THE WITNESS:  So what -- what are you            08:54:58

---

35

1  looking for?  The title?  Name?                       08:54:58
2  BY ATTORNEY KHERKHER:
3    Q   Yeah.  Title -- yeah, tell me about your
4  team, the people who report directly to you.
5    A   Directly or indirectly?  Some people            08:55:18
6  report to someone above them but they also do report
7  to myself as well.
8    Q   Sure --
9    A   But it wouldn't be the first person they
10  report to.                                             08:55:29
11    Q   Sure, but --
12    A   But they're also -- like, they're also
13  responsible -- like, they're also, you know.
14    Q   Right.  But what -- are -- are you trying
15  to say that you're -- you're at the -- there --       08:55:32
16  there are middle managers in between you and some
17  individuals; correct?
18    A   Yes.
19    Q   Let's start with the individuals who
20  report directly to you?                                08:55:51
21    A   Austin Ermes.  Do you want me to spell
22  these names out?
23    Q   Yes, please.
24    A   A-u-s-t-i-n, first name; last name, E-r-m,
25  as in Mary, e-s.  Gabriel Poncio, G-a-b, as in        08:56:06

---

36

1  bravo, r-i-e-l; last name is P-o-n-c-i-o.             08:56:17
2  Brett Cidade, B-r-e-t-t, first name; last name is
3  C-i-d-a-d-e.  Alexander Lawrence, A-l-e-x-a-n-d-e-r;
4  last name is L-a-w-r-e-n-c-e.  Philip Front,
5  P-h-i-l-i-p.  Last name, F-r-o-n-t.  Eric Cadieux,    08:56:50
6  E-r-i-c; last name, C-a-d-i-e-u-x.
7  Matthew Mulligan, M-a-t-t-h-e-w; last name,
8  M-u-l-l-i-g-a-n.
9       Those are people who report completely
10  directly to me.                                        08:57:20
11    Q   Great.
12       Okay.  I --
13    A   I might be missing a name or two, but
14  that's all I recall right now.
15    Q   Okay.  Can you tell me -- and I'm going to      08:57:27
16  refer to them by their first names.  I apologize.  I
17  just -- you know, writing all this down fast.
18       Can you tell me --
19    A   You're good --
20    Q   Can you -- can you tell me Austin's role?       08:57:37
21    A   Director of content.
22    Q   And what does that mean?
23    A   High level, he's responsible for editing
24  all the videos, creative for videos, social media
25  marketing, overall creative direct -- direction of   08:57:53

---

9  (Pages 33 to 36)

Drew Hill - 11/7/2025

---

37

1  the business.                                          08:57:56
2      Q  Okay.  How about Gabriel?
3      A  Executive assistant.
4      Q  And to be clear, he's your executive
5  assistant?                                             08:58:13
6      A  No.  He plays a dual role.  He's
7  directed -- directly Kyle's executive assistant.
8  But in addition to that, he's an assistant for the
9  entire company -- or for certain people at the
10 company.                                               08:58:25
11     Q  Okay.
12     A  And does -- he does other administrative
13 assistant tasks for the company.
14     Q  What about Brett?
15     A  Assistant.  Also runs one of our social        08:58:35
16 pages.
17     Q  Which social page?
18     A  The Nelk's Snap account.
19     (Reporter clarification.)?
20     THE WITNESS:  Snap, S-n-a-p.  Yeah.  Which        08:58:57
21 would be Snapchat.
22 BY ATTORNEY KHERKHER:
23     Q  How about Alexander?
24     A  Runs some social pages.
25     Q  Do you know which social pages?                08:59:10

---

38

1      A  The -- off the top of my head right now is     08:59:12
2  we have a hockey page.  He -- he runs that and a
3  couple others.
4      Q  Philip?
5      A  Same thing, just different pages.  Same        08:59:23
6  thing as Alex, just different pages to be specific.
7      Q  Do you know what pages Alex -- or Philip
8  runs?
9      A  One quickly, we have a Full Send Girls
10 page, he runs that.  He also --                        08:59:33
11     (Reporter clarification.)
12     THE WITNESS:  My apologies.
13     We have a Full Send Girls page, he runs
14 that.  He posts content as well on Nelk's social
15 platforms for our podcast in addition to other        08:59:46
16 tasks.
17 BY ATTORNEY KHERKHER:
18     Q  Okay.  How about Eric?
19     A  Eric, he is a project manager.
20     Q  And Matthew?                                    09:00:15
21     A  Matthew, same thing as Eric and Phil.
22 He's -- does a lot more of the day-to-day posting on
23 accounts.  For instance, he will post most, if not
24 all, of our story sequences on, like, Instagram, X,
25 stuff like that.                                       09:00:30

---

39

1      Q  Okay.  Were -- were any of the individuals     09:00:33
2  you just described involved in the Metacard?
3      A  What do you mean by involved?
4      Q  Did they work on Metacard, the Metacard
5  project?                                               09:00:51
6      A  Eric, no; Alex, no; Phil, no.  And I don't
7  know what you mean by worked on.  Are you asking did
8  they perform a task at one point for the project?
9      Q  Yes.
10     A  Could you remind which names are left on       09:01:15
11 the sheet?  Austin, Brett, Gabriel --
12     Q  Austin -- yeah -- Austin, Gabriel, Brett,
13 Matthew.
14     A  I don't recall anything specific.  But I
15 would assume that they likely did something at        09:01:27
16 one point in time that would help us out in relation
17 to the project.
18     Q  Who is "us"?
19     A  The company.
20     Q  Is the company Metacard, LLC, or Full Send     09:01:42
21 or Nelk?
22     A  I mean, people have different roles -- the
23 Full Send is not an entity.  But I have different
24 roles that -- that cross over between, you know,
25 subsidiary or different entity in relation.  So our   09:02:09

---

40

1  collection of companies, I guess I would say.         09:02:15
2      Q  Okay.
3      Are -- are you suggesting that they're
4  interchangeable?
5      A  Are you asking do people do -- wear            09:02:31
6  multiple hats and do different tasks?
7      Q  Correct.
8      A  Yes.
9      Q  For different entities?
10     A  Correct.  Some, not all.                        09:02:42
11     Q  Understood.
12     When -- are there any policies in place at
13 your company when people do tasks for different
14 entities, are they paid from different entities?
15     A  Can you elaborate on policy?                    09:03:08
16     Q  Sure.
17     Did -- as the director of operations, does
18 Nelk have any -- like a handbook, any sort of
19 written guidelines?
20     A  Yes.  We have an employee handbook that --     09:03:17
21 to use that example you gave --
22     Q  That --
23     A  -- was given -- every employee, and they
24 executed upon being hired by the company.
25     Q  Okay.  And in that employee handbook, does     09:03:27

---

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Drew Hill - 11/7/2025

41

```
 1    it state that they can perform work for all of the     09:03:29
 2    subsidiary companies?
 3         A   I don't know off the top of my head.
 4         Q   Okay.
 5         Mr. Hill, when -- when you get a               09:03:36
 6    paycheck --
 7         A   Yeah.
 8         Q   -- is that paycheck always from
 9    one company?
10         A   If you're asking about my W-2 income, then  09:03:46
11    yes.
12         Q   And what company is that?
13         A   Nelk USA, Inc.
14         Q   Okay.  And while we're on the topic, talk
15    to me about your compensation structure.            09:04:03
16         How much money do you make?
17         A   Greater than a dollar.
18         Q   Okay.
19         Can you give me a good-faith
20    approximation?                                      09:04:28
21         A   Over $100,000.
22         Q   Okay.
23         If you say over $100,000, does that --
24    does that mean under $200,000?
25         A   It means over $100,000.                    09:04:42
```

42

```
 1         Q   Okay.                                      09:04:44
 2         Do you make over $200,000?
 3         A   Last year, no.
 4         Q   Okay.  What was most money you ever made
 5    in a year?                                          09:05:04
 6         A   I don't know specifically.
 7         Q   Was it over $200,000?
 8         A   I don't recall the exact number.  You'd
 9    have to ask my accountant for my tax records.
10         Q   Okay.                                      09:05:18
11         Is your income primarily from W-2?
12         A   Yes.
13         Q   Do you have any side ventures?
14         A   Define side ventures.
15         Q   Do you have any income sources outside of  09:05:49
16    your W-2?
17         A   Yes.
18         Q   What are they?
19         A   Are you asking who's -- pays that?  Or
20    who --                                              09:06:05
21         Q   Right.
22         A   -- what entity it comes from?  I -- I'm
23    just unsure of what you're asking.
24         Q   Yeah.  I'm -- I'm asking how -- what --
25    outside of your W-2, what do you make money from?   09:06:14
```

43

```
 1         A   I have some 1099 income.                   09:06:18
 2         Q   Okay.
 3         Doing what?  How do you earn that income?
 4         A   Doing services for the income.
 5         Q   What type of services?                     09:06:51
 6         A   Multiple.
 7         Q   Okay.
 8         What type of service is a multiple
 9    service, Mr. Hill?
10         A   It's an array of services.                 09:07:16
11         Q   Okay.  Mr. Hill, you realize we're being
12    recorded; correct?
13         A   I understand this is being record.
14         Q   Okay.
15         And you understand that there's a              09:07:29
16    possibility that this tape is being -- will be
17    played in front of a jury; correct?
18         A   I'm unsure if it -- it will.  That, I
19    don't know.
20         Q   Okay.                                      09:07:42
21         So I'm going to ask you again.  Your 1099
22    income, where does it come from?
23         A   Comes from one entity.
24         Q   What entity is that?
25         A   Are you looking for the name of the        09:08:03
```

44

```
 1    entity?                                             09:08:05
 2         Q   Yes.
 3         A   It's -- I'll just spell it out
 4    F-o-r-r-e-s-t-d-a-l-e, LLC.
 5         Q   How do you pronounce it?                   09:08:29
 6         A   Forrestdale.
 7         Q   What does Forrestdale do?
 8         A   You would have to ask the owner.
 9         Q   What do you do for Forrestdale?
10         A   Multiple things, what -- whatever is       09:08:45
11    requested of me.
12         Q   Can you give me an example?
13         A   Sometimes -- sometimes handling personal
14    matters for the owner.
15         Q   Who is the owner?                          09:09:35
16         A   I -- I don't know the legal paperwork and
17    how that's all structured so I can't say --
18         Q   So --
19         A   -- who the owner is.
20         Q   Mr. Hill, you just stated you did personal  09:09:53
21    activities for the owner.
22         A   Well --
23         Q   And would you --
24         A   -- if he requests me, yes.
25         Q   "He," who is he?                           09:10:06
```

11 (Pages 41 to 44)

**Drew Hill - 11/7/2025**

45

```
1        A   Again, I don't know if the person owns the     09:10:10
2   entity themselves, whether they hold it in a trust
3   or any other kind of structure.  If you're asking me
4   who the principal individual is over there, that's a
5   different question that I'm able to answer.          09:10:21
6        Q   Sure, Mr. Hill, who is the principal?
7        A   Kyle Forgeard.
8        Q   How much 1099 income do you receive from
9   Forrestdale?
10       A   I don't know the number.                     09:10:45
11       Q   Can you give me a good-faith
12  approximation?
13       A   I would have to look at my tax returns.
14  I honestly don't know the number.
15       Q   Okay.                                        09:10:57
16           Mr. Hill, if -- if you honestly don't know
17  the number and it's available on your tax returns,
18  you understand there's a possibility we might have
19  to depose you again; correct?
20       A   I'm unsure of what you're implying.          09:11:17
21       Q   What I'm implying is if you can't give me
22  an answer and the answers are readily available
23  through personal documents that you're in possession
24  of, we might be coming back here.
25           ATTORNEY LI:  Objection.                     09:11:32
```

46

```
1            THE WITNESS:  I don't know the number off   09:11:32
2   the top of my head, so I'm not going to speculate.
3   If it's requested at a later date and it's necessary
4   to provide, I can go and find that number for you.
5   BY ATTORNEY KHERKHER:                                09:11:43
6        Q   Is it over $100,000?
7        A   If we're speak -- if we're speaking for a
8   closed tax year last year, no.
9        Q   Okay.  How about lifetime earnings from
10  Forrestdale, LLC, is it over $100,000?              09:12:09
11       A   I don't know the number.  I'd have to look
12  at my tax returns.
13       Q   And you can't give a good-faith
14  approximation of whether or not you've made $100,000
15  in lifetime earnings from Forrestdale, LLC?         09:12:22
16       A   My best recollection is that the 1099
17  income started last year, so no.
18       Q   Okay.  If your work with Forrestdale
19  started in 2024, let's talk about before 2024.  Did
20  you receive any 1099 income in 2023?               09:12:59
21       A   I don't know for certain.  I'd have to
22  look at my tax return.
23       Q   If you had a good-faith approximation,
24  would you say it was over or under $100,000?
25       A   If any, it would be nominal, so less.       09:13:26
```

47

```
1        Q   Okay.  And where would that come from?      09:13:34
2        A   Again, I -- I don't recall I had any.  So
3   I'm unable to provide an answer to that question.
4        Q   Okay.
5            How about 2022, did you have any 1099       09:13:49
6   income?
7        A   I don't know for certain, but I -- I don't
8   know for certain.  I'd have to look at my tax
9   returns.
10       Q   Okay.  Do you have a good-faith             09:13:57
11  approximation whether it was over $100,000 or not?
12       A   If any, it was definitely a lot less,
13  significantly less than that.
14       Q   And do you know where that would come
15  from, your 2022 1099 income?                        09:14:24
16       A   Just -- just to restate, I'm not sure if I
17  have any in the first place so I'm unable to answer
18  that question.
19       Q   How about your 2021 1099 income?
20       A   Again, I'm unsure if I had any in 2021.     09:14:42
21  If any, it would be nominal.  And I don't know if --
22  if there was any, I don't know where it came because
23  I don't know if I did have any in the first place.
24  I'd have to check my tax returns.
25       Q   Okay.                                       09:14:56
```

48

```
1            What about capital gains?  In this past     09:15:01
2   tax year, did you have any capital gains on your
3   income?
4        A   I don't recall any capital gains.
5        Q   If you had a good-faith approximation, did  09:15:16
6   you receive over or under a hundred thousand dollars
7   in capital gains in your 2024 tax --
8        A   Again, I --
9        Q   -- 2024 returns.
10       A   Which year, sorry?                          09:15:41
11       Q   2024.
12       A   Again, I don't recall having any capital
13  gains so my best-faith answer is zero dollars.
14       Q   Have you ever had capital gains?
15       A   Not that I recall.                          09:15:53
16       Q   Okay.  Have you ever sold stock?
17       A   I have not personally sold any stock.
18       Q   Okay.  Have you had agents sell stock on
19  your behalf?
20       A   I don't have an agent for investing.  But   09:16:29
21  is there a potential that platforms I invest in sell
22  and trade stock on my behalf, yes.
23       Q   Okay.  What -- what platforms?
24       A   Robinhood.
25       Q   Okay.  Now, I'm -- I'm confused by that     09:16:56
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Drew Hill - 11/7/2025**

---

49

```
 1    statement.  Do you -- are you saying you own        09:16:58
 2    Robinhood, the platform, or you have stocks inside
 3    of Robinhood?
 4        A   I invest on Rob -- on Robinhood.
 5        Q   Okay.  Who do you investment in?            09:17:09
 6        A   I don't know off the top of my head.
 7        Q   However, you personally invest?
 8        A   What do you mean by personally?
 9        Q   Is the Robinhood app on your phone or
10    computer?                                           09:17:28
11        A   Phone.
12        Q   Okay.
13            And you are responsible for uploading
14    money to it?
15        A   I am the only individual with access to     09:17:39
16    that app and able to put money on to it, correct.
17        Q   Okay.  And you have put money on to it?
18        A   Yes.
19        Q   So presumably, you have boughten stock?
20        A   Yes.                                        09:18:02
21        Q   Have you bought any other assets on the
22    Robinhood app, such as cryptocurrency?
23        A   I have not bought cryptocurrency on
24    Robinhood.
25        Q   Okay.  Other than stocks, what have you     09:18:18
```

---

50

```
 1    purchased on Robinhood?                             09:18:20
 2        A   My only recollection is stocks.
 3        Q   Okay.  Have you ever sold a stock?
 4        A   I have not personally executed the sale of
 5    a stock.                                            09:18:43
 6            (Reporter clarification.)
 7            THE WITNESS:  I have not personally
 8    executed the sale of a stock.
 9    BY ATTORNEY KHERKHER:
10        Q   Have you ever authorized Robinhood to sell  09:18:48
11    a stock on your behalf?
12        A   I have not gone on to Robinhood and
13    authorized the sale of a stock.  However, there are
14    ways to invest on Robinhood that they pick and
15    choose stocks for you and you investment into that  09:19:06
16    clump.  So they can automatically buy and sell and
17    I'm not aware of that.
18        Q   And is that exclusively how you invest on
19    Robinhood?
20        A   Can you be more clear?                       09:19:25
21        Q   Sure.
22            Do you only invest in the products where
23    man -- where Robinhood is managing your account?
24        A   Mostly.
25        Q   Okay.                                        09:19:40
```

---

51

```
 1            Mostly means that there are some            09:19:41
 2    investments outside of that.  Can you ex -- describe
 3    what they are?
 4        A   There were a few stock purchases I made
 5    myself on the app.  But I have not sold any of those 09:19:54
 6    stocks.  I have only purchased.
 7        Q   Okay.  What stocks?
 8        A   The only ones that I recall off the top of
 9    my head at the moment are Tesla and
10    Berkshire Hathaway.                                  09:20:06
11        Q   When did you open your Robinhood?
12        A   I don't recall.
13        Q   Okay.  Good-faith approximation, can you
14    give me a range?
15        A   It would have to be after -- it would have  09:20:30
16    to be after 2020, but I don't know anything more
17    clear than that.
18        Q   Okay.  How much money do you have on the
19    Robinhood app?
20        A   I'm unsure.                                 09:20:54
21        Q   Okay.  Is your portfolio worth over
22    $100,000?
23        A   I honestly have no clue how much money is
24    on my Robinhood app and what the stocks are worth
25    that I own.                                          09:21:10
```

---

52

```
 1        Q   Okay.  If we took a five-minute break and   09:21:11
 2    I asked you that same question, could you log on to
 3    your phone and see how much is in your Robinhood
 4    portfolio?
 5        A   If I am logged into the app and I'm able    09:21:30
 6    to access the app, I'd presume I'd be able to tell
 7    you.  But I don't know definitively and don't want
 8    to speculate.
 9        Q   Okay.  Let's do this.  Let's take a
10    five-minute break.  We can go get water and         09:21:42
11    reconvene.
12            Mr. Hill, while you're on the break, I
13    want you to make a good-faith effort to log into
14    your Robinhood on your phone, which I see on the
15    desk and that will be my first question when we come 09:21:57
16    back.
17        A   Understood.
18            THE VIDEOGRAPHER:  Okay.  We're off the
19    record at 9:22 a.m.
20            (Pause in the proceedings.)                 09:22:07
21            THE VIDEOGRAPHER:  This is the beginning
22    of Media File No. 3.  We are back on the record at
23    9:27 a.m.
24    BY ATTORNEY KHERKHER:
25        Q   Mr. Hill, how much is your Robinhood        09:28:05
```

---

13 (Pages 49 to 52)

**Drew Hill - 11/7/2025**

---

53

```
 1  portfolio worth?                           09:28:08
 2     A   I'm unsure.
 3     Q   Okay.
 4        Were you unable to access Robinhood on
 5  your phone?                                09:28:17
 6     A   I did not access Robinhood on my phone.
 7     Q   Could you access Robinhood on your phone?
 8     A   I did not check my app.  I did not attempt
 9  to check my app, as I understand that I'm under no
10  obligation to do so.                        09:28:38
11     Q   Okay.
12        Mr. Hill, you understand that you have an
13  obligation to answer these questions to the best of
14  your ability; correct?
15     A   Yes.                                09:28:57
16     Q   Are you suggesting that going onto your
17  phone and checking an app is too difficult?
18        ATTORNEY LI:  Objection.
19        THE WITNESS:  I can't get into the details
20  without divulging any privileged discussions. 09:29:11
21  BY ATTORNEY KHERKHER:
22     Q   Mr. Hill, you understand that we may have
23  to come back and do another deposition at another
24  point in time?
25        ATTORNEY LI:  Objection.           09:29:32
```

---

54

```
 1  BY ATTORNEY KHERKHER:                      09:29:41
 2     Q   Okay.  Let's move on, Mr. Hill.
 3        We were talking about stocks.  Now, let's
 4  talk about cryptocurrency.  Have you ever bought a
 5  cryptocurrency?                             09:29:53
 6     A   Yes.
 7     Q   What cryptocurrencies?
 8     A   I don't know for certain without
 9  speculating.
10     Q   Okay.  Can you give me a good-faith     09:30:08
11  approximation of what cryptocurrencies you've
12  boughten?
13     A   Ethereum.  Actually I'd like to correct
14  that.  I definitely have purchased Ethereum before.
15     Q   Okay.  When?                       09:30:30
16     A   I don't recall.
17     Q   Can you give me an approximation of the
18  first time you bought Ethereum?
19     A   I believe the first time I purchased
20  Ethereum was early 2022.                    09:30:44
21     Q   Okay.  Where do you store your Ethereum?
22     A   I currently own no Ethereum.
23     Q   When you owned Ethereum, where did you
24  store it?
25     A   I believe it was Coinbase.         09:31:09
```

---

55

```
 1     Q   So, Mr. Hill, you currently own no      09:31:14
 2  Ethereum; that's correct?
 3     A   Unless there's a very, very nominal amount
 4  left in my account, like -- that's -- I believe the
 5  term is a dust amount.  There may be, but I -- my  09:31:29
 6  best understanding is that I own none.
 7     Q   So at some point you sold your Ethereum?
 8     A   I wouldn't say the way you phrased that
 9  statement is accurate.
10     Q   What would be a accurate representation of  09:31:53
11  how you got rid of your Ethereum, Mr. Hill?
12     A   My recollection of purchasing Ethereum, I
13  have never sold it.  I acquired the Ethereum to
14  purchase a Metacard upon its launch.
15     Q   That's the only cryptocurrency you've   09:32:14
16  ever -- ever owned?
17     A   I only recall purchasing Ethereum.  And it
18  was to purchase, like I said, the Metacard and a
19  couple other NFTs.
20     Q   Were the other NFTs?                 09:32:32
21     A   One was a collaboration project Metacard
22  did with another project called Alien Frens.  The
23  other, I believe, was Ethereum; it was for the --
24  Justin Bieber's cryptocurrency project.
25     Q   How much Ethereum did you put into these  09:32:51
```

---

56

```
 1  projects?                                   09:32:54
 2     A   I don't recall the amount in relation to
 3  the Alien Frens and the Justin Bieber projects.
 4        The Metacard project, I recall, was about
 5  $2,000 or whatever the price of the Metacard was   09:33:13
 6  that day, obviously a little more to -- to cover
 7  fees.
 8     Q   Would you disagree with me if I told you
 9  that the mint price of the Metacard was .75 E?
10     A   Sounds accurate.                    09:33:37
11     Q   Okay.  How many Metacards did you own?
12     A   I still own my Metacard.
13     Q   So you've only ever owned one?
14     A   I've only ever purchased one Metacard,
15  yes.  And I believe I've only even owned            09:33:57
16  one Metacard.  I don't ever recall acquiring one in
17  a different way.
18     Q   Did you buy -- did you buy your Metacard
19  on the open market?
20     A   Yes.                               09:34:09
21     Q   On the day of mint?
22     A   Correct.
23     Q   Were you on the white list?
24        ATTORNEY LI:  Objection.
25        THE WITNESS:  Define "white list."   09:34:17
```

---

14  (Pages 53 to 56)

**Drew Hill - 11/7/2025**

57

```
 1    BY ATTORNEY KHERKHER:              09:34:19
 2        Q    The list of pre-approved buyers prior to
 3    the mint.
 4        A    I don't even recall if we had a list like
 5    that you're describing.                09:34:34
 6        Q    Okay.  So your testimony here today is the
 7    only time you've ever transacted in cryptocurrency
 8    is Ethereum in early 2022, and that was used to buy
 9    three NFTs?
10        A    Well, I don't know if all of the purchases  09:35:02
11    were in 2022.  I know that the -- or early 2022.  I
12    know for sure the Metacard purchase was.  And I'm --
13    you asked me whether -- the only -- when did I buy
14    crypto.  I purchased crypto then for those expenses
15    or purchases, however you'd like to classify that.   09:35:23
16        Q    And how much total crypto did you buy?
17        A    I don't recall a specific amount.
18        Q    But you currently own no crypto?
19        A    My understanding is that I own no crypto
20    unless there's super nominal dust amounts left in    09:35:41
21    those wallets.
22        Q    Okay.
23        A    Or that wallet.
24        Q    So it's a fair representation to state
25    that the entire amount of crypto that you have       09:35:51
```

58

```
 1    bought consists of the amount needed to buy the      09:35:55
 2    three -- the NF -- the Alien Frens, the
 3    Justin Bieber NFT, and the Metacard?
 4        A    That is all I recall of my purchases of
 5    crypto.  That's right.                 09:36:11
 6        Q    Okay.
 7            What about your agent's purchases of
 8    crypto?  Have you directed an agent to buy crypto on
 9    your behalf?
10        A    No.  In a personal capacity, no, I've       09:36:23
11    never asked someone to buy crypto on my behalf.
12        Q    Okay.  What about as director of
13    operations for -- for Nelk?
14        A    Have I ever done what?
15        Q    Directed anybody to buy cryptocurrency.     09:36:39
16        A    Can you be a little more specific with the
17    word "anybody" so I make sure I answer your question
18    correctly?
19        Q    Have you ever directed any person, agent,
20    or entity to buy cryptocurrency on behalf of Nelk or 09:36:57
21    its affiliates?
22        A    No.
23        Q    Does Nelk or its affiliates regularly
24    transact in cryptocurrency?
25            ATTORNEY LI:  Objection.                     09:37:22
```

59

```
 1            THE WITNESS:  Can you define what you mean    09:37:23
 2    by "regularly"?
 3    BY ATTORNEY KHERKHER:
 4        Q    Sure.  Let's get rid of "regularly."
 5            Does Nelk transact or has transacted in      09:37:32
 6    cryptocurrency?
 7        A    Yes.  Nelk has transact -- made
 8    transactions in cryptocurrency.
 9        Q    How frequent do they transact in
10    cryptocurrency?                        09:37:52
11        A    Are you asking how frequently we do as of
12    today or a specific period of time?
13        Q    Sure.  Let -- let's start with today,
14    2025.
15        A    So what's the question?                     09:38:10
16        Q    This year, calendar year 2025, how
17    frequently has Nelk transacted in cryptocurrency?
18        A    I don't recall any transactions in crypto
19    in this calendar year.
20        Q    Okay.  How about 2024?                      09:38:31
21        A    I'm unable to give you a specific answer.
22    I don't recall how many transactions took place in
23    2024.
24        Q    Okay.  When you say you can't recall how
25    many transactions -- but there are -- there is a     09:38:42
```

60

```
 1    number of transactions; correct?                     09:38:45
 2        A    Are you -- in reference to specifically
 3    crypto transactions; is that what you're asking?
 4        Q    Yes.
 5        A    I don't know for certain how many, if at    09:38:58
 6    all, there were crypto transactions in 2024.  I
 7    don't know.  I can't even speculate on the number.
 8        Q    Sure.
 9            Who would know?
10        A    Likely myself or accountants.               09:39:19
11        Q    Okay.  You just said you would know.
12        A    However, I don't recall a number.
13        Q    Nobody else --
14        A    Nelk -- Nelk makes a plethora of
15    transactions.  It's extremely difficult to remember  09:39:44
16    every single transaction that takes place.
17        Q    Okay.  Plethora.  Okay.  We're getting
18    somewhere.  What does that mean?
19        A    Nelk makes -- in a calendar year, Nelk
20    makes a lot of transactions.  It's difficult to      09:39:57
21    remember every single transaction.
22        Q    And it's your testimony that you are the
23    individual responsible for those transactions?
24        A    Which transactions?
25        Q    Crypto transactions.                        09:40:12
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Drew Hill - 11/7/2025

61

```
 1        A   It might not be -- there's one other      09:40:21
 2   person who would be involved in that.
 3        Q   Okay.  Who is that person?
 4        A   Name is Alan, A-l-a-n.
 5        Q   Okay.  And what's their last name?        09:40:40
 6        A   I believe it's A-r-d-a-l-a-m.
 7        Q   How long has -- has Alan been working at
 8   Nelk?
 9            ATTORNEY LI:  Objection.
10            THE WITNESS:  He is not on Nelk's payroll. 09:41:03
11   BY ATTORNEY KHERKHER:
12        Q   Okay.
13        A   Nelk USA's payroll.
14        Q   Is he on any Nelk subsidiary -- or
15   affiliates' payroll?                               09:41:21
16        A   Define "affiliates."
17        Q   Agent.  Affiliate.  1099.
18        A   Alan is not paid by any entity Nelk owns.
19        Q   Who is he paid by?
20        A   I can't speculate who he's -- pays his    09:41:41
21   salary.  I would have -- I can only assume.  I don't
22   know definitively.  You would have to ask Alan.
23        Q   Okay.
24            And Alan is responsible for the crypto
25   transactions?                                      09:41:53
```

62

```
 1        A   He's responsible for some transactions,   09:41:54
 2   especially transactions related to the Metacard
 3   project.
 4        Q   Is Alan -- is Alan still around?
 5        A   Can you define "around"?                  09:42:17
 6        Q   Yeah, sure.
 7            When was the last time you spoke with him?
 8        A   I -- I would assume last week, maybe the
 9   week prior.
10        Q   Okay.                                     09:42:27
11            Where does he live?
12        A   California.
13        Q   How long has he been working with you?
14        A   I don't know for sure.
15        Q   Okay.                                     09:42:54
16            Who does he directly report to?
17        A   At -- which -- at Nelk?
18        Q   Sure.  Let's start with Nelk.  Who does he
19   report to at Nelk?
20        A   John, sometimes myself.                   09:43:22
21        Q   And what -- what is his role?
22        Q   What is his role as of today?
23        Q   Sure.  Let's start with today.
24            What's his role as of today?
25        A   At Nelk -- sorry, just to be clear, you're 09:43:44
```

63

```
 1   asking what is his role as of today at Nelk?        09:43:48
 2        Q   Yes, Mr. Hill.  What is his role at Nelk?
 3        A   He sometimes conducts financial
 4   transactions.
 5        Q   Okay.  Can you define "financial           09:44:07
 6   transactions"?
 7        A   Movement of money.
 8        Q   Does he move Nelk's fiat money?
 9        A   Can you define "fiat money"?
10        Q   Yeah.  Dollars, traditional banks.         09:44:22
11        A   Alan doesn't move any USD for Nelk.
12            (Reporter clarification.)
13   BY ATTORNEY KHERKHER:
14        Q   How about other fiats?  Does he do any
15   foreign exchange trading?                           09:44:41
16        A   To my knowledge, no.
17        Q   Okay.  Does Alan move cryptocurrency for
18   Nelk?
19        A   I don't know definitively if he's moved
20   crypto this year.                                   09:45:05
21        Q   Okay.  How about in 2024?  Did he move
22   crypto --
23        A   I don't know -- I don't know without
24   assuming.
25        Q   Okay.  How about in 2023?                  09:45:12
```

64

```
 1        A   Yes.                                       09:45:16
 2        Q   Okay.  What did his cryptocurrency
 3   movement on behalf of Nelk in 2023 consist of?
 4        A   I -- you'd have to speak to Alan about
 5   that.                                               09:45:37
 6        Q   Okay.
 7            Do you think he made more than
 8   100 transactions in a year?
 9        A   I'm not going to speculate.  You'd have to
10   speak to Alan.                                      09:45:50
11        Q   Well, earlier you told me that there was a
12   plethora of transactions.  I'm just trying to get my
13   head around how much that is.
14            Do you think that's over 100 transactions?
15        A   Do you define transactions as just crypto, 09:46:05
16   or do you define transactions as USD as well?
17        Q   Well, you told me Alan doesn't handle USD
18   transactions on behalf of Nelk; is that correct?
19        A   Yes.  But when we spoke earlier, I defined
20   plethora of transactions when you asked in relation 09:46:25
21   to Nelk's movement of funds.  It wasn't in relation
22   to just Alan specifically, if I recall correctly.
23        Q   Okay.
24            Was Alan around in 2022?
25        A   Yes.                                       09:46:37
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Drew Hill - 11/7/2025

---

65

1    Q   Did he make crypto transactions in 2022?    09:46:41
2    A   Yes.
3    Q   How many crypto transactions in 2022?
4    A   I -- I don't know a number.  If you wanted    09:46:56
5   to get more details, you'd have to speak to Alan.
6    Q   Okay.  How about 2021?
7    A   What -- what specifically about 2021?
8    Q   Was -- was Alan around in 2021 making
9   crypto transactions on behalf of Nelk or its
10  affiliates?    09:47:15
11   A   If I recall correctly, he was.  I know he
12  was definitely around.  I believe as well he was
13  making some crypto transactions.
14   Q   Okay.
15      How about 2020?    09:47:31
16   A   My recollection is that Alan conducted no
17  transactions for Nelk in any respect in the year
18  2020.
19   Q   Okay.  And just for the sake of being
20  thorough, 2019, 2018, 2017, was Alan around at any    09:47:47
21  of those times?
22   A   My best recollection is that Alan had
23  nothing to do with Nelk transactions -- excuse me --
24  in the years 2017, 2018, and 2019.
25   Q   Okay.    09:48:07

---

66

1    A   If I recall correctly, I first met Alan in    09:48:08
2   2020.
3    Q   Okay.
4       Now, so far we've been talking about
5   Alan's involvement on behalf of Nelk.  What other    09:48:16
6   entities or people is Alan involved with in the Nelk
7   sphere?
8    A   It -- it's kind of compound question.
9   Could we tackle one thing at a time?
10   Q   Sure.    09:48:36
11      What other entities is Alan associated
12  with?
13   A   Can you define "associate with"?
14   Q   What other entities does Alan do work for?
15   A   I -- I don't know definitively an    09:48:56
16  exhaustive list of every entity he conducts work
17  for.
18   Q   Okay.  Where -- I don't need every entity.
19  I need to know the entities that you know of.
20   A   I know he conducts work for Happy Dad,    09:49:10
21  LLC.
22      Do you want me to spell these out as well?
23  H-a-p-p-y, space, D-a-d, LLC.  Shots.  I don't know
24  if that's Shots Studios or Shots, LLC.  I don't know
25  the -- I can't recall the legal name for that --    09:49:30

---

67

1   that entity.  Nelk.  Bored Jerky, which I don't know    09:49:33
2   the name of the entity for.  And I believe that's --
3   that's all I recall at this time.
4    Q   Okay.
5       Is "Happy Dad" an affiliate of the Nelk    09:50:03
6   umbrella?
7    A   It's a completely separate entity.
8    Q   Who owns that entity?
9    A   I don't know of an exhaustive list of
10  every person who -- or who owns it.  There's a bunch    09:50:22
11  of investors, and I don't know the list.
12   Q   Okay.  Does Kyle Forgeard have equity
13  in L -- in Happy Dad?
14   A   Yes.
15   Q   How about John Shahidi?    09:50:37
16   A   To my understanding, yes.
17   Q   How about Sam Shahidi?
18   A   From my understanding, yes.
19   Q   How about yourself?
20   A   I do.    09:50:56
21   Q   And forgive me.  I'm going to totally
22  butcher his name.  But Stevewilldoit.  I can't
23  pronounce his last name.  But does Stevewilldoit
24  have equity in Bored -- or Happy Dad, LLC?
25   A   Steven DeLeonardis.  My understanding,    09:51:20

---

68

1   yes.    09:51:25
2    Q   Okay.  As an equity holder yourself, how
3   many other investors do you have in Happy Dad?
4    A   I don't have access to that information.    09:51:41
5   You'd have to ask an individual at Happy Dad.
6    Q   Okay.  How much money did you invest to
7   acquire your equity share in Happy Dad?
8    A   Nothing.
9    Q   Okay.
10      How's Happy Dad doing?    09:51:58
11   A   As to the health of Happy Dad, you'd have
12  to speak to someone over there who's authorized and
13  understands the complete accounting and records of
14  Happy Dad.
15   Q   Have you ever received a dividend payment    09:52:14
16  from Happy Dad?
17   A   No.
18   Q   Have you ever received any form of
19  compensation from Happy Dad?
20   A   No.    09:52:24
21   Q   Who funded the start of Happy Dad?
22   A   I'm unsure.  You'd have to ask someone at
23  Happy Dad who has access to that information.
24   Q   And who would that be?
25   A   The best individual would be the CEO at    09:52:44

---

17 (Pages 65 to 68)

**Drew Hill - 11/7/2025**

69

1    Happy Dad, Sam Shahidi.                         09:52:51
2        Q   Let's talk about Shots, LLC.  What is
3    Shots, LLC?
4        A   I -- I don't know if that's the actual
5    accurate name of the entity.  But what are you   09:53:11
6    asking?  It's a pretty broad question.
7        Q   Yeah.  What -- what -- what does Shots,
8    LLC, do?
9        A   As to the day-to-day business operations
10   of Shots, LLC, you would have to -- or Shots Studios  09:53:24
11   or whatever the legal entity name is, you would have
12   to speak to John or Sam Shahidi.
13       Q   Do you have equity in Shots Studio or
14   Shots, LLC, whatever it's called?
15       A   No.                                      09:53:45
16       Q   Do you know who does?
17       A   No.
18       Q   Is it a fair assumption that John and
19   Sam Shahidi have equity in Shots, LLC?
20       A   I don't wish to assume.  I don't know how  09:54:02
21   Shots operates.  You'd have to speak to John or Sam.
22       Q   Do John and Sam have a official title at
23   Shots, LLC?
24       A   Yes, they do.
25       Q   What are their respective titles?        09:54:18

70

1        A   I can't recall Sam's at this time.  I -- I  09:54:24
2    assume -- I don't want to assume.  John's, if I
3    recall accurately, is president.
4        Q   Okay.
5            And as the -- does Nelk and Shots, LLC,  09:54:37
6    work together?
7        A   Can you define "work together"?
8        Q   Sure.
9            As the director of operations of Nelk,
10   what is your working relationship like with Shots,  09:54:49
11   LLC?
12       A   They help us out on various day-to-day
13   projects, relationships, brand deals.
14       Q   Okay.
15           Does Nelk, LLC, pay Shots, LLC?          09:55:09
16       A   Just -- I'm -- can you be a little more
17   clear?  I just want to make sure what you're asking.
18       Q   Okay.  Yeah.  Sure -- which -- which way
19   does the money flow in the relationship?
20       A   Depends what that's for.                 09:55:32
21       Q   So there are instances where Shots pays
22   Nelk?
23       A   There is -- there are instances where
24   Shots collects funds, which are then sent to Nelk.
25       Q   Okay.                                    09:55:47

71

1        A   And vice versa.                          09:55:48
2        Q   Okay.
3            And who would be the best person to ask
4    about this relationship?
5        A   People who have more knowledge about the  09:56:00
6    relationship than I would be Kyle, John, and Sam.
7        Q   Okay.
8            Okay.  Let's talk about Bored Jerky, LLC.
9    Do you have equity in Bored Jerky?
10       A   No.                                      09:56:25
11       Q   Does John Shahidi have equity in
12   Bored Jerky?
13       A   I don't know the answer to that question.
14       Q   Who would know the answer to that
15   question?                                        09:56:40
16       A   John Shahidi.
17       Q   What is your understanding of the
18   relationship between Nelk and Bored Jerky?
19       A   Kind of broad.  Could you define
20   "relationship"?                                  09:56:58
21       Q   When was the last time you worked on a
22   Bored Jerky-related project on behalf of Nelk?
23       A   I never really had any involvement in
24   Bored Jerky day-to-day operations or projects.  The
25   individuals that did would be -- I can't speak for  09:57:13

72

1    them.                                            09:57:18
2        Q   Okay.  But who would the individuals be?
3        A   John, Kyle, Alan.  I don't know
4    definitively anybody else, but those I can attest to
5    for sure.                                        09:57:32
6        Q   Okay.
7            So nobody under your management at Nelk?
8        A   Sorry.  Is that -- is that a question or a
9    statement?  I just don't know --
10       Q   That's a question.                       09:57:50
11           Did any -- did anybody under your
12   management at Nelk work on Bored Jerky?
13       A   I can't answer that definitively.  John
14   may have requested -- or someone else -- to pick a
15   random example, may have requested any of those  09:58:05
16   employees to do something that may not have been
17   brought to my attention.
18       Q   Okay.  And how -- as the director of
19   operations, how do you communicate inside of Nelk?
20       A   Multiple ways.                           09:58:24
21       Q   Okay.  Do you have a Slack?
22       A   No.
23       Q   Do you communicate via text message?
24       A   Sometimes.
25       Q   Do you communicate via e-mail?           09:58:37

18  (Pages 69 to 72)

**Drew Hill - 11/7/2025**

73

```
1    A  Yes.                                    09:58:40
2    Q  What is your e-mail?
3    A  Which e-mail are you asking for?
4    Q  Your business e-mail, the e-mail that is
5  responsible for the director of operations of Nelk.   09:58:52
6    A  Drew@fullsend.com.
7    Q  Okay.
8       When you go to log into your e-mail, do
9  you go to Google?
10   A  Yes.                                    09:59:13
11   Q  Since you've been employed at Nelk, has it
12 always been Google?
13   A  Yes.
14   Q  Okay.
15      Do you -- would you assert that the      09:59:33
16 majority of formal business communications are done
17 via e-mail?
18   A  I don't know what percentage of -- of
19 communications are done via e-mail.
20   Q  Okay.                                   09:59:43
21      Can you give me a good-faith approximate
22 guess?
23   A  I can't give you anything without being
24 totally speculative.
25   Q  Okay.                                   09:59:52
```

74

```
1        But you communicate via e-mail and text   09:59:55
2  message; correct?
3    A  I mean, yes, we've communicated via both
4  channels.
5    Q  Okay.  Do you communicate via WhatsApp?    10:00:04
6    A  Yes.
7    Q  Who do you communicate with on WhatsApp?
8    A  Can you be more specific?  I communicate
9  with multiple people -- plethora of people on
10 WhatsApp.                                      10:00:20
11   Q  Do you have any group chats on WhatsApp?
12   A  Can you be more specific?  I have multiple
13 group chats on WhatsApp.
14   Q  Yeah.
15      Do you have any group chats related to     10:00:31
16 Nelk on WhatsApp?
17   A  Yes.
18   Q  Okay.  Do you communicate with your team
19 through any of those group chats?
20   A  De -- depends who -- yes.  Depends what   10:00:45
21 it's for.
22   Q  Do you communicate on encrypted messaging
23 apps such as Signal?
24   A  I can't recall the last time we've used
25 Signal.                                        10:01:09
```

75

```
1    Q  But you have used Signal before?          10:01:10
2    A  I believe on one -- or a small, small
3  handful of occasions, but it's not a regular thing.
4    Q  Why would you use Signal?  What were some
5  of the occasions?                              10:01:21
6    A  I don't recall.
7    Q  How about Telegram?
8    A  I don't ever recall using Telegram.
9    Q  Do you use Facebook messenger?
10   A  No.                                       10:01:40
11   Q  Twitter DMs or X DMs?
12   A  I don't, no.
13   Q  Instagram DMs?
14   A  I send Instagram DMs.  I don't recall if
15 there's ever an instance where one was about work or  10:01:56
16 a task for work.
17   Q  Okay.
18      Mr. Hill, what are your day-to-day
19 operations or responsibility, your day-to-day
20 responsibilities as the director of the operations?  10:02:10
21   A  Yeah.  I guess to -- it would be, you
22 know, communicating with employees and others above
23 me, management or to further the business objectives
24 and goals in --
25      (Reporter clarification.)              10:02:39
```

76

```
1        THE WITNESS:  Yeah.  In order to make sure  10:02:39
2  we're achieving our -- our -- our business goals and
3  objectives.  You know, making sure we're aligned on
4  projects, deadlines, items are moving forward,
5  really high level.                             10:02:50
6        BY ATTORNEY KHERKHER:
7    Q  Can you give me a snapshot of the
8  November 7th, 2025, business goals of Nelk?
9    A  Sorry.  What's the date you said?
10   Q  Today.                                   10:03:11
11      What -- what -- what are the current
12 objectives?  What's are the current goals that you
13 are working to as director of operations of Nelk?
14   A  One, for instance, is currently working on
15 budgets.                                       10:03:23
16   Q  Okay.
17   A  And expense reports.
18   Q  Okay.
19      And who is in control of the budget?
20   A  Control in what way?                     10:03:36
21   Q  How does Nelk set a budget?
22   A  There's no cookie-cutter defined process
23 as to how Nelk sets a budget.
24   Q  Are you meaningfully involved in that
25 discussion?                                    10:03:52
```

19 (Pages 73 to 76)

77

```
 1        A   Depends which budget we're referring to.     10:03:54
 2        Q   What budgets do you have a meaningful
 3   involvement in?
 4        A   One example is every large-scale video
 5   production, so our YouTube videos, for instance.       10:04:15
 6        Q   How much revenue does Nelk do in a given
 7   year?
 8        A   I don't recall the number off the top of
 9   my head. I'd have to check our tax returns.
10        Q   Who would be the best person to answer       10:04:37
11   that?
12        A   The best person who would have the exact,
13   accurate answer would be the accountants.
14        Q   But outside of the accountants, who
15   internally at Nelk is responsible for being a         10:04:53
16   comptroller?
17        A   We don't have a person with a title of
18   comptroller.
19        Q   Okay.
20            Who -- even if they don't have that title,   10:05:08
21   who is the person most like a comptroller?
22        A   Can you be more specific in what regards
23   you're looking for in -- in relation to being a
24   comptroller?
25        Q   Sure.                                        10:05:26
```

78

```
 1            Who manages the Nelk bank accounts?          10:05:26
 2        A   What do you mean by manage?
 3        Q   Can you log in, Mr. Hill, to the Nelk bank
 4   accounts?
 5        A   Yes.                                         10:05:37
 6        Q   Okay. Can you run payroll?
 7        A   I do not run payroll.
 8        Q   Who runs payroll?
 9        A   Payroll is run by our accounting --
10   accountants.                                          10:05:48
11        Q   Okay. Mr. Hill, do you have a Nelk credit
12   card?
13        A   Yes.
14        Q   Okay.
15            If you wanted to go out and spend a          10:06:01
16   thousand dollars on a Nelk-related activity, could
17   you do so without authorization from anybody else?
18        A   I think it's an overly broad question.
19   Can you try to drill down on that a bit?
20        Q   Okay. If you needed to buy a                 10:06:24
21   thousand-dollar prop for a video, how would you go
22   about acquiring that prop?
23        A   I'm not in charge of purchasing props for
24   videos.
25        Q   Okay.                                        10:06:39
```

79

```
 1            If you needed to take a potential            10:06:46
 2   advertiser out to lunch to win over their business
 3   and you needed to spend a thousand dollars on lunch,
 4   could you do so without getting prior approval?
 5        A   I think it's a speculative example as I      10:06:59
 6   haven't taken an advertiser out to lunch to try to
 7   win anybody over.
 8        Q   How much spending authority do you have,
 9   Mr. Hill?
10        A   Is there a more pointed question? It's       10:07:12
11   pretty broad.
12        Q   What do you -- you -- you stated earlier
13   you have a Nelk credit card; correct?
14        A   Correct.
15        Q   Give me some examples of transactions that   10:07:23
16   have occurred on that credit card.
17        A   As of today, I called an Uber to come to
18   this office.
19        Q   Okay.
20            Give me some other -- give me some more      10:07:33
21   examples.
22        A   As of yesterday, I called an Uber to come
23   to this office.
24        Q   Okay.
25            On that credit card, are there only Uber     10:07:43
```

80

```
 1   charges?                                              10:07:46
 2        A   No.
 3        Q   Who else at Nelk has a credit card?
 4        A   Multiple people.
 5        Q   Who?                                         10:07:58
 6        A   If I'm recalling all the cards correctly,
 7   it would be Kyle Forgeard, Gabriel Poncio,
 8   Brett Cidade, Griffin Pocock. That's a new name.
 9   I'll spell that out. G-r-i-f-f-i-n, P-o-c-o-c-k.
10            Jussara De Souza. It's also a new one.       10:08:24
11   J-u-s-s-a-r-a, space, D-e, space, S-o-u-z-a.
12            John Shahidi. And I believe that's the
13   exhaustive list of every credit card -- person who
14   has a Nelk credit card.
15        Q   Do you know that list because you manage     10:08:52
16   the credit cards?
17        A   We only have one Nelk credit card. We
18   don't have multiple Nelk credit cards.
19        Q   Okay. But you have multiple issuers;
20   correct? Multiple cardholders for the same --         10:09:08
21        A   Yes.
22        Q   -- card?
23        A   Yes.
24        Q   Okay. What type of card is it?
25        A   American Express.                            10:09:15
```

20  (Pages 77 to 80)

**Drew Hill - 11/7/2025**

---

81

| | | |
|---|---|---|
| 1 | Q   Do you have access to the American Express | 10:09:17 |
| 2 | portal? | |
| 3 | A   Yes. | |
| 4 | Q   Are you responsible for paying the | |
| 5 | American Express bill? | 10:09:23 |
| 6 | A   Yes. | |
| 7 | Q   Are you responsible for reviewing the | |
| 8 | American Express bill? | |
| 9 | A   The accountants and I, yes. | |
| 10 | Q   Does Nelk have any sort of financial | 10:09:53 |
| 11 | safeguards on how they watch their spending? | |
| 12 | A   Can you -- can you define "safeguards"? | |
| 13 | Q   Sure. | |
| 14 |    Do you actively monitor spending? | |
| 15 | A   Yes. | 10:10:14 |
| 16 | Q   Okay. | |
| 17 |    And what do you do if you find an abnormal | |
| 18 | expense? | |
| 19 | A   Such as? | |
| 20 | Q   An unusually high charge for something you | 10:10:32 |
| 21 | can't identify. | |
| 22 | A   I figure out where that charge originated | |
| 23 | from.  If it was done legitimately, what it was done | |
| 24 | for.  If it's illegitimate, I handle that with | |
| 25 | American Express. | 10:10:49 |

---

82

| | | |
|---|---|---|
| 1 | Q   Okay. | 10:10:50 |
| 2 |    Are you the best person to talk to | |
| 3 | regarding financial security and watching at Nelk? | |
| 4 | A   What do you mean by "financial security | |
| 5 | and watching"? | 10:11:07 |
| 6 | Q   Are you in charge of safeguarding and | |
| 7 | watching the Nelk funds? | |
| 8 | A   I'm unsure what you're asking by | |
| 9 | safeguarding, watch. | |
| 10 | Q   Mr. Hill, does Nelk have any written | 10:11:36 |
| 11 | procedures in place regarding who can spend money? | |
| 12 | A   I'm not sure what you mean by "written." | |
| 13 | Is it written in a contract?  Can you drill down on | |
| 14 | what you mean by "written" as -- | |
| 15 | Q   Any -- | 10:11:58 |
| 16 | A   -- policy note -- is it a policy note? | |
| 17 | It's broad. | |
| 18 | Q   Yeah. | |
| 19 |    Does Nelk have any written policies? | |
| 20 | A   Yes.  Nelk has written policies. | 10:12:05 |
| 21 | Q   Okay.  Do they have written policies | |
| 22 | regarding capital expenditures? | |
| 23 | A   I don't recall any note of financial | |
| 24 | expenditures or capital expenditures in our employee | |
| 25 | handbook.  However, every employee who spends money | 10:12:26 |

---

83

| | | |
|---|---|---|
| 1 | has -- we've communicated with them their limit, how | 10:12:29 |
| 2 | much they're allowed to spend, and what they're | |
| 3 | allowed to spend on.  They're well aware of how they | |
| 4 | are able to use their cards on. | |
| 5 | Q   Okay.  What is your limit? | 10:12:43 |
| 6 | A   What is my current credit card limit?  Is | |
| 7 | that what you're asking? | |
| 8 | Q   Yes. | |
| 9 | A   I don't know the exact dollar value of my | |
| 10 | credit card limit.  I can only speculate. | 10:12:59 |
| 11 | Q   So it's your testimony that all the other | |
| 12 | employees are well aware what their limit is and | |
| 13 | what they can and can't spend it on, but not you? | |
| 14 | A   My testimony is that every employee who is | |
| 15 | able to spend Nelk money, we have spoken to them and | 10:13:16 |
| 16 | communicated what they're allowed to spend it on, | |
| 17 | their limits, and what they're able to do. | |
| 18 | Q   Okay. | |
| 19 | A   My limit varies.  So I don't know the | |
| 20 | exact answer as to what it is today. | 10:13:27 |
| 21 | Q   What does it vary between? | |
| 22 | A   If I had to take a best-faith assumption, | |
| 23 | somewhere between 30 and 50 grand a month. | |
| 24 | Q   Okay.  How much is the total AmEx bill | |
| 25 | approximate every month? | 10:13:50 |

---

84

| | | |
|---|---|---|
| 1 | A   Over $100,000. | 10:13:51 |
| 2 | Q   And of your 30 to $50,000 that you spend, | |
| 3 | what are you spending it on? | |
| 4 | A   I never once said I spend 30 to $50,000 a | |
| 5 | month.  I said the limit was 30 to $50,000 a month. | 10:14:08 |
| 6 | Q   Okay.  And how much of that do you spend, | |
| 7 | approximately? | |
| 8 | A   10 to 15, I would say. | |
| 9 | Q   Okay.  On what? | |
| 10 | A   It's -- majority is comprised of | 10:14:24 |
| 11 | subscriptions Nelk has to have for video editing | |
| 12 | software and similar things like that. | |
| 13 | Q   Sure. | |
| 14 |    What -- can you name some of the | |
| 15 | subscriptions? | 10:14:39 |
| 16 | A   Our Google account subscription, for | |
| 17 | instance, Dropbox, things of that nature. | |
| 18 | Q   Okay. | |
| 19 |    Now you said the credit card bill is above | |
| 20 | $100,000.  Is it above $200,000? | 10:14:53 |
| 21 | A   It -- it's broad.  Are you asking me is it | |
| 22 | consistently above 200,000?  Is it -- it is | |
| 23 | sometimes ov -- like -- | |
| 24 | Q   Yeah. | |
| 25 | A   -- what are you asking here? | 10:15:05 |

---

21 (Pages 81 to 84)

85

```
 1      Q   Yeah, con -- consistently on a, you know,    10:15:07
 2  approximate good-faith basis.
 3      A   It's sometimes above $200,000, yes.
 4      Q   Okay.  Is it sometimes above $300,000?
 5      A   I can't recall the last time it was above    10:15:19
 6  $300,000.
 7      Q   But you can recall a time when it was
 8  above $300,000, not just when?
 9      A   I don't recall in any instance -- I -- I
10  would have to assume it was at one point.  I don't   10:15:35
11  know if definitively I can say for certain.
12      Q   Okay.  Where does Nelk's revenue come
13  from?  Could you give me a good-faith approximation
14  of a -- not a pie chart.  I'm not asking you to draw
15  anything.  But can you give me a -- percentages of   10:15:54
16  top three or four revenue streams of Nelk?
17      A   So you're asking for the top three or
18  four revenue streams or the percentage of what that
19  equals --
20      (Simultaneous speakers interrupted by            10:16:13
21      the reporter.)
22      THE WITNESS:  It was -- the question -- it
23  was, is he asking for top three or four revenue
24  sources or is he asking for what the top three or
25  four revenue sources by percentage are on our books?  10:16:22
```

86

```
 1  BY ATTORNEY KHERKHER:                                10:16:39
 2      Q   Let's start with percentage on your books.
 3      A   I don't know the percentages on the books.
 4  You'd have to ask our accountants.
 5      Q   Well, then let's talk about not on the       10:16:50
 6  books in your good-faith estimate as the director of
 7  operations.
 8      A   Sorry.  Is there a rest of question or --
 9      Q   Yeah.
10      Well, that was a continuation of the top         10:17:08
11  or three or four revenue sources, in your opinion,
12  as the director of operations of Nelk.
13      A   I'd say the top three to four revenue
14  sources are brand deals, which there's multiple
15  encompassed into that, and then social media         10:17:27
16  revenue.  So I don't know if you want those to be
17  broken out.  But they fall majorly -- majority in
18  those two clumps.
19      Q   Okay.
20      Do you categorize gambling into                  10:17:45
21  sponsorship deals?
22      A   Can you define "gambling"?
23      Q   Does Nelk make money from advertising
24  relationships with gambling entities?
25      A   Yes.                                         10:18:10
```

87

```
 1      Q   Okay.                                        10:18:11
 2      Is that money wrapped into the sponsorship
 3  revenue sector?
 4      A   It's lumped into brand deals, correct.
 5      (Reporter clarification.)                        10:18:36
 6  BY ATTORNEY KHERKHER:
 7      Q   So breaking down brand deals, what -- what
 8  other -- what are the brands?  What are the -- what
 9  are the brands inside the brand deals?  Who are your
10  biggest -- who are your biggest brand deals?         10:18:57
11      A   Our biggest brand sponsor is PrizePicks.
12      Q   PrizePicks?
13      A   Yeah.
14      Q   Okay.
15      A   Do you want me to spell that out?            10:19:18
16      Q   No, thank you.
17      How big is the sponsorship with
18  PrizePicks?
19      A   In terms of what?
20      Q   In terms of 2025 revenue.                    10:19:32
21      A   Greater than a dollar.
22      Q   Okay.
23      So if brand deals are the number one
24  revenue source at Nelk and PrizePicks is the number
25  one brand deal, can you please give me an            10:19:58
```

88

```
 1  approximate good-faith estimation, as the director   10:20:02
 2  of operations of Nelk, of how much PrizePicks will
 3  pay Nelk in the calendar year 2025?
 4      A   Seven figures.
 5      Q   Okay.                                        10:20:26
 6      A   Take a break after this?  After this next
 7  question, can we take a small break?
 8      ATTORNEY LI:  We can take one now if you
 9  want to.
10      ATTORNEY KHERKHER:  Yeah.  Let's just take       10:20:40
11  one now.  There's -- there's no question pending.
12      THE WITNESS:  Okay.
13      ATTORNEY LI:  Should we take -- do you
14  want to take 10, Tommy?
15      ATTORNEY KHERKHER:  Sure.  Sure.  Let's          10:20:47
16  take 10.
17      ATTORNEY LI:  All right.  Sounds good.
18      THE VIDEOGRAPHER:  We are off the record
19  at 10:20 a.m.
20      (Pause in the proceedings.)                      10:20:56
21      THE VIDEOGRAPHER:  This is the beginning
22  of Media File No. 4.  We are back on the record at
23  10:36 a.m.
24  BY ATTORNEY KHERKHER:
25      Q   Mr. Hill, your previous response indicated   10:36:39
```

22  (Pages 85 to 88)

**Drew Hill - 11/7/2025**

89

| | |
|---|---|
| 1 | that the PrizePicks sponsorship deal for 2025 was, 10:36:43 |
| 2 | quote, seven figures. Is that closer to 10 million |
| 3 | or 1 million? |
| 4 | A   Are we talking about the gross amount of |
| 5 | the deal or the money that Nelk receives? I believe 10:36:57 |
| 6 | it was the latter from the question prior. |
| 7 | Q   Okay. Let's talk about the money Nelk |
| 8 | receives. |
| 9 | A   Yeah. So I believe it should be |
| 10 | nine figures this year. 10:37:15 |
| 11 | Q   Nine figures this year? |
| 12 | A   Oh, sorry. Seven figures. My apologies. |
| 13 | Not nine. Misspoke. |
| 14 | Q   Is that seven figures closer to 1 million |
| 15 | or 10 million? 10:37:31 |
| 16 | A   It's closer to -- if we're asking is it -- |
| 17 | if -- I just want to be clear on what you're asking. |
| 18 | Is it closer to -- is the dollar that -- amount |
| 19 | we're receiving closer to the number one or closer |
| 20 | to number 10? That's what you're asking; right? 10:37:50 |
| 21 | Q   Right. |
| 22 | A   Closer to number 10. |
| 23 | Q   Is it above $6 million? |
| 24 | A   I don't know the exact figure. |
| 25 | Q   Who would know the exact figure? 10:38:19 |

90

| | |
|---|---|
| 1 | A   It would be in our records. 10:38:23 |
| 2 | Q   But who's responsible for knowing these |
| 3 | things? |
| 4 | A   Knowing the dollar value that's been |
| 5 | received to date? 10:38:42 |
| 6 | Q   Knowing the dollar -- dollar value of -- |
| 7 | of brand deals. |
| 8 | A   The gross amount or the receivable amount |
| 9 | by Nelk? |
| 10 | Q   Is there a different person? 10:38:59 |
| 11 | A   Sorry, I'm just unclear what you're |
| 12 | asking. Are you asking -- can you rephrase? |
| 13 | Q   Sure. |
| 14 | You told me you didn't know the exact |
| 15 | number received by PrizePicks. My question to you 10:39:13 |
| 16 | is who would know? |
| 17 | A   We're referring to the amount that Nelk |
| 18 | received -- |
| 19 | Q   Correct -- |
| 20 | A   -- year to date; right? 10:39:23 |
| 21 | Q   Correct. You told me that the number is |
| 22 | closer to 10 than 1; correct? |
| 23 | A   Correct. I just wanted to confirm that we |
| 24 | were speaking about the amount that Nelk has |
| 25 | received from year to date. That -- that's what I 10:39:39 |

91

| | |
|---|---|
| 1 | just wanted to clarify. 10:39:40 |
| 2 | Q   Okay. Sure. And what is that amount? |
| 3 | A   I don't know the exact dollar figure -- |
| 4 | Q   Okay. |
| 5 | A   -- or dollar amount. 10:39:45 |
| 6 | Q   When you told me it was closer to |
| 7 | 10 million than 1 million, what number did you have |
| 8 | in your mind? |
| 9 | A   I didn't have a specific dollar value in |
| 10 | my head. 10:39:54 |
| 11 | Q   Okay. What range of dollar values did you |
| 12 | have in your head? |
| 13 | A   Something that was greater than 1 and |
| 14 | closer to 10. |
| 15 | Q   Mr. Hill, unless your mind works in a very 10:40:08 |
| 16 | complex way, what number did you have in your mind |
| 17 | when you said that Nelk received closer to |
| 18 | $10 million than $1 million? We're presumably above |
| 19 | $5 million; correct? |
| 20 | A   Correct. 10:40:36 |
| 21 | Q   Okay. |
| 22 | What number did you have in your head? |
| 23 | A   There was no specific to-the-penny number |
| 24 | in my head. |
| 25 | Q   I don't need to the penny. What number 10:40:46 |

92

| | |
|---|---|
| 1 | did you have in your head? 10:40:50 |
| 2 | A   Something that was over 5 million, but |
| 3 | less than 10. |
| 4 | Q   Okay. Was it over 6 million? |
| 5 | A   Again, I didn't have a specific dollar 10:41:06 |
| 6 | value in my head. |
| 7 | Q   Okay. Let me ask you another question. |
| 8 | Is the dollar amount closer to 5 million |
| 9 | or $10 million? |
| 10 | A   Which dollar amount are we referring to? 10:41:18 |
| 11 | The dollar amount in my head or the dollar amount |
| 12 | received by Nelk year -- |
| 13 | Q   The dollar amount received by Nelk year to |
| 14 | date by PrizePicks? |
| 15 | A   Is it what? Sorry. I forgot what you 10:41:29 |
| 16 | said. |
| 17 | Q   Is it closer to $5 million or $10 million? |
| 18 | A   That I don't know. |
| 19 | Q   Okay. But you knew that it was closer to |
| 20 | 10 million than 1 million; correct? 10:41:41 |
| 21 | A   Correct. It's a wider range than 5 to 10. |
| 22 | Q   Okay. |
| 23 | Mr. Hill, as the director of operations of |
| 24 | Nelk, it's your representation to the jury that you |
| 25 | can't identify whether the number is closer to 10:42:02 |

23  (Pages 89 to 92)

**Drew Hill - 11/7/2025**

93

```
 1    5 million or 10 million, but you can identify      10:42:06
 2    whether it's closer to 1 million and 10 million?
 3        A   I'm making the representation I don't know
 4    the exact dollar value year to date.
 5        Q   Okay.  I'm not asking the exact dollar      10:42:18
 6    value.  I'm asking your good-faith approximate
 7    estimation as the director of operations of Nelk.
 8        Is it closer to 5 or 10?
 9        Q   Correct.  That's my question.
10        A   I don't know the number to put it -- it    10:42:46
11    could be closer to 5, it could be closer to 10.  If
12    I don't know the exact number, I'm not going to
13    speculate as to, you know, if it's closer to 5 or
14    closer to 10.
15        Q   Okay.  Mr. Hill, you understand that I'm   10:42:58
16    not asking for the exact number; correct?
17        A   Right.
18        Q   I'm asking for your approximate good-faith
19    effort.
20        A   Yes.  But if I don't know the exact dollar 10:43:05
21    value or the dollar value that it's close to, I
22    can't give a good-faith effort.
23        Q   Sure.  But you could give the
24    approximation of it was closer to 10 million than
25    1 million; correct?                                10:43:20
```

94

```
 1        A   Again, that's a wider range than 5 to 10,  10:43:21
 2    yes.
 3        Q   Okay.  Mr. Hill, I'm going to move on.
 4    But just know that I'm of the opinion we're going to
 5    have to come back here with all these nonresponsive 10:43:31
 6    answers.  So let's move on.
 7        Talk to me, other than brand deals, how
 8    does members of Nelk gambling work into the Nelk
 9    ecosystem?
10        A   Can you be more specific which members     10:43:54
11    you're referring to?
12        Q   Sure.  Let's take -- let's take
13    Stevewilldoit, for example.  Stevewilldoit streams
14    himself gambling; correct?
15        A   Yes.                                        10:44:07
16        Q   Okay.
17        Is he paid by the online casinos he's
18    streaming to gamble?
19        A   I don't know the deals that Steve gets.
20    You'd have to speak to Steve.                       10:44:24
21        Q   Okay.
22        Is that because Steve is outside of the
23    Nelk affiliate program?
24        A   What do you mean by "affiliate program"?
25        I'm sorry.  That was me misspeaking.            10:44:38
```

95

```
 1        Steve is a member of Nelk; correct?           10:44:42
 2        A   He is a character that appears from time
 3    to time in our videos.
 4        Q   Okay.  If Steve gets a brand deal, where
 5    does that money go?                                10:44:55
 6        A   You would have to ask Steve.
 7        Q   Okay.  So as the director of operations,
 8    it does not go to Nelk?
 9        A   No, none of Steve's brand deals are
10    commissioned by or have money routed through Nelk. 10:45:11
11        Q   Okay.  Does Steve get paid from Nelk?
12        A   Are we asking for the year 2025?
13        Q   Sure.  Let's start with 2025.  Does Steve
14    get paid from Nelk in 2025?
15        A   No.                                         10:45:30
16        Q   Okay.  How about 2024?
17        A   I don't believe so, no.
18        Q   Okay.  How about 2023?
19        A   Probable.  I don't know for sure.  I'd
20    have to look back at our books.                     10:45:44
21        Q   Okay.  And who would be the person to
22    know?  Is it you, just if you look at your books?
23        A   I or the accountants or me -- potentially
24    John.
25        Q   Okay.  What about 2022?                     10:45:57
```

96

```
 1        A   Yes.                                        10:46:04
 2        Q   How about 2021?
 3        A   Yes.
 4        Q   What about 2020?
 5        A   Yes.                                        10:46:17
 6        Q   What happened that Steve got removed from
 7    being on the payroll of Nelk?
 8        A   I think you're using "payroll" as a
 9    loosely defined term here.  Could we -- 'cause you
10    said first we're using did Nelk pay, and now you're 10:46:30
11    referring to payroll.  I just want to make sure
12    we're on the same page.
13        Q   Was Steve ever on the Nelk payroll?
14        A   Are you asking if he was ever W-2ed?
15        Q   Correct.                                    10:46:49
16        A   I recall at one point, yes, he was -- he
17    was W-2ed.
18        Q   Okay.  Was he W-2ed in 2022?
19        A   I don't recall.
20        Q   Okay.                                       10:47:02
21        And, again, who would be the best person
22    to talk to about this?
23        A   I'd have to take a look at the books or
24    ask the accountants who would take a look at the
25    books.                                              10:47:14
```

24  (Pages 93 to 96)

**Drew Hill - 11/7/2025**

97

1    Q   Okay.  So if you take a look at the books,    10:47:15
2  we could have this conversation again?
3    A   If I were to look the books and -- we
4  could discuss, I guess.  I don't know what you're
5  driving at here.    10:47:33
6    Q   Okay.  Does Kyle ever gamble on stream?
7    A   Are we talking about the year 2025?  Are
8  we -- what are you referring to?
9    Q   Sure.  Let's start with 2025.
10    A   Has Kyle ever streamed gambling?    10:47:53
11    Q   Yes.
12    A   I don't know for certain.
13    Q   Okay.  What about 2024?
14    A   I don't know for certain.
15    Q   2023?    10:48:02
16    A   I'm unsure.  He may have.  I don't know
17  for certain.
18    Q   2022?
19    A   He may have.  I don't know for certain.
20    Q   Okay.    10:48:12
21       As director of operations, can you recall
22  any time from 2025 to 2020 any money coming to Nelk
23  in exchange for streaming gambling?
24    A   What do you mean by "streaming gambling"?
25  So we're paid to -- are you asking was the stream a    10:48:36

98

1  paid stream by a gambling service?    10:48:40
2    A   Yes.
3    A   I -- I think it's a broad question.  We
4  didn't -- Nelk has not got paid directly per time
5  stream if that's what you're getting at.    10:49:11
6    Q   Okay.  How did they get paid?
7    A   Which deal are you referring to?
8    Q   What deals are there?
9    A   You're specifically referring to streaming
10  gambling, so I -- I just want to know what time    10:49:29
11  frame, what year we're speaking about.
12    Q   I want to talk about all gambling
13  streaming deals.  So let's start with -- or -- we'll
14  work the opposite way.  Let's start with 2020.  Were
15  there any gambling streaming deals in 2020?    10:49:47
16    A   There wasn't a dedicated streaming
17  gambling deal.
18    Q   Okay.
19       What does that mean "dedicated"?
20    A   Well, by your phrasing, you're asking if    10:49:59
21  there was a deal to stream gambling.  Which sounds
22  as though it's -- you compensated directly for only
23  streaming.  And it's not accurate.
24    Q   Okay.  Well, what is accurate?  How were
25  they indirectly compensated for streaming gambling?    10:50:15

99

1    A   We never had a deal that was -- revolved    10:50:20
2  around exclusively streaming gambling.
3    Q   Okay.
4       So what you're saying is when you stream
5  gambling, you were doing it for free?    10:50:37
6       ATTORNEY LI:  Objection.
7       THE WITNESS:  There are multiple instances
8  when we stream gambling.
9  BY ATTORNEY KHERKHER:
10    Q   Okay.    10:50:49
11       Were you ever directly or indirectly
12  compensated to stream gambling?
13    A   Some -- some of the streams were part of
14  deliverables of a broader deal.  Some of the streams
15  that I recall were just to stream for fun.    10:51:10
16    Q   Okay.  Talk to me about these deliverables
17  of a broader deal.  With whom?
18    A   I only recall one deal where there was
19  some deliverables in the agreement in relation to
20  having to stream some gambling.    10:51:37
21    Q   Okay.  Who were the parties in that deal?
22    A   I don't remember every party in that deal.
23    Q   Okay.  I don't need every party.  I need
24  the parties you remember as a good-faith director of
25  operations at Nelk.    10:51:57

100

1    A   It would be Nelk as one party.  And the    10:51:58
2  other would be -- I don't know what entity name they
3  put on the agreement because it was years ago, but
4  it was with the platform Roobet which is
5  R-o-o-b-e-t.    10:52:12
6    Q   What were the deliverables?
7    A   I don't recall exactly.  I'd have to go
8  back and check the -- the paperwork.
9    Q   Okay.  How was Nelk compensated?
10    A   Could you clarify a little more.    10:52:32
11    Q   Yeah, sure.  You made comments earlier
12  about how Nelk wasn't directly compensated.  So I'm
13  asking how did Roobet pay Nelk?
14    A   If I recall, they paid us monthly.
15    Q   Okay.  Directly?    10:52:50
16    A   I can't remember how they paid.  If -- I
17  remember we were paid monthly on that deal.
18    Q   Did they pay you in USD?
19    A   I can't remember for sure without
20  speculating.    10:53:16
21    Q   Okay.  And who would be the person to best
22  answer this question?
23    A   I'd have to go back and look at the books.
24    Q   Okay.  So we again -- just for the record,
25  Mr. Hill, you keep on saying we need to go back and    10:53:27

25  (Pages 97 to 100)

**Drew Hill - 11/7/2025**

---

101

```
 1   look at the books.                          10:53:32
 2       A   Well, if I don't have an accurate answer,
 3   I don't wish to speculate.  So in order to achieve
 4   an accurate answer, I would have to go back and look
 5   at the books.                               10:53:42
 6       Q   Did they -- did Roobet pay Nelk in
 7   cryptocurrency?
 8       A   Again, I don't recall.  I'd have to go
 9   back and look at the books.
10       Q   Whose funds were used to gamble on these  10:53:53
11   live streams?
12           ATTORNEY LI:  Objection.
13           THE WITNESS:  Can you define "whose"?
14   BY ATTORNEY KHERKHER:
15       Q   Sure.                               10:54:03
16           Roobet gave Nelk deliverables to live
17   stream gambling; correct?
18       A   It was a deliverable amongst other
19   deliverables.
20       Q   Okay.  Well, let's take a slight detour.  10:54:18
21   What were the other deliverable?
22       A   Again, I don't recall the exhaustive list
23   of deliverables.  I'd have to go back and check the
24   paperwork.
25       Q   Okay.  I don't need the exhaustive list.  10:54:29
```

---

102

```
 1   I need the deliverables that you can recall right  10:54:32
 2   now in good faith as the director of operations of
 3   Nelk.
 4       A   I can't recall any specific deliverables
 5   without having to assume or fill in blanks.  10:54:40
 6       Q   Okay.  But one of the deliverable was live
 7   streaming gambling; correct?
 8           ATTORNEY LI:  Objection.  Vague as to
 9   "gambling."
10           THE WITNESS:  There was a live-streaming  10:54:57
11   deliverable involved.  I don't know any more details
12   than that --
13           ATTORNEY KHERKHER:  Okay --
14           (Simultaneous speakers interrupted by
15           the reporter.)                       10:55:03
16           THE WITNESS:  No.  I'm done.
17   BY ATTORNEY KHERKHER:
18       Q   Okay.  So there was a live-stream
19   deliverable, presumably your talent, the Nelk
20   talent, needed to live stream Roobet; correct?  10:55:27
21       A   Again, I don't know the specifics of what
22   is entailed in the live-stream deliverable.  I
23   recall it being a deliverable since you brought it
24   up to my attention.
25       Q   Okay.                               10:55:40
```

---

103

```
 1       A   I can't speak much further than that as to  10:55:41
 2   what was or was not required.
 3       Q   Okay.  And Roobet is an online casino;
 4   correct?
 5       A   I believe -- yeah.  Online gambling  10:55:52
 6   platform.
 7       Q   Okay.
 8           So when your talent --
 9       A   Casino --
10       Q   When -- I apologize.                10:55:59
11       A   No, no --
12       Q   When -- when your talent was live
13   streaming displaying Roobet, whose money were they
14   gambling with?
15           ATTORNEY LI:  Objection.            10:56:14
16           THE WITNESS:  Do I answer?
17           ATTORNEY LI:  You can answer.
18           THE WITNESS:  Depends.
19   BY ATTORNEY KHERKHER:
20       Q   Depends on what?                    10:56:22
21       A   Which stream it was --
22       Q   Okay.
23       A   -- what part of the stream.  There's
24   multiple factors that go into it.
25       Q   Okay.  Can -- can you elaborate on those  10:56:30
```

---

104

```
 1   factors?  What does the part of the stream mean?  10:56:32
 2       A   Any moment in time in a stream.
 3       Q   Okay.  But you made it sound like
 4   different funds come from different parts of the
 5   stream.                                     10:56:46
 6       A   That's a misrepresentation.
 7       Q   Okay.
 8           At any point in time, was the talent on
 9   stream gambling with their own funds?
10           ATTORNEY LI:  Objection.  Vague as to  10:57:09
11   "gambling."  And I'll just -- for the sake of not
12   continuing to make this objection, I'll just say
13   that applies to any use of that term throughout this
14   line of questioning.
15           THE WITNESS:  Can you rephrase?      10:57:17
16   BY ATTORNEY KHERKHER:
17       Q   When net -- Nelk talent is gambling on a
18   live stream, are they ever using their own money?
19       A   Who do you refer to when you say "Nelk
20   talent"?                                    10:57:29
21       Q   Any person associated with Nelk.
22       A   I -- I can't speak on behalf of people who
23   are streaming that may be affiliated with Nelk if
24   I'm not in the room or there for that particular
25   stream.                                     10:57:45
```

---

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Drew Hill - 11/7/2025**

---

105

1    Q   Mr. Hill, who can you speak on behalf of          10:57:45
2    as director of operations of Nelk?
3        A   I don't wish to speak for anyone aside
4    from myself.  I can only speak to certain instances
5    where I was there for certain streams.  I can't      10:58:00
6    speak for to the talent --
7        Q   Okay --
8        A   -- that you are referring to broadly.
9        Q   What streams were you there for?
10       A   I don't recall every stream I was in the      10:58:07
11   room for.
12       Q   I don't need every stream you were there
13   for.  What streams can you recall being there for as
14   the director of operations of Nelk?
15       A   Can -- can you be more specific?  Do you      10:58:20
16   look -- I'm not sure what you're looking for here.
17       Q   You -- you just stated to me that you
18   recall being in the room while some of these
19   gambling streams were occurring; correct?
20       A   Correct.                                       10:58:32
21       Q   What streams can you remember?
22       A   It's not like we have titles for streams,
23   so I can't say I was there for title stream X.
24       Q   Okay.
25       A   I don't recall an exact date.  I just         10:58:44

---

106

1    remember being in the room for certain streams.       10:58:46
2        Q   And who was gambling on those streams?
3        A   I can't remember everyone that was
4    gambling on those stream --
5        Q   I don't need everybody that was gambling.     10:58:57
6    Who can you recall gambling?
7        A   Well, you using -- what are you -- what's
8    your basis for gambling in this question, or
9    definition of "gambling"?  Just so I can answer
10   correctly?                                            10:59:07
11       Q   Who was playing Roobet during these
12   streams?
13       A   Define "playing."
14       Q   Mr. Hill, I think you're being
15   unresponsive.                                         10:59:28
16       A   No, sir.  I'm trying to be very specific.
17   For instance, if I'm sitting in the room when
18   someone's playing a slot game, am I playing or is
19   the person clicking the mouse playing the slot game?
20   This is why I'm trying to be specific.                10:59:43
21       Q   Okay.  Let's start with the person
22   clicking the mouse.  Who was clicking the mouse on
23   the streams you can remember?
24       A   Well, I can't remember everybody.  I can
25   remember Kyle in this one particular instance I'm     10:59:59

---

107

1    recalling in my head.                                 11:00:02
2        Q   Okay.
3        And in this one particular instance, was
4    Kyle playing Roobet with his own money?
5        A   I don't recall from that particular stream    11:00:15
6    if it was his money or not.
7        Q   Okay.
8        Is it possible that Kyle was not using his
9    own money?
10       A   Anything is possible.  But I can't tell       11:00:31
11   you anything for certain.
12       Q   Mr. Hill, is it the corporate policy of
13   Nelk to allow company funds to be wagered online?
14       A   I have never said that company funds were
15   used to be wagered online.                            11:00:55
16       Q   No, no.  I am asking you.
17       A   In our employee handbook, there is
18   language about gambling, that it's not permitted.
19       Q   Gambling is not permitted in the handbook?
20       A   Well, it -- I don't know the specifics of     11:01:09
21   it, but it definitely ties to on -- office behavior.
22       Q   Okay.
23       And if somebody were gambling with company
24   funds, that would be a fireable offense?
25       ATTORNEY LI:  Objection.  Calls for              11:01:27

---

108

1    speculation.                                          11:01:28
2        THE WITNESS:  I -- I don't want to
3    speculate or get into semantics on a hypothetical.
4    I can assure you I do not recall of any instance
5    ever when company funds were used to gamble online.   11:01:45
6    BY ATTORNEY KHERKHER:
7        Q   But if company funds were used to gamble
8    online, the person --
9        A   I just told you they weren't.
10       Q   But if they were -- stay with me in my        11:01:55
11   hypothetical -- would that be fraudulent?
12       A   I'm not --
13       ATTORNEY LI:  Objection.
14       THE WITNESS:  I don't -- I'm not
15   entertaining hypotheticals.  I just told you no       11:02:06
16   company funds were used to gamble online.
17   BY ATTORNEY KHERKHER:
18       Q   So if no company funds were used to gamble
19   online, does that mean that everybody gambling
20   online was using their own funds?                     11:02:25
21       A   Again, I can't tell you specifically for
22   the instance -- the instances I recall where the
23   funds -- the funds were personal or not.  I can only
24   tell you that they weren't corporate funds.
25       Q   Okay.                                         11:02:47

---

27  (Pages 105 to 108)

**Drew Hill - 11/7/2025**

---

109

1    To your knowledge, do the talent at Nelk    11:02:50
2  have their own side deals?  You mentioned
3  Stevewilldoit earlier.  Do the other -- does Kyle
4  have his own venture outside of Nelk?
5    Q   Can you define "venture"?    11:03:06
6    A   Yeah, sure.
7        Can Kyle receive sponsorship money for
8  using his persona outside of the Nelk entity?
9    A   For specifics on anything related to that,
10  I -- I can't attest to anything.  I'm not the person    11:03:19
11  to speak to on that.
12    Q   Okay.  Well, as the director of operations
13  of Nelk, what funds do come in through Nelk?  You
14  mentioned brand deals earlier; correct?
15    A   Yes.    11:03:37
16    Q   But brand deals as applied to who?
17  Because not brand deals applied to Stevewilldoit;
18  correct?
19    A   Correct.  We don't handle Stevewilldoit's
20  brand deals.    11:03:51
21    Q   Okay.  Whose brand deals do you handle?
22    A   Are you asking where we get brand deal
23  revenue from, like which brands?
24    Q   No, that's not what I'm asking.
25        What I'm asking is when you get a brand    11:04:01

---

110

1  deal, whatever it is, what decision is made that it    11:04:04
2  goes to Nelk rather than Stevewilldoit or Kyle or
3  John.  What goes to Nelk?
4    A   You have to ask John or Kyle.  I don't
5  make that decision.    11:04:17
6    Q   Okay.  So you don't make the decision on
7  what revenues come into Nelk?
8    A   I don't make the decision on that
9  particular question you asked about -- excuse me --
10  the brand deal revenue that comes in.    11:04:27
11    Q   Okay.
12        And you're -- you're not responsible as
13  the director of operations for acquiring brand
14  deals; correct?
15    A   Correct.    11:04:42
16    Q   Who is responsible for that?
17    A   I could speculate.  But -- in good faith,
18  it's John or Kyle.
19    Q   Okay.  Let's start hopping back over to
20  the Metacard.  As the director of operations of    11:05:22
21  Nelk, and Metacard being a fully owned subsidiary of
22  Nelk, what were your responsibilities as the
23  director of operations for the Metacard?
24    A   Whatever was required or asked of me.
25    Q   Did you oversee any technical or smart    11:05:37

---

111

1  contract aspects?    11:05:42
2    A   No.
3    Q   Who did?
4    A   I don't know for certain without
5  speculating.    11:05:54
6    Q   Okay.  What's your good-faith approximate
7  answer as the director of operations of Nelk?
8    A   It would be too much of a wild guess to be
9  fair.  You would have to go ask John for more
10  details.    11:06:12
11    Q   Okay.
12        Did you owe -- or did you oversee or
13  participate in any of the marketing or
14  communications regarding Metacard?
15    A   Can you define "communications"?    11:06:29
16    Q   Yeah.  The Discord, Discord chat,
17  community services.
18    A   And you're asking if I oversaw that or had
19  a role in it?
20    Q   Correct.    11:06:41
21    A   As it relates to Discord, no, I didn't
22  oversee that.
23    Q   Who did?
24    A   I don't know if one particular person
25  oversaw it.  I do recall John having a continual    11:07:00

---

112

1  involvement in it, so he's the best person to ask.    11:07:06
2    Q   Okay.
3        What about marketing?
4    A   Which aspect of marketing?
5    Q   Let's start with content creation, the    11:07:21
6  content behind Metacard.
7    A   What about it?
8    Q   Did you have -- did you oversee or
9  participate in any of it?
10    A   I did not oversee any of the content    11:07:36
11  creation for Metacard on the social media site.  I
12  may have participated by posting a story.  I -- I
13  don't recall for sure, though.
14    Q   Okay.
15    A   And that would be just -- just for    11:07:50
16  clarification, that would be a story on my personal
17  Instagram account, but I don't recall for certain.
18    Q   Okay.
19        Who did oversee the marketing?
20    A   I don't think one person particularly    11:08:09
21  oversaw it.
22    Q   Who are the group of people who oversaw
23  the marketing?
24    A   People who had the biggest say in
25  marketing would be Kyle and John.    11:08:19

---

28  (Pages 109 to 112)

Drew Hill - 11/7/2025

113

```
 1    Q   Okay.                                11:08:21
 2        And who did they task to handle whatever
 3   it is they wanted to accomplish with Metacard?
 4    A   You'd have to ask Kyle and John.  I don't
 5   want to speculate.                           11:08:37
 6    Q   Okay.  So what you're saying is as the
 7   director of operations of Nelk, even though Metacard
 8   is a fully owned subsidiary of Nelk, you were not
 9   responsible for the day-to-day operations of
10   Metacard?                                    11:08:52
11        ATTORNEY LI:  Objection.  Misstates
12   testimony.
13        THE WITNESS:  Supposed to answer it?
14        ATTORNEY LI:  You can answer.
15        THE WITNESS:  I mean, complete           11:09:09
16   misstatement.  Do you care to rephrase?
17   BY ATTORNEY KHERKHER:
18    Q   No.  I want to you to answer my question.
19    A   Could you repeat the question.
20    Q   You are the director of operations for   11:09:18
21   Nelk, which fully owns a subsidiary named Metacard,
22   LLC, which is responsible for the Metacard.
23        My question to you is it is your testimony
24   that you were not responsible for the day-to-day
25   operations of the Metacard; is that correct?   11:09:43
```

114

```
 1    A   I don't recall ever testifying that.    11:09:47
 2    Q   Okay.  Were you responsible for the
 3   day-to-day operations of Metacard?
 4    A   Some aspects.
 5    Q   What aspects?                            11:09:58
 6    A   Some.
 7    Q   Mr. Hill, do you realize that Metacard
 8   raised $23 million in ten minutes?  And it's your
 9   representation as the director of operations of Nelk
10   that you don't know what operations you are in    11:10:21
11   charge of?
12        ATTORNEY LI:  Objection.  Misstates
13   testimony.
14        THE WITNESS:  I never said that at all.
15   BY ATTORNEY KHERKHER:                          11:10:30
16    Q   What did you say, Mr. Hill?
17    A   I said I -- I was responsible for some of
18   the day-to-day operations.
19    Q   And what does "some" mean?  Can you
20   articulate what operations you were in charge of?  11:10:40
21    A   "Some" would mean a particular set of
22   tasks, but not all of them.
23    Q   Okay.  What particular set of tasks?
24    A   What I recall would be -- couple of
25   examples, paying some employees of Metacard, some  11:10:57
```

115

```
 1   money transfers in secure -- security -- security --  11:11:04
 2   sorry -- and storage of some of the assets.
 3    Q   Okay.  So you were in -- does that mean
 4   you were responsible for the crypto transactions?
 5    A   Some crypto transactions.                  11:11:22
 6    Q   Okay.  Which crypto transactions?
 7    A   I -- I don't recall an exhaustive list of
 8   every crypto transaction I've ever done.
 9    Q   Sure.  I don't need an exhaustive list.
10        As a director of operations in good faith,  11:11:40
11   were you in control of the Metacard treasury
12   wallets?
13    A   What are you defining as treasury wallets?
14    Q   Who was responsible for sending money out
15   of the Metacard deployer wallet where all of the   11:12:01
16   funds originally went?
17    A   I don't know for certain, but it was
18   likely Alan was in charge of every single one of
19   those transactions, and that is my recollection.
20    Q   Okay.  And not you?                        11:12:19
21    A   Correct.  I have never, to my
22   recollection, made any transfers out of the wallet
23   containing all the funds that were deposited on the
24   day of the mint of the project.
25        (Reporter clarification.)                  11:12:37
```

116

```
 1   BY ATTORNEY KHERKHER:                          11:12:37
 2    Q   However, there were wallets that you made
 3   transactions from; correct?
 4    A   Between/from, yes.
 5    Q   Okay.                                      11:12:50
 6        How many wallets approximately?
 7    A   Were transfers made between or from --
 8   what's -- what's the specific thing you're asking
 9   here?
10    Q   Yeah.  I'm asking for how many wallets    11:13:02
11   were you in control of?
12    A   I recall being in control of five wallets.
13    Q   Okay.  Do you have the blockchain address
14   for those wallets?
15    A   I would have to get them off my computer.  11:13:34
16   I don't have them on hand.
17    Q   Okay.  Where would you go on your computer
18   to get them?
19    A   The places where they were retrievable
20   from.                                          11:13:48
21    Q   But they are on your computer?
22    A   One for sure is.  The other four I don't
23   know if it's actually going to be on my computer.
24   The abbreviated address may be on my computer, but
25   not the complete.                              11:14:06
```

29 (Pages 113 to 116)

Drew Hill - 11/7/2025

117

1  Q   And what is the abbreviated address on         11:14:10
2  your computer?
3  A   I don't recall.
4  Q   Okay.
5      So you were in charge of five wallets.         11:14:14
6  Why five?  Why did you decide to be in control of
7  five wallets?  Why not send it to one?
8  A   I never said that I decided to be in
9  control of five wallets.
10 Q   Who decided?                                   11:14:39
11 A   I don't recall there ever being a decision
12 made.  That's the way it worked out.
13 Q   You don't recall a decision being made.
14 Don't you think that's a little reckless for a
15 $23 million project?                               11:14:56
16     ATTORNEY LI:  Objection.
17     THE WITNESS:  What I said was I don't
18 recall a specific, hey, you're in charge of
19 five wallets because of X, Y and Z reasons.
20 BY ATTORNEY KHERKHER:                              11:15:10
21 Q   Okay.
22 A   There were reasons as to why there was
23 multiple wallets.  It wasn't reckless as you so care
24 to describe it.
25 Q   What were the reasons?                         11:15:19

118

1  A   What I recall the reasons being -- and at      11:15:20
2  the moment, I'm only recalling one -- or two.  The
3  first one being security reason.  The main reason is
4  because the wallet you keep referring to -- I don't
5  recall as to what -- the main wallet with all the    11:15:33
6  Metacard funds in it from the mint is held online,
7  and, therefore, is -- is the public address.
8  Therefore, anybody on the Internet who's a nefarious
9  individual can attempt to hack into a wallet
10 containing what you said was $23 million.            11:15:52
11     In order to prevent such an instance from
12 occurring, the company made the decision to move the
13 funds very shortly after the mint into other wallets
14 owned by the company in our possession that were
15 offline and therefore un-hackable in order to make   11:16:07
16 sure the Ethereum was kept in a safe place and not
17 online.
18 Q   So all wallets were owned by the company?
19 A   What do you mean by "all wallets"?  The
20 ones that --                                         11:16:24
21 Q   All --
22 A   -- I was in possession of --
23 Q   Yes.
24 A   Yes.  They're all company wallets.
25 Q   Okay.                                           11:16:30

119

1      And you stated that Alan was in charge of      11:16:36
2  transferring funds from the deployer wallet to other
3  wallets?
4  A   Per my recollection, yes.
5  Q   Okay.                                          11:16:45
6      You stated earlier that you paid employees
7  from these wallets.  What employees did you pay?
8  A   The employees I recall paying were people
9  who were tasked with specific Metacard jobs, such as
10 the Discord moderators.                              11:17:18
11 Q   Okay.  So were the Discord moderators
12 employees?
13 A   I don't recall if they're employees or
14 1099 or how -- how that was set up.  But they were
15 compensated for their tasks related to Metacard.     11:17:30
16 Q   Okay.
17     If somebody did a Metacard-related task,
18 but was on the payroll at Nelk, did they receive
19 additional funds from Metacard?
20 A   Just so we're clear, you're asking if I,       11:17:51
21 for instance, went out and did a task for Metacard,
22 did I get additional compensation from Metacard on
23 top of my Nelk salary?  That -- that's what you're
24 asking?
25 Q   Correct.                                        11:18:03

120

1  A   The answer to that -- no, I've never           11:18:04
2  recalled an instance where someone has ever gotten
3  paid additional money for doing a service for
4  Metacard who was on the payroll of Nelk or an
5  affiliated company, such as Alan who is not paid by  11:18:15
6  Nelk.
7  Q   Okay.
8      Did you ever receive a bonus associated
9  with Metacard?
10 A   Can you define "a bonus"?                       11:18:32
11 Q   Yeah, sure.  You're a W-2 employee of
12 Nelk; correct?
13 A   Yes.
14 Q   You have a salary; correct?
15 A   Yes.                                            11:18:41
16 Q   Do you ever receive bonuses on top of your
17 salary?
18 A   From Nelk?
19 Q   Yes.
20 A   I don't recall the last one I received.        11:18:54
21 Q   Have you received one in the past?
22 A   Yes.
23 Q   Okay.  You ever receive one related to the
24 Metacard project?
25 A   Yes.                                            11:19:16

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Drew Hill - 11/7/2025**

121

| | | |
|---|---|---|
| 1 | Q  How much? | 11:19:19 |
| 2 | A  Greater than $1. | |
| 3 | Q  Okay. | |
| 4 | Is it greater than $10,000? | |
| 5 | A  I don't know for certain because I don't | 11:19:37 |
| 6 | know -- I don't recall the exact amount. | |
| 7 | Q  Was it greater than a hundred thousand | |
| 8 | dollars? | |
| 9 | A  No. | |
| 10 | Q  Okay. Who else received bonuses for | 11:19:45 |
| 11 | Nelk -- or for Metacard? | |
| 12 | A  I don't remember the list of people. | |
| 13 | Q  But there was a list? | |
| 14 | A  I don't know if there is a list because I | |
| 15 | was not in charge of making that decision. | 11:20:08 |
| 16 | Q  Who was in charge of making that decision? | |
| 17 | A  Kyle and John and potentially Sam, but | |
| 18 | I -- I don't know. I'd be speculating on Sam. | |
| 19 | Q  Okay. | |
| 20 | When did you receive your bonus related to | 11:20:19 |
| 21 | Metacard? | |
| 22 | A  I don't remember the date. | |
| 23 | Q  Okay. So what you're saying is Kyle and | |
| 24 | John were the key decision-makers for Metacard? | |
| 25 | A  They were key decision-makers for a lot | 11:20:43 |

122

| | | |
|---|---|---|
| 1 | of -- excuse me -- a lot of aspects of the project, | 11:20:45 |
| 2 | yes. | |
| 3 | Q  Okay. | |
| 4 | Who were some of the other key | |
| 5 | decision-makers for other aspects? | 11:20:52 |
| 6 | A  I -- I can't answer for certain if we | |
| 7 | don't have particular aspects to reference. | |
| 8 | Q  Okay. Who -- let's talk about -- let's | |
| 9 | talk about the deployer wallet. Alan was in control | |
| 10 | of the deployer wallet, according to your testimony. | 11:21:09 |
| 11 | How did Alan decide how much and when to transfer | |
| 12 | funds? | |
| 13 | A  You'd have to speak to Alan. | |
| 14 | Q  Okay. But Alan reported to Kyle and John? | |
| 15 | A  I know he does from time to time report to | 11:21:30 |
| 16 | John and Kyle. But as to the specifics you're | |
| 17 | ask -- inquiring about, you have to ask -- | |
| 18 | (Reporter clarification.) | |
| 19 | THE WITNESS:  As to the specific | |
| 20 | information he's inquiring about, you'd have to go | 11:21:42 |
| 21 | ask Alan. | |
| 22 | BY ATTORNEY KHERKHER: | |
| 23 | Q  Were there regular meetings about | |
| 24 | Metacard? | |
| 25 | A  Could you be more specific? We have a lot | 11:22:12 |

123

| | | |
|---|---|---|
| 1 | of meetings. | 11:22:15 |
| 2 | Q  Sure. | |
| 3 | Did you meet on a weekly basis about | |
| 4 | Metacard? | |
| 5 | A  I don't recall. I -- I mean, Metacard | 11:22:28 |
| 6 | would have come up in a plethora of discussions in | |
| 7 | the office, at informal meeting, informal time, | |
| 8 | whether I was hanging out with Kyle personally. | |
| 9 | It's come up a lot. So I don't know, for instance, | |
| 10 | what you're -- you know, I can't speak to what | 11:22:48 |
| 11 | you're referring to. | |
| 12 | Q  Okay. So as the director of operations of | |
| 13 | Nelk, you didn't have a formal meeting to discuss | |
| 14 | the advancement of the Metacard agenda? | |
| 15 | ATTORNEY LI:  Objection. Misstates | 11:23:03 |
| 16 | testimony. | |
| 17 | THE WITNESS:  Aside from the misstatement, | |
| 18 | I never explicitly had a weekly meeting about that. | |
| 19 | That is not to say other individuals of the company, | |
| 20 | such as Kyle, John, or Sam, didn't have meetings | 11:23:15 |
| 21 | scheduled regularly about that. They very well | |
| 22 | could have. You'd have to speak to them to get more | |
| 23 | information about that. | |
| 24 | BY ATTORNEY KHERKHER: | |
| 25 | Q  So you didn't have weekly meetings. Did | 11:23:27 |

124

| | | |
|---|---|---|
| 1 | you have monthly meetings? | 11:23:40 |
| 2 | A  Are you asking about me particularly or | |
| 3 | the company as a whole -- | |
| 4 | Q  Correct. I'm asking about you as the | |
| 5 | director of operations of Nelk, which solely owns | 11:23:48 |
| 6 | Metacard, LLC? | |
| 7 | A  Do we have -- did I have a set, scheduled | |
| 8 | meeting to talk about Metacard is what you're | |
| 9 | asking? | |
| 10 | Q  Right. | 11:24:01 |
| 11 | A  I don't recall if there was a set, | |
| 12 | scheduled meeting every -- a reoccurring, exact-date | |
| 13 | meeting. | |
| 14 | Q  So is it accurate characterization that | |
| 15 | you just had meetings here and there with no rhyme | 11:24:10 |
| 16 | or reason? | |
| 17 | A  No. That's inaccurate. | |
| 18 | Q  Okay. | |
| 19 | A  I would say we'd had regular discussions | |
| 20 | and meetings about the project. And we discussed | 11:24:22 |
| 21 | goals, operational objectives, the like, in order to | |
| 22 | advance the project. | |
| 23 | Q  Okay. | |
| 24 | A  That was -- scheduled or not, I can't | |
| 25 | speak to that. And if you want whether more senior | 11:24:35 |

31 (Pages 121 to 124)

**Drew Hill - 11/7/2025**

---

125

1  individuals had regular sched -- regularly scheduled   11:24:38
2  meetings, I can't answer.  You'd have to speak to
3  them.
4      Q   And who attended those meetings?
5      ATTORNEY LI:  Objection.   11:24:47
6      THE WITNESS:  I don't recall.  Too long
7  ago.  I can assume, but I don't want to assume.
8  BY ATTORNEY KHERKHER:
9      Q   I'm asking you, as the director of
10 operations of Nelk, your good-faith approximation of   11:25:00
11 who attended the Metacard meetings?
12     A   So, again, we've never had -- I don't
13 recall having set, scheduled meetings, at least that
14 I was a part of.  But in regards to meetings about
15 Metacard, a number of people could have been present   11:25:19
16 at any one of those meetings, whether John, Kyle,
17 Sam, Alan, other individuals, anybody who was
18 needed.  Again, people have many hats and do
19 different tasks, so --
20     Q   Who -- who were the other individuals?   11:25:35
21     A   I -- I don't know for certain.  It
22 could -- it could have been anybody we needed to
23 help with any given aspect of the project or
24 anything.
25     Q   Okay.   11:25:49

---

126

1      What hats did Kyle wear?   11:25:50
2      A   I'd be speculating.  You'd have to ask him
3  yourself.
4      Q   Okay.
5      What hats did John wear?   11:25:58
6      A   Again, I'd be speculating.  You'd have to
7  ask John yourself.
8      Q   But as director of operations, you took
9  orders from John and Kyle related to this project;
10 correct?   11:26:19
11     A   Correct.
12     Q   But you can't tell me what hats they wore?
13     A   They -- they do many things on a
14 day-to-day basis.  Again, if you want specifics
15 about what they do, ask them.   11:26:35
16     Q   Were -- when you guys had meetings, did
17 you guys ever keep minutes or summaries of those
18 meetings?
19     A   Define "summaries."
20     Q   Did you ever write anything down at those   11:26:54
21 meetings?
22     A   If you're asking whether I particularly
23 wrote stuff down, I don't recall.  I take notes
24 in -- of a bunch of meetings and it's impossible to
25 remember specifically whether or not I took notes in   11:27:06

---

127

1  those meetings without --   11:27:09
2      Q   Sure --
3      A   -- without going back to those --
4      Q   Sure.  I'm -- I'm not asking just you
5  personally.  I'm -- as the director of   11:27:15
6  operations of Nelk tasked with ensuring a project,
7  which you raised 23 million -- $23 million on
8  succeeded, was anybody at the meeting taking notes?
9      A   I can't speak for other people.  I don't
10 know.  You'd have to ask other people who are part   11:27:32
11 of those meetings.
12     Q   Okay.  And who are those people?
13     A   We just spoke to that.
14     Q   Okay.
15     So at those meetings, you discussed the   11:27:46
16 operational goals of Metacard; correct?
17     A   Definitely one of the things that was
18 discussed.
19     Q   Okay.  And what were the operational
20 goals?   11:28:01
21     A   Can you be more specific?
22     Q   No.  You tell me.  What were the
23 operational goals of Metacard?
24     A   I -- I think it's broad.  There's many
25 aspects in a business operation.  And it's   11:28:15

---

128

1  impossible to speak to all of them in one collective   11:28:18
2  swoop.
3      Q   Okay.
4      Let's start one by one.  What is the
5  first business op -- first business objective that   11:28:26
6  comes to your mind when you think of Metacard?
7      A   Delivering benefits and working on the
8  project in order to deliver something for the
9  community.
10     Q   Okay.  And what benefits are those?   11:28:41
11     A   What benefits are those that what?
12     Q   You raised $23 million in order to provide
13 benefits.  And what benefits are those?
14     A   Are you asking the benefits that were
15 provided or -- or something else?   11:29:09
16     Q   Sure.  Let's start with the benefits that
17 were provided.
18     A   My best recollection at the time the
19 benefits that were provided were -- we had some
20 meet-ups and exclusive, like, activations at   11:29:23
21 different places, such as SoFi Stadium.  We
22 delivered affiliate programs in relation to
23 supplements.  And also our merchandising program,
24 there was giveaways that were also run.  Excuse me.
25 There is also -- there -- there is also still the   11:29:39

---

32  (Pages 125 to 128)

**Drew Hill - 11/7/2025**

129

```
 1   Bored Jerky project.  That's a benefit as well.        11:29:41
 2   I believe I'm forgetting one or two.  But
 3   off the top of my head, that's the best recollection
 4   I have at -- at this given moment.
 5       Q.   Okay.                                          11:29:51
 6            And when did planning or delivering these
 7   benefits start?
 8       A.   You'd have to ask Kyle and John.
 9       Q.   And were -- were you involved in the
10   initial planning?                                       11:30:12
11       A.   To my recollection, no.  Those were not
12   decisions made by me.  You'd have to ask Kyle or
13   John.
14       Q.   Okay.  Who proposed the idea for Metacard?
15       A.   I don't recall.                                11:30:33
16       Q.   Was Metacard a big initiative inside of
17   Nelk?
18       A.   Can you define "big initiative"?
19       Q.   Sure.
20            Would you agree with me that $23 million       11:30:53
21   is a lot of money?
22       A.   Yes, it's a large sum of money.
23       Q.   Okay.
24            So presumably, if Nelk raised $23 million,
25   that was a big deal?                                    11:31:07
```

130

```
 1       A.   Correct.  If you're asking me about the        11:31:09
 2   seriousness of the project, it was taken extremely
 3   seriously and still is within the business.  It's --
 4   has always been the case.
 5       Q.   Okay.  How can it be serious if nobody was     11:31:26
 6   taking notes during meetings?
 7            ATTORNEY LI:  Objection.
 8            THE WITNESS:  I never testified that no
 9   one took notes during meetings.  I said that I may
10   have, and I can't recall specifically.  If you want     11:31:37
11   to go figure out who took notes during those
12   meetings, you'd have to ask the other people
13   present.
14   BY ATTORNEY KHERKHER:
15       Q.   Okay.                                          11:31:45
16            But -- so to your knowledge, you didn't
17   circulate any sort of recap of the meetings amongst
18   all the individuals involved?
19       A.   I never once at Nelk circulated a
20   recap for -- I don't think -- any meeting ever.         11:32:03
21   It's not how we do things -- at least how I do
22   things.
23       Q.   Sure, Mr. Hill.  I'm not asking about you.
24            Did anybody in the meeting circulate
25   internal memos or summaries about your planning         11:32:16
```

131

```
 1   regarding to Metacard in this meeting?                  11:32:20
 2       A.   You would have to go ask those people.
 3       Q.   Okay.
 4            So you can't recall ever receiving a
 5   summary about a Metacard meeting?                       11:32:32
 6       A.   I never stated that.
 7       Q.   Okay.  Did you ever receive a summary
 8   about a Metacard meeting?
 9       A.   Off the top of my head, I can't think of
10   an example.                                             11:32:54
11       Q.   Okay.  So does that mean you never
12   received a summary for a Metacard meeting?
13       A.   What it means is off the top of my head,
14   at this given moment, I don't have a specific
15   example to give to you.                                 11:33:04
16       Q.   Okay.  But you have access to find the
17   specific examples; correct?
18       A.   It -- if we're theorizing, I -- I guess.
19       Q.   Okay.
20            You said earlier in this deposition that       11:33:32
21   you were a purchaser of the Metacard; is that
22   correct?
23       A.   Yes.
24       Q.   Do you still hold the Metacard?
25       A.   Yes.                                           11:33:41
```

132

```
 1       Q.   Are you pleased with how the Metacard          11:33:49
 2   project has gone?
 3       A.   My opinion of the project is not of
 4   consequence, I don't believe.
 5       Q.   It is of consequence because I'm asking        11:33:59
 6   you.
 7       A.   Could you repeat the question.
 8       Q.   As a Metacard holder, are you pleased with
 9   how the project has -- what has become of the
10   project?                                                11:34:15
11       A.   I think as a holder -- though I have a lot
12   more information than a traditional holder.  I think
13   the project has come out great given everything
14   that's gone on.  I think we delivered a lot.  And
15   I -- I back it.                                         11:34:32
16       Q.   Okay.  Everything that's gone on, what has
17   gone on?
18       A.   Well, in -- I -- it's a broad question.
19   But to give a specific example, we were -- we
20   were -- not me.  John was handling the benefit of       11:34:50
21   gyms that we were trying to build out.  And he was
22   taking meetings, toured some locations for actual
23   gyms.  And due to community feedback, that
24   initiative was shut down.  So that's -- that's an
25   instance of what I mean by things that have gone on.    11:35:13
```

33  (Pages 129 to 132)

**Drew Hill – 11/7/2025**

---

133

```
 1      Q   So the gym aspect didn't occur because of      11:35:20
 2   community feedback?
 3      A   From my recollection, yes.  Community
 4   feedback was the main driving reason as to why that
 5   did not come to fruition.                             11:35:31
 6      Q   Okay.
 7      Mr. Hill, I'm going to -- I'm going to put
 8   something on the screen really quick.
 9      ATTORNEY LI:  Tommy, sorry.  If you're
10   going --                                              11:35:46
11      ATTORNEY KHERKHER:  Yeah.
12      ATTORNEY LI:  -- to switch to a different
13   line of questioning, we've been going for about an
14   hour.  It's 2:35 over here.  Is it okay if we break
15   for lunch?                                            11:35:51
16      ATTORNEY KHERKHER:  Yeah.  That -- that --
17   that's fine.  How long are you thinking about lunch
18   'cause I think I'm only about halfway done?  And we
19   gotta go -- the blockchain stuff is going to take a
20   really long time with how we're going to do it.  I    11:36:01
21   mean, you want to say -- it's 1:30 my time.  You
22   want to say 25 minutes, start at 2:00 -- 2:00
23   Central?  I apologize.
24      ATTORNEY LI:  Drew, does that work okay
25   for you?                                              11:36:15
```

---

134

```
 1      THE WITNESS:  I don't have any --                  11:36:15
 2      ATTORNEY LI:  Well, lunch is outside.
 3      THE WITNESS:  Oh.
 4      ATTORNEY LI:  I think -- let's call it
 5   30 minutes.  How that's, Tommy?                       11:36:21
 6      ATTORNEY KHERKHER:  Yeah, sure.  We'll
 7   call it 30 minutes.
 8      How much time on the record do we have
 9   left for this deposition?
10      THE COURT REPORTER:  Can we do this off          11:36:31
11   the record?
12      ATTORNEY KHERKHER:  Yes.
13      ATTORNEY LI:  Yeah.  Let's do it off the
14   record.
15      THE VIDEOGRAPHER:  We're off the record at        11:36:40
16   11:36 a.m.
17            ***
18         (LUNCHEON RECESS)
            ***
19      THE VIDEOGRAPHER:  This is the beginning
20   of Media File No. 5.  We are back on the record       12:18:11
21   at 12:18 p.m.
22   BY ATTORNEY KHERKHER:
23      Q   Okay.  Mr. Hill, when we took a break, we
24   were talking about the Full Send gyms; correct?
25      A   Yes.                                           12:18:31
```

---

135

```
 1      Q   And your representation was that the idea     12:18:42
 2   for the gyms were scrapped because of negative
 3   community sentiment?
 4      A   If I recall correctly, I said a -- a major
 5   reason why the gyms were scrapped is negative community  12:18:59
 6   sentiment, correct.
 7      Q   Okay.  And who was in charge of officially
 8   scrapping that decision, scrapping the gyms?
 9      A   I'm unsure, but it wasn't me.
10      Q   Okay.  Was it John?                            12:19:14
11      A   Again, I'm -- I'm unsure, but it wasn't
12   me.
13      Q   Who were the key decision makers in the
14   Metacard project?
15      A   Kyle, John, and Sam.                           12:19:27
16      Q   So presumably the ability to move forward
17   with gyms left -- was left in the hands of Kyle,
18   Sam, and John?
19      A   Again, I don't know for certain.  So I
20   don't want to assume.                                 12:19:48
21      Q   Okay.
22      A   If you want any details from their
23   respective, you can ask John, Sam, or Kyle.
24      Q   Okay.  How much diligence did you do in
25   exploring the feasibility of gyms?                    12:20:01
```

---

136

```
 1      A   The gyms wasn't my project.  You'd have to     12:20:05
 2   those that were involved.
 3      Q   Okay.
 4      And just to be clear, who -- what -- whose
 5   project was it?                                       12:20:13
 6      A   You can ask John, Sam, and Kyle.
 7      Q   You said a major reason why the gyms were
 8   scrapped was because of the sentiment.  What were
 9   some of the other reasons?
10      A   The -- the one I'm recalling right now        12:20:37
11   ties also into community sentiment.  But it -- it's
12   just, you can open gyms in multiple locations, and
13   it's -- the community didn't find that satisfactory
14   due to the global -- due -- you know, the -- the
15   hold is for globally.  So you could pick a handful    12:20:57
16   of cities, and a lot of them weren't going to be
17   happy with them, so community sentiment locations.
18      Q   Were financial constraints ever an issue
19   in deciding whether or not to pursue gyms?
20      A   I don't recall a -- a constraint being an     12:21:22
21   issue.  Again, if you're talking about the decision
22   to scrap it entirely, you have -- you're asking the
23   wrong guy.  You have to speak to John, Sam, or Kyle.
24      Q   And who would have set the Metacard
25   spending budget?                                      12:21:40
```

---

34  (Pages 133 to 136)

137

```
 1    A  Can you elaborate.                    12:21:41
 2    Q  Sure.
 3       You raised $23 million.  Who made the
 4  decision on where to spend that money?
 5    A  I don't know for certain who did.  But it   12:21:57
 6  wasn't me making the decision on where to spend
 7  money.
 8    Q  Okay.
 9       Did you help send the money?
10    A  I helped send some payments, yes -- or   12:22:17
11  conducted some of the transfers, yes.
12    Q  Okay.  What were those transfers for?
13    A  Transfers, not the payments; right?
14    A  Sure.  Let's start with transfers.
15    A  Transfers would go back to -- to what I   12:22:39
16  attested before, which would be primarily the
17  movement of money out of the wallets -- or out of
18  the main wallet to these other sub-wallets.  I
19  didn't do that actual -- 'cause, again, Alan had
20  access to do all that.  But moving them to -- from   12:22:57
21  other wallets for security reasons.
22       Other transfers would be if we had to
23  exchange some crypto to USD in order to fund
24  benefits in other aspects, I would -- I would make
25  that transfer to an account in order to transfer the   12:23:15
```

138

```
 1  Ethereum into USD.                        12:23:18
 2    Q  Okay.  Did you ever make payments directly
 3  in crypto?
 4    A  Yes.
 5    Q  To who?                              12:23:34
 6    A  The people I recall making direct crypto
 7  payments to are -- do you want the full names?
 8    Q  Yes.
 9    A  Okay.  Judd Warshaw, J-u-d-d -- excuse
10  me -- W-a-r-s-h-a-w.  Bernardo Garcia,            12:23:49
11  B-e-r-n-a-r-d-o; last name, G-a-r-c-i-a.  And then
12  the third person -- I'm blanking on their name.
13    Q  Okay.
14       What wallet did you pay them from?
15    A  One of the Metacard crypto wallets.      12:24:21
16    Q  And were they paid for services rendered
17  for Metacard?
18    A  Yes, they were paid for their services for
19  the Metacard project.
20    Q  And what were those services?         12:24:46
21  Specifically -- let's start with Judd -- what did
22  Judd do for the Metacard project?
23    A  Yeah.  Judd -- these three individuals are
24  going to fall into the same collective.  They were
25  all Discord moderators and people that were involved   12:24:58
```

139

```
 1  in communicating benefits and other messages to the   12:25:02
 2  community.  And they were an active part of our
 3  Discord server on a continued basis.
 4    Q  And how did you communicate with them?
 5    A  Traditional methods that we normally use   12:25:15
 6  for communicating to anybody at the company.
 7    Q  Which are?
 8    A  I don't want to say it's an exhaustive
 9  list, but, I mean, I would recall WhatsApp, phone,
10  e-mail.                                    12:25:37
11    Q  Did you communicate with the Discord mod
12  on Discord?
13    A  Did I ever message the Discord moderators
14  on Discord?
15    Q  Yes.                                 12:25:54
16    A  I don't recall ever doing so.
17    Q  Okay.
18       So back to the gyms, when was the decision
19  made that the gyms weren't feasible?
20    A  I wasn't part of that decision, so I'm the   12:26:13
21  wrong individual to ask.
22    Q  Okay.
23       To the best of your ability, as the
24  director of operations of Nelk, when were you aware
25  that the gyms would not be proceeding forward?    12:26:31
```

140

```
 1    A  I -- I don't recall.                   12:26:37
 2    Q  Can you give me a good-faith approximate
 3  timeline?
 4    A  I genuinely have no recollection of when
 5  that came about.  I couldn't even assume if it was a   12:26:53
 6  season, like, such as spring.  I couldn't tell you.
 7    Q  Okay.  But if you wanted to find out,
 8  could you search through your records?
 9    A  Again, I wasn't part of that decision, so
10  I don't believe there would be anything in my       12:27:08
11  particular records as to when that occurred.
12    Q  So no -- no memo was sent from the
13  Metacard team?
14    A  Nelk has never sent corporate memos.
15    Q  So you never sent corporate memos, but you   12:27:29
16  do -- your job as the operations -- director of
17  operations is to keep Nelk's business goals;
18  correct?
19    A  Sorry, you kind of lagged in the middle of
20  that question there.  Can you just repeat it.      12:27:49
21    Q  Yes, sure.
22       As the director of operations of Nelk,
23  part of your job is to ledger and identify the
24  business goals of Nelk; correct?
25    A  I mean, it's a collaborative effort, not   12:28:08
```

35 (Pages 137 to 140)

141

```
 1    just on me.  But . . .                    12:28:10
 2        Q   And for Metacard, who was part of that
 3    collaborative effort?
 4        A   To do what?
 5        Q   To understand what was being done on the   12:28:23
 6    project.
 7        A   Just so I'm clear, you're asking who was
 8    part of the decision-making process for everything
 9    in relation to Metacard.
10        Q   Sure.                              12:28:44
11            So I'm trying to nail down when the
12    decision to move forward with the gyms was vacated.
13        A   Yeah.  Again, I -- I told you I wasn't a
14    part of that decision, so I -- I'm unable to tell
15    you.  You'd have to go ask someone else such as   12:28:56
16    John, Kyle -- Kyle, or Sam.
17        Q   Sure.
18            But you might not have been part of the
19    decision, but surely they told you; correct?
20        A   If we're going back to what I just said, I   12:29:07
21    don't recall.
22        Q   And there's no way to recall?
23        A   At the moment, I can't recall.
24        Q   Okay.
25            There's no documents to support the   12:29:24
```

142

```
 1    decision to not move forward with the gyms?   12:29:28
 2        A   I don't recall that I have in my
 3    possession any documents of mine that relate to that
 4    specific decision.  Again, you should ask Kyle,
 5    John, or Sam.                             12:29:43
 6        Q   Okay.
 7            And who -- whose decision was it to
 8    pontificate the alleged benefits in the first place?
 9    Meaning, when Kyle and John got on their podcast and
10    said, "We are going to do gyms," et cetera,   12:30:11
11    et cetera, whose decision was that?
12        A   All I know for sure is that it wasn't my
13    decision.  As -- and as to what they said on the
14    podcast, I can't speak for that.  You'd have to ask
15    John and Kyle.                            12:30:25
16        Q   Okay.
17            So after -- after John and Kyle and you
18    are given the bad news that it's not plausible to
19    move forward with the gyms because of negative
20    community sentiments, what did you do next?   12:30:46
21            ATTORNEY LI:  Objection.
22            THE WITNESS:  I -- that -- that's a
23    mischaracterization.  I never stated that John,
24    Kyle, and I had received any sort of news as a
25    collective.  I also stated I can't recall when they   12:30:59
```

143

```
 1    told me about that, so . . .               12:31:02
 2    BY ATTORNEY KHERKHER:
 3        Q   But as director of operations, whose job
 4    it is to advance the business of Metacard, what
 5    businesses -- or what business goals did you focus   12:31:11
 6    on after the gyms were scrapped?
 7        A   I can't recall something specific off the
 8    top of my head in this moment.  If you want to ask
 9    the key decision makers in the overall project,
10    which would be John and Kyle and Sam, they're the   12:31:28
11    best people to answer this question for you.
12        Q   What are you working on on the Metacard
13    right now?
14        A   Currently, this deposition.
15        Q   Okay.                             12:31:48
16            Outside of this lawsuit, what are you
17    working on?
18        A   Working on -- in my day-to-day work?
19        Q   Yeah.
20        A   -- I do a lot of stuff day-to-day.   12:31:56
21        Q   Like what?
22        A   It's broad.  In relation to what?
23        Q   Relation to Metacard.
24        A   What do I do on a daily basis as it
25    relates to Metacard.  Outside of this deposition is   12:32:17
```

144

```
 1    the question; right?                      12:32:20
 2        Q   Yes.
 3        A   At the moment, I have no current
 4    responsibilities related to Metacard outside of this
 5    lawsuit.                                  12:32:41
 6        Q   Okay.
 7            How long has that been the case?
 8        A   I don't know.
 9        Q   Okay.
10            Can you give me your good-faith estimate   12:32:44
11    as the director of operations for Nelk, which wholly
12    owns Metacard LLC, when did you stop working on the
13    Metacard project.
14        A   I never said I stopped.  I just said I
15    didn't have any current responsibilities outside of   12:33:06
16    this lawsuit.
17        Q   Okay.
18            So did you stop working on the Metacard
19    project?
20        A   No.  The Metacard project's an ongoing   12:33:20
21    thing.  I just don't have any currently
22    responsibilities, as I previously stated.
23        Q   Who does have current responsibilities?
24        A   As to the exact responsibilities of people
25    day-to-day, the best people to ask about that are   12:33:34
```

36  (Pages 141 to 144)

**Drew Hill - 11/7/2025**

---

145

1    Kyle and John.                                    12:33:37
2        Q.  Okay.
3            As a buyer of the NFT Metacard yourself,
4    what were the intended benefits?
5            ATTORNEY LI:  Objection.              12:34:00
6            THE WITNESS:  I don't remember an
7    exhaustive list of what the intended benefits were.
8    BY ATTORNEY KHERKHER:
9        Q.  Okay.
10           I don't need an exhaustive list.  I need  12:34:12
11   the benefits that you remember.
12       A.  Are you asking about benefits that were
13   discussed by people such as John and Kyle or
14   benefits that were delivered on?  Can you clarify a
15   little more.                                  12:34:28
16       Q.  Sure.
17           Let's start with the benefits discussed by
18   John and Kyle.
19       A.  As to the benefits discussed, you'd have
20   to speak to John and Kyle.  I can't speak for them.  12:34:38
21       Q.  Okay.
22           So when you decided to invest your own
23   money in the Metacard, what -- why did you invest?
24       A.  I -- I have -- I don't know if I -- I
25   don't know where you're getting the term "invest"  12:34:57

---

146

1    from.  I support -- supported the idea of the     12:35:03
2    project in the beginning.  I knew -- I obviously
3    clearly know and have a very good relationship with
4    the people who are going to be the key decision
5    makers in the project itself.  And between that or  12:35:13
6    those things I just mentioned, I felt extremely
7    confident in making the purchase.
8        Q.  But in your opinion, the Metacard was not
9    an investment?
10           ATTORNEY LI:  Objection.              12:35:25
11           THE WITNESS:  What do you -- what's your
12   definition of "investment"?
13   BY ATTORNEY KHERKHER:
14       Q.  Did you buy the Metacard because you
15   thought there would be value from it?           12:35:40
16       A.  I don't remember exactly the reason why I
17   purchased the Metacard on that day.  I remember what
18   I just told you, which is belief in the team and
19   what we were planning to build.
20       Q.  And what were you planning to build?    12:35:55
21       A.  Again, that falls into two buckets, the
22   one of which was stuff discussed from John and Sam.
23   And then I can't speak for them.  You'd have to
24   ask -- sorry, John and Kyle.  You'd have to ask John
25   and Kyle.                                      12:36:11

---

147

1        Q.  Okay.                                 12:36:12
2            But what you're saying is the stuff
3    discussed by John and Kyle was the plan?
4        A.  Again, the stuff discussed by them, you'd
5    have to speak to them about.  I can't speak for    12:36:20
6    them.
7        Q.  But you purchased the Metacard based on
8    those representations?
9            ATTORNEY LI:  Objection.
10           THE WITNESS:  I never stated I bought it  12:36:30
11   for those -- I don't believe I ever stated I bought
12   it due to those representations.  I said I -- that
13   I -- if I -- I recall accurately, I believe I said I
14   bought it for the two previously stated reasons,
15   which is --                                    12:36:47
16   BY ATTORNEY KHERKHER:
17       Q.  Okay.  One --
18       A.  -- belief in who is behind the project and
19   what they're building and their capability to
20   execute on things.                             12:36:54
21       Q.  Okay.
22           You -- you didn't rely on their -- what
23   they were saying about the project?
24       A.  I can't recall how much of what they said
25   about the project I relied on at the time when I   12:37:11

---

148

1    made the purchase.                             12:37:14
2        Q.  Is it fair to say you relied -- even
3    though you can't recall on what they said, you did
4    rely on what they were talking about?
5        A.  I -- I never said that I didn't recall   12:37:26
6    what they talked about.  I said I don't recall, at
7    the time of the purchase, how much I relied on what
8    they were saying about what was going to be
9    delivered in my decision to make the purchase.
10       Q.  And it's your testimony that as a Metacard  12:37:44
11   holder, you feel that the product -- project has
12   gone great?
13       A.  I don't remember word for word what I said
14   earlier, but to that effect, it sounds similar.
15   Went well -- well, great, whatever word you'd like  12:37:58
16   to use -- adjective, in that case.
17       Q.  Can we pull -- can -- can we talk about
18   a -- a single event that the Metacard, through --
19   one comes to mind in particular.  Were you involved
20   with the concert involving Snoop Dogg?          12:38:18
21       A.  Some aspects of it, yes.
22       Q.  Okay.
23           What aspects were you involved in?
24       A.  The only thing I can recall at this time
25   was making the payments for Snoop Dogg.          12:38:32

---

**Drew Hill - 11/7/2025**

149

```
1      Q   How much were the payments?              12:38:39
2      A   It was a singular payment.  And I don't
3  recall the exact dollar value of that payment that I
4  made to his team/representation.
5      Q   Okay.                                    12:38:54
6          And, again, if you wanted to find out the
7  exact payment, where would you go?
8      A   To the records somewhere.
9      Q   Okay.
10         And those records are in your control?   12:39:04
11     A   I definitely have access to those, yes, or
12 can request the document from the accountant, if I
13 don't have it on hand.
14     Q   Sure.
15         But you chose not to review any documents 12:39:17
16 outside of the legal documents before coming to this
17 deposition; correct?
18         ATTORNEY LI:  I'll instruct you to only
19 answer that if you can do so without revealing any
20 privileged information.                          12:39:28
21         THE WITNESS:  Can you repeat the question.
22 Sorry.  I just want to make sure I get it right.
23 BY ATTORNEY KHERKHER:
24     Q   Yeah.  Sure.
25         In preparation for today's deposition, you 12:39:36
```

150

```
1  did not review anything other than documents filed  12:39:38
2  with the court; correct?
3      A   Correct.
4      Q   So you didn't look at past communications;
5  correct?                                             12:39:56
6      A   Correct.
7      Q   You didn't look at accounting books;
8  correct?
9      A   Correct.  There's one instance that wasn't
10 a review, but it's privileged and can't be discussed 12:40:08
11 further.
12     Q   Okay.
13         Do you think you were ready to sit for
14 this deposition today?
15         ATTORNEY LI:  Objection.                      12:40:23
16         THE WITNESS:  It's speculat -- can you
17 define "ready."
18 BY ATTORNEY KHERKHER:
19     Q   It just seems that you don't know a lot of
20 the answers even though they're readily available to  12:40:33
21 you.
22         ATTORNEY LI:  Is there a question?
23 BY ATTORNEY KHERKHER:
24     Q   Yeah, I'll rephrase.
25         Were you ready for today's deposition,        12:40:42
```

151

```
1  Mr. Hill?                                            12:40:44
2          ATTORNEY LI:  Objection.
3          THE WITNESS:  And -- and what do you
4  define as "ready"?  You have to define it.
5  BY ATTORNEY KHERKHER:                                12:40:53
6      Q   Were you able to answer all reasonable
7  questions relating to your duties as the director of
8  operations of Nelk, which fully owns Metacard, LLC,
9  today during this deposition?
10         ATTORNEY LI:  Objection.                      12:41:10
11         THE WITNESS:  Do I have to answer?
12         ATTORNEY LI:  Yeah.  Go ahead and answer.
13         THE WITNESS:  I -- I can't predict what
14 you're going to ask, so I'm doing my best to
15 remember from situations that occurred years ago.     12:41:20
16 BY ATTORNEY KHERKHER:
17     Q   Doing your best to remember, but you
18 didn't look at any communications that you had?
19         ATTORNEY LI:  Objection.  Asked and
20 answered.                                             12:41:31
21         THE WITNESS:  Do I have to answer?  Do I
22 have to answer?
23         ATTORNEY LI:  You can go ahead and answer.
24         THE WITNESS:  Could you repeat the
25 question.                                             12:41:44
```

152

```
1  BY ATTORNEY KHERKHER:                                12:41:44
2      Q   Yeah.
3          You said you're doing your best, but you
4  didn't review any communications that you had.
5      A   Well, I don't recall ever stating that I      12:41:56
6  was -- the word "best" was ever inserted into one of
7  my answers.  You asked if I was ready.  I said I'm
8  don't know what you were going to ask, so I'm doing
9  the best that I can -- which I've used now, the word
10 "best" -- to recall what you -- the answers to what    12:42:11
11 you're asking me based on events that happened years
12 ago.
13         Short of you sending a list of questions
14 prior, I -- what do you expect me to review?
15     Q   Sure.  Let's move on, Mr. Hill.               12:42:26
16         Do you know how Metacard NFT Mint was
17 structured?
18     A   It -- it's broad question.  Can you be
19 more specific.
20     Q   Were you involved at all with the minting     12:42:40
21 process?
22     A   Are you asking if I was involved in
23 determining how the project was minted and
24 controlling the mint?
25     Q   Sure.  Let's start with that.                 12:42:53
```

**Drew Hill - 11/7/2025**

---

153

```
1      A  No.                          12:42:55
2      Q  Okay.
3         Who was?
4      A  The only person that I know of
5   definitively, without speculating, would be John.    12:43:10
6      Q  Okay.
7         Do you know how many NFTs were available
8   for sale?
9      A  If I recall correctly, it was 10,000.
10     Q  What was the price of the NFT?        12:43:31
11     A  If I recall correctly, it was .75E.
12        (Reporter clarification.)
13  BY ATTORNEY KHERKHER:
14     Q  Who set the price?
15     A  Sorry.  I think the lady asked --     12:43:56
16        (Reporter clarification.)
17        THE WITNESS:  E, ETH.  Yes.
18        Sorry, Mr. Kherkher.  What was the
19  question?
20  BY ATTORNEY KHERKHER:                       12:43:56
21     Q  Who -- who set the price?
22     A  I don't recall who made the decision.
23     Q  Okay.  How was the smart contract created?
24     A  I don't know.  I wasn't part of that
25  process.                                    12:44:15
```

---

154

```
1      Q  Okay.  Who was?                 12:44:15
2      A  I'd be speculating.
3      Q  If you had to give your best guess as
4   director of operations of Nelk --
5      A  Should ask John.                  12:44:27
6      Q  -- who -- okay.
7         Who had administrative privileges of the
8   contract?
9      A  Again, if I don't know how the process was
10  set up, I can't answer that question.       12:44:42
11     Q  Okay.  Is your answer still the same, John
12  would be the best person to speak to?
13     A  Yeah.
14     Q  Who controls the website?
15     A  Can you define "control."            12:44:55
16     Q  Sure.
17        Who had access to make changes on the
18  Metacard.io?
19     A  I don't know.
20     Q  Who would know?                     12:45:10
21     A  Best answer, John would know.
22     Q  Okay.
23        Would you agree with me that the proceeds
24  from the mint were deposited into the deployer
25  wallet?                                     12:45:41
```

---

155

```
1      A  Yes.                            12:45:44
2      Q  And the -- the deployer wallet was
3   property of Metacard, LLC?
4         ATTORNEY LI:  Objection.  Vague.
5         THE WITNESS:  Can you define "property."  12:46:00
6   BY ATTORNEY KHERKHER:
7      Q  Sure.
8         There was $23 million in that wallet.  Who
9   owned it?
10     A  Metacard.                        12:46:12
11     Q  Okay.
12        And Metacard is a wholly owned subsidiary
13  of Nelk; correct?
14     A  Correct.
15     Q  Okay.  Can you identify the wallet   12:46:20
16  addresses used for the treasury funds?
17        ATTORNEY LI:  Objection.  Vague.
18        THE WITNESS:  Are you referring to the
19  funds that were -- like, from the initial transfer
20  from that main wallet, or however you're referring  12:46:43
21  to it as -- the "treasury wallet," I think, is what
22  you used -- you're asking about those other wallets
23  the money was sent to; right?
24  BY ATTORNEY KHERKHER:
25     Q  Correct.                          12:46:56
```

---

156

```
1      A  And what was the question?  Sorry.    12:46:57
2      Q  Can you identify them?
3      A  I don't remember them off the top of my
4   head, no.
5      Q  Okay.  But you had control of five;    12:47:05
6   correct?
7      A  Yes.  And if you're asking if I remember
8   something -- five 20-something-digit unique
9   addresses off the top of head, that is a tall ask.
10     A  Sure.  I'm not -- I totally get it.   12:47:24
11        Those five wallets, who else had access to
12  them?
13     A  Can you define "access."
14     Q  Who had the authority to transfer funds
15  from that wallet -- those wallets?          12:47:35
16     A  To physically make the transfers
17  themselves, or to ask funds to be transferred?
18     Q  To physically make the transfers
19  themselves.  To click the buttons.
20     A  Myself and Alan, potentially, depending on  12:47:54
21  the circumstance.
22     Q  So Alan also had access to the
23  five treasury wallets that you were in control of as
24  well?
25     A  I vaguely recall an instance where, at   12:48:08
```

---

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

---

157

1  one point, he may have made a transfer on one of        12:48:12
2  those wallets. But I was the primary in control of
3  those wallets and ensuring their security.
4        (Reporter clarification.)
5        THE WITNESS: Apologies.                           12:48:33
6  BY ATTORNEY KHERKHER:
7    Q   Okay.
8        Now, who had the authority to come to you
9  and say, "Hey, Mr. Hill, I need funds transferred to
10 wherever"?                                               12:48:48
11   A   The only people outside of -- or who would
12 have the ability to tell me where to move money
13 would be Kyle and John. And Sam. But I don't
14 recall Sam having too much to do with finances.
15   Q   Did you have the authority to move money         12:49:10
16 yourself?
17   A   As -- the only time I moved money was if
18 it was something that I was already preapproved of.
19 There was never a time where I would transfer money
20 without notifying someone such as John and Kyle.        12:49:24
21 And if I did transfer money, it was due to something
22 agreed upon, such as a regularly scheduled payment
23 to one of the Discord moderators, for instance, for
24 their services.
25        So I wouldn't need approval every other          12:49:38

---

158

1  week to pay them. I would just pay them. But it         12:49:42
2  was agreed upon prior that, biweekly, you're going
3  to send this amount of money to this person.
4    Q   And how would you notify John and Kyle of
5  request for payments?                                   12:49:55
6    A   What do you mean by "request for
7  payments"? Like the Discord moderator payments
8  or --
9    Q   You -- you just stated that you wouldn't
10 move money without requesting -- without going to       12:50:03
11 Kyle and John and notifying them. How did you
12 notify them?
13   A   Various ways, I guess. If you're trying
14 to drill down whether it was in person or written
15 down, I could only assume a combination of both.        12:50:21
16   Q   Okay. Were there any written policies for
17 expenditures?
18   A   Expenditures as related to Metacard or
19 expenditures as a whole across -- across Nelk?
20   Q   Let's start with Metacard.                        12:50:44
21   A   Was there any written protocol --
22   Q   Yeah. Written treasury management
23 protocols.
24   A   For making payments?
25   Q   For managing the treasury of $23 million.         12:50:56

---

159

1    A   So you're asking if we collectively came         12:51:03
2  together and wrote down on a sheet of paper the
3  process and best ways to handle that kind of -- that
4  amount of money? Is that what you're asking?
5    Q   Yeah. I'm just asking if -- if you have          12:51:14
6  any written policies relating to how you would
7  manage such a large sum of money?
8    A   I don't recall having anything set and
9  written on paper; however, that's not to say that
10 there wasn't multiple verbal discussions and           12:51:37
11 agreements that came to fruition in person about how
12 to handle that money.
13   Q   Okay.
14       Were all transfers that you made
15 documented internally?                                  12:52:00
16   A   Can you define "documented internally."
17   Q   Yeah, sure.
18       Do your -- do your accountants know? If
19 you sent somebody crypto, was that scheduled?
20   A   I mean, there a -- you're getting really         12:52:13
21 broad. I mean, there's -- every transaction -- as
22 we stated so early on in this deposition, every
23 transaction is publicly available, so there is a
24 ledger of it.
25   Q   Is there a ledger of the payments with           12:52:27

---

160

1  your accountant?                                        12:52:29
2    A   Regarding what?
3    Q   Regarding any crypto transfer?
4    A   I don't know the specific documents our
5  accountants have. I can assume they have all the       12:52:44
6  information they need. Like, I don't know every
7  single piece of paper that they have.
8    Q   But your accountants keep books; correct?
9    A   Correct. Yes.
10   Q   You're -- you're a real business; correct?       12:52:59
11   A   Correct. Yes.
12   Q   Okay.
13       So, presumably, the Metacard venture was
14 also a real venture; correct?
15   A   Yes. The Metacard venture is a legitimate        12:53:14
16 business venture, yes.
17   Q   So are you suggesting that funds from a
18 legitimate business venture were not ledgered with
19 accountants?
20       ATTORNEY LI: Objection. Misstates             12:53:27
21 testimony.
22       THE WITNESS: I never stated that. I said
23 I don't know every piece of paper the accountants
24 have. I'm sure they have what they need. I'm not
25 an accountant, so I can't -- not a licensed            12:53:39

---

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Drew Hill - 11/7/2025**

---

161

| | | |
|---|---|---|
| 1 | accountant, so I can't speak to every piece of paper | 12:53:41 |
| 2 | they have. | |
| 3 | BY ATTORNEY KHERKHER: | |
| 4 | Q   Who are your accountants? | |
| 5 | A   Outside firm. | 12:53:48 |
| 6 | Q   Okay.  What's their name? | |
| 7 | A   The name of the firm or the name of the | |
| 8 | people? | |
| 9 | Q   Let's start with the name of the firm. | |
| 10 | A   Forbes Andersen.  F-o-r-b-e-s, A-n -- | 12:53:55 |
| 11 | space -- A-n-d-e-r-s-e-n, LLP. | |
| 12 | Q   Okay.  And what are -- who are -- what are | |
| 13 | the names of the individual accountants that work on | |
| 14 | Nelk and Metacard? | |
| 15 | A   The ones that work on Nelk and handle some | 12:54:20 |
| 16 | Met -- handle Metacard would be -- I -- I'm not | |
| 17 | going to get this last name.  But the one | |
| 18 | individual's name is Nart, N-a-r-t.  The last name, | |
| 19 | I couldn't begin to guess how to spell that for you. | |
| 20 | It's long.  And then the other person is Pam, P-a-m. | 12:54:36 |
| 21 | Last name, J-a-i-v-a-n-i, I believe, is the accurate | |
| 22 | spelling. | |
| 23 | Q   Okay.  Let's -- talking about the gyms for | |
| 24 | a little bit.  Let's now talk -- I'm going to share | |
| 25 | my screen.  And if we need to go to the | 12:55:07 |

---

162

| | | |
|---|---|---|
| 1 | Internet Archive, we could do that. | 12:55:15 |
| 2 | Can you see my screen? | |
| 3 | A   Yes. | |
| 4 | Q   Do you know what this is? | |
| 5 | A   It looks like a screenshot. | 12:55:27 |
| 6 | Q   A screenshot from the Metacard website. | |
| 7 | Do you have any reason to disagree with that? | |
| 8 | ATTORNEY LI:  Objection. | |
| 9 | THE WITNESS:  I don't remember everything | |
| 10 | that was posted on that page word for word, so I | 12:55:44 |
| 11 | can't definitively tell you if it was from our | |
| 12 | website, or you obtained it from some other way. | |
| 13 | I -- I don't know. | |
| 14 | BY ATTORNEY KHERKHER: | |
| 15 | Q   Do you want me to go to the | 12:56:00 |
| 16 | Internet Archive and pull it up, or can you -- do | |
| 17 | you want to take my word for it that I wouldn't pull | |
| 18 | a fast one on you? | |
| 19 | A   I'm not implying you're pulling a | |
| 20 | fast one, but I'd prefer you take -- we did the | 12:56:17 |
| 21 | former. | |
| 22 | Q   Okay.  Stop sharing. | |
| 23 | Okay. | |
| 24 | Okay.  Can you see my screen? | |
| 25 | A   Yes. | 12:58:03 |

---

163

| | | |
|---|---|---|
| 1 | Q   Can you see up top it says web.archive? | 12:58:03 |
| 2 | A   Yeah. | |
| 3 | Q   Okay.  You see here it says Metacard.io? | |
| 4 | A   I see that, yes. | |
| 5 | Q   Okay. | 12:58:21 |
| 6 | My face is currently blocking it, but | |
| 7 | we're at January 19, 2022.  Do you see that? | |
| 8 | A   No.  It's blocked. | |
| 9 | Q   Is it blocked by me, or is it blocked by | |
| 10 | your face or our faces. | 12:58:34 |
| 11 | A   It's just blocked by your face.  It's -- | |
| 12 | it's only showing your square or rectangle. | |
| 13 | Q   That might be something that you guys have | |
| 14 | to move because I -- I had physically had to move my | |
| 15 | little square or rectangle. | 12:58:49 |
| 16 | A   Can he just shrink the -- shrink the | |
| 17 | window? | |
| 18 | ATTORNEY LI:  Tommy, do you think you | |
| 19 | could just min -- make the windows smaller? | |
| 20 | THE WITNESS:  With what? | 12:58:59 |
| 21 | BY ATTORNEY KHERKHER: | |
| 22 | Q   Maybe.  Let me try. | |
| 23 | Is that working? | |
| 24 | A   Yeah.  That -- that fixes it. | |
| 25 | ATTORNEY LI:  That's good. | 12:59:07 |

---

164

| | | |
|---|---|---|
| 1 | BY ATTORNEY KHERKHER: | 12:59:07 |
| 2 | Q   Okay. | |
| 3 | Do you see January 19, 2022? | |
| 4 | A   I do see that date, yes. | |
| 5 | Q   Do you have -- do you have any reason to | 12:59:11 |
| 6 | believe that this isn't the Metacard website? | |
| 7 | A   I don't know what -- I don't know the | |
| 8 | validity of WebArchive.org.  I've never heard of it, | |
| 9 | never used it.  So I -- since I don't recall what | |
| 10 | site looked like on that exact day, I don't know | 12:59:29 |
| 11 | for certain.  I don't even know if this platform is | |
| 12 | a legitimate platform. | |
| 13 | Q   Okay. | |
| 14 | Well, for the sake of this deposition, can | |
| 15 | you please -- can you please read the two par -- | 12:59:40 |
| 16 | three paragraphs about "Explore the Full Send | |
| 17 | Metacard." | |
| 18 | ATTORNEY LI:  And, Mr. Hill, let us know | |
| 19 | if you need to see that bigger or if you want to | |
| 20 | take a hard copy to read it. | 12:59:56 |
| 21 | THE WITNESS:  Do I have to -- do I have to | |
| 22 | read it?  I don't know the validity of it. | |
| 23 | ATTORNEY LI:  You -- you should go ahead | |
| 24 | and read it.  But if you're having any trouble | |
| 25 | reading it, let us know, and we'll either print it | 01:00:05 |

---

41 (Pages 161 to 164)

**Drew Hill - 11/7/2025**

---

165

```
                                                  01:00:07
 1   or zoom.
 2        THE WITNESS:  Just make it bigger, please.
 3        (Inaudible.)
 4   BY ATTORNEY KHERKHER:
 5        Q   Sure.                                01:00:16
 6        (Reporter clarification.)
 7        THE WITNESS:  I just asked the attorney if
 8   I have to read this, considering I don't know if
 9   this site is even legitimate.
10        ATTORNEY LI:  You should go ahead and read 01:00:39
11   it and answer Mr. Kherkher's questions to the best
12   of your ability and knowledge.
13        THE WITNESS:  Okay.
14        I can't recall, Mr. Kherkher, did you want
15   me to read it or just read it aloud?           01:00:50
16   BY ATTORNEY KHERKHER:
17        Q   Read it aloud.
18        A   (As read:
19        "Explore Full Send Metacard.
20        Built on the Ethereum blockchain with     01:01:00
21        a limited supply of 10,000 brackets,
22        10,000 NFTs.  The Full Send Metacard
23        will give exclusive access to what
24        Full Send does in the physical and
25        metaverse.                                01:01:16
```

---

166

```
                                                  01:01:16
 1        "As a company, the Full Send goal
 2   is to launch more Full Send-branded
 3   ventures with" -- "which include
 4   lounges, gyms, festivals, casinos,
 5   restaurants, and more.  Full Send is         01:01:27
 6   going international.
 7        "In addition, we will take these
 8   ventures o"f -- "ventures of products
 9   and physical locations and will
10   launch them in the metaverse.  This          01:01:41
11   will include Full Send apparel,
12   virtual stores, virtual festivals,
13   metaverse casinos, and Full Send NFT
14   recording artists.  This list will
15   continue to grow.  Owning a Full Send        01:01:54
16   Metacard allows you to get in early
17   on what is the beginning of a long
18   journey for the Full Send brand."
19        Q   Okay.  So we already spoke briefly about
20   gyms.  Let's talk about lounges.              01:02:08
21        Did any lounges ever materialize from the
22   Metacard project?
23        A   No.
24        Q   Okay.  Why not?
25        A   The only -- I -- I wasn't part of that 01:02:27
```

---

167

```
                                                  01:02:31
 1   decision-making process.  You would have to ask
 2   someone else.  But what I do recall is -- excuse
 3   me -- what I do recall is the similar community
 4   feedback that gyms received about being limited to
 5   physical locations.                           01:02:45
 6        Q   Okay.  And would John be the person to ask
 7   about why -- about why lounges didn't come to
 8   fruition?
 9        A   Yes.
10        Q   Okay.                                01:03:05
11        Let's talk about festivals.  Did -- did a
12   festival or festivals ever come to fruition for the
13   Metacard project?
14        A   If you're asking did we ever put on a
15   festival, the answer is no, unless you're counting 01:03:27
16   that one concert that we did.
17        Q   No, I'm not.
18        Why didn't a festival materialize?
19        A   I'm not the person to ask.  John would
20   know the answer to that question.             01:03:42
21        Q   How about casinos?
22        A   Again, I'm not the person to ask.  John is
23   the best person to ask about this.  I don't know.
24        Q   Again, restaurants and more?
25        A   Again, I don't know.  John is the best   01:04:03
```

---

168

```
                                                  01:04:06
 1   person to ask about this.
 2        Q   Okay.
 3        What about -- we're going to go up a
 4   paragraph -- "exclusive access to what Full Send
 5   does in the physical and metaverse"?  What has   01:04:16
 6   Full Send done in the -- in the physical that
 7   Metacard providers have exclusive access to?
 8        A   You're -- "physical" as in tangible;
 9   right?
10        Q   Correct.                             01:04:36
11        A   Though I don't recall an exhaustive list,
12   I know at least the concert we put on, the multiple
13   events that we've held in person.  Those things are
14   tangible.  If you want to get into semantics, you
15   can say money made from the Metacard holder's     01:04:59
16   ability to become affiliates is tangible because,
17   you know, money can be tangible.
18        Q   Can you -- can you elaborate on the
19   affiliate program a little bit more.  What do you
20   mean?  What is it?                            01:05:16
21        A   Yeah.  So if we're taking merchandising,
22   for example, beyond just exclusive access, the free
23   giveaways -- which, again, some of the stuff we gave
24   away is tangible -- pe -- Metacard holders had the
25   access or the -- whatever it calls -- exclusive    01:05:33
```

---

42  (Pages 165 to 168)

---

169

1    access to be an affiliate.                                    01:05:36
2        So if we -- so if selling merchandise on
3    Full Send, you -- you, as an affiliate, if you
4    signed up, being a Metacard holder, you can create a
5    discount code for -- I'm just making up a number --     01:05:48
6    but say 20 percent.  You can make it code "Nelk" if
7    you want.  And then you can advertise that code all
8    over the Internet, which would then give any
9    purchaser of the clothing a 20 percent discount.
10   With that, we would take the 20 percent, the           01:06:04
11   discount, and pay it out to the Metacard who came up
12   with that code.
13       So a substantial amount of Metacard
14   holders were able to generate good revenue from
15   that.  I do recall making payments to individuals,     01:06:18
16   sometimes $10,000 a month, for their affiliate
17   codes.
18       Q    And where would the records for those
19   affiliate payments be?
20       A    It would be -- aside from accounting          01:06:33
21   records, it would be definitely stored -- I would --
22   I'm confident but not a hundred percent confident on
23   Shopify or the affiliate payout software that we
24   used, which is -- LeadDyno is -- is the name.
25       Q    Okay.                                         01:06:54

---

170

1        And everything affiliate related is stored         01:06:54
2    in there?
3        A    Everything affiliate related as to the
4    merchandising is stored in there.
5        Q    Can you give me an approximate good-faith     01:07:05
6    estimate on how much money in a -- mo -- money you
7    have paid out to Metacard holders through the
8    affiliate program?
9        A    I don't know an exact number for sure.
10   But if I were to put a good-faith estimate on it,      01:07:18
11   over $100,000, on just affiliates from clothing.
12       Q    Okay.
13       Let's talk about the metaverse.  Has
14   anything transpired in the metaverse on behalf of
15   the Metacard project?                                  01:07:43
16       ATTORNEY LI:  Objection.  Vague.
17       THE WITNESS:  Could you clarify, please.
18   BY ATTORNEY KHERKHER:
19       Q    How do you define the "metaverse,"
20   Mr. Hill?                                              01:07:56
21       A    Good question.
22       I'm thinking of how to phrase a
23   definition.  It's quite broad.
24       Q    Sure.
25       Well, if you look at the third paragraph,          01:08:36

---

171

1    let's just take the words on the screen.               01:08:39
2        A    Which words are you saying adopt from the
3    screen?
4        Q    Sure.
5        "In addition, we will take these               01:08:46
6        same ventures of products in physical
7        locations and will launch them in the
8        metaverse.  This will include
9        Full Send apparel, virtual stores,
10       virtual festivals, metaverse casinos,         01:09:03
11       and Full Send NFT recording artists.
12       This list will continue to grow."
13       We'll just go down the list.  Tell me
14   about the Full Send apparel.
15       ATTORNEY LI:  Objection.  Calls for           01:09:24
16   speculation.
17       THE WITNESS:  As it relates to the
18   metaverse?  Is that what you're asking?
19   BY ATTORNEY KHERKHER:
20       Q    Yes.                                      01:09:31
21       A    I'm not part of that.  You -- you'd have
22   to ask someone who was.
23       Q    And who is that?
24       A    Best -- best person is likely John to ask.
25   Further, for all the supplemental things you're       01:09:42

---

172

1    going to have, I had no say in virtual -- I had no     01:09:45
2    decision making in virtual stores, virtual
3    festivals, metaverse casinos, and the Full Send
4    recording artists.  You would have to go ask someone
5    such as John.                                          01:09:58
6        Q    But you would -- you would agree with me
7    that none of these things have come to fruition?
8        A    Do you mean, are they -- do they exist
9    currently?  Is that what you're asking?
10       Q    Correct.                                  01:10:09
11       A    I agree with you that they don't exist
12   currently.  However, I -- you would have to ask
13   John about the efforts that were put forth in order
14   to -- to investigate and work on this list that you
15   have read aloud.                                       01:10:22
16       Q    Okay.
17       And has the list continued to grow?
18       A    Again, this -- this isn't my decision
19   making.  I've not involved in it.  You would have to
20   go ask someone such as John.                           01:10:36
21       Q    Okay.
22       So, again, Mr. Hill, I'm just trying to
23   figure out, if you guys raised $23 million, and
24   there's no gym, there's no lounges, there's no
25   festivals, there's no casinos, there's no              01:10:53

---

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

Drew Hill - 11/7/2025

173

```
 1   restaurants, there's no metaverse aspects to it,        01:10:56
 2   what good-faith efforts did you make in pursuing the
 3   Metacard venture?
 4       A   Again, I mean, you're ignoring the list of
 5   things that we actually delivered on, which we         01:11:08
 6   talked about earlier in the testimony, and I'm not
 7   going to waste time repeating.
 8       Further to that, I, again, was not
 9   involved in the decision-making process for these.
10   So I can't speak to the efforts that were put forth    01:11:21
11   on them.  You should go ask someone such as John and
12   Kyle, who would have a better answer for you.
13       Q   Do you have anything to do with the
14   royalties of the Metacard?
15       A   Can you elaborate a bit.                        01:11:55
16       Q   Yeah.
17       Did you have a role in setting the royalty
18   percentage?
19       A   No.
20       Q   Who did?                                         01:12:03
21       A   I don't know who actually made that
22   decision.  I know the royalty provision is a
23   standard practice across a plethora of NFT projects,
24   not just something unique to ours.  But as to who
25   made the exact decision, I don't know.                  01:12:17
```

174

```
 1       Q   Okay.                                            01:12:20
 2       Where were the royalty funds deposited?
 3       A   I didn't have control of the account, so I
 4   don't know which place it went to specifically.  For
 5   the answer to that question, you'll have to ask Alan   01:12:30
 6   or John -- Kyle.
 7       Q   Okay.
 8       How much royalty revenue was generated
 9   overall?
10       A   I don't know the specific number.               01:12:40
11       Q   If you had to use your best-faith
12   estimate, how --
13       A   Obviously, my best-faith --
14       (Simultaneous speakers interrupted by
15       the reporter.)                                       01:12:50
16       THE WITNESS:  Sorry, go ahead.
17       If I'm using my best-faith estimate, I'm
18   going to pull the number you listed on your -- in
19   one of your court documents, which is, I believe,
20   around $4 million.                                      01:13:02
21   BY ATTORNEY KHERKHER:
22       Q   Okay.
23       Were there any internal reports
24   summarizing royalty performance?
25       A   What -- what do you mean by "performance"?     01:13:14
```

175

```
 1       Q   Well, presumably, you get continuously          01:13:17
 2   paid by these royalties; correct?
 3       A   Yes.  As -- as long as they keep
 4   selling -- the money comes in, yes.
 5       Q   Yeah.                                            01:13:27
 6       Were there any internal communications or
 7   reports talking about that?
 8       A   There are reports on them, yes.
 9       Q   Okay.  Who made these reports?
10       A   Alan was in charge of making those             01:13:43
11   reports.
12       Q   And who did he circulate the reports to?
13       A   I -- you'd have to ask Alan who we
14   circulated them to.
15       Q   Okay.                                            01:14:03
16       Were you aware of any of other wallets
17   receiving royalties?
18       ATTORNEY LI:  Objection.
19       THE WITNESS:  Again, I wasn't in charge of
20   the collection of that, so you would have to ask       01:14:08
21   Alan.
22   BY ATTORNEY KHERKHER:
23       Q   Were any of the royalties transferred to
24   personal accounts of the Nelk team?
25       A   A -- again, I'm not involved any of the        01:14:19
```

176

```
 1   payments related to royalties.  And to add a caveat,   01:14:23
 2   I have never heard of an instance, ever, of those
 3   funds being sent to anybody's personal wallets.
 4       Q   Okay.
 5       So talking about not just the royalty              01:14:52
 6   funds but all of the funds that you were in control
 7   of, your five treasury wallets, did you ever send
 8   funds from those wallets to exchanges, such as
 9   Coinbase or Binance?
10       A   Yes, I have made transfers to exchanges.        01:15:13
11       Q   Okay.
12       What exchanges do you use?
13       A   I recall Coinbase and Kraken being the
14   two exchanges.
15       Q   Do you still use those exchanges?               01:15:23
16       A   That's a broad question.  I still use the
17   exchanges, but can you clarify what you're asking.
18       Q   When was the last time you logged into
19   those exchanges as Drew Hill, director of operations
20   for Nelk?                                                01:15:47
21       A   I don't remember an exact date.
22       Q   Okay.
23       Can you give me an approximate good-faith
24   estimate.
25       A   I honestly couldn't give you an estimate.       01:15:58
```

44  (Pages 173 to 176)

**Drew Hill - 11/7/2025**

177

| | | |
|---|---|---|
| 1 | I -- | 01:16:01 |
| 2 | Q   Have you -- have you look logged into the | |
| 3 | accounts this year? | |
| 4 | A   Potentially.  I -- I don't know for | |
| 5 | certain.  I don't want to speculate. | 01:16:07 |
| 6 | Q   Were those accounts in your personal name? | |
| 7 | A   No. | |
| 8 | Q   Whose name or entity name were the | |
| 9 | accounts in? | |
| 10 | A   It would be under a Nelk entity name. | 01:16:31 |
| 11 | Q   And Nelk, to this day, still transacts in | |
| 12 | crypto; correct? | |
| 13 | A   Can you define "transacts"? | |
| 14 | Q   Receive money, spend money. | |
| 15 | A   I don't know the exact number to which we | 01:16:52 |
| 16 | transact in crypto. | |
| 17 | Q   I didn't ask for the exact number.  I | |
| 18 | asked do you do it? | |
| 19 | A   In the calendar year 2025, is what you're | |
| 20 | asking? | 01:17:10 |
| 21 | Q   And, Mr. Hill, I notice you're looking | |
| 22 | over at your attorney a whole lot.  I just want to | |
| 23 | make sure that you're the only one answering | |
| 24 | questions, okay? | |
| 25 |     ATTORNEY LI:  I'm actually sitting here. | 01:17:15 |

178

| | | |
|---|---|---|
| 1 |     THE WITNESS:  There's actually no one | 01:17:15 |
| 2 | sitting here. | |
| 3 |     ATTORNEY LI:  I'm sitting here, Tommy, for | |
| 4 | the record. | |
| 5 |     ATTORNEY KHERKHER:  I -- I apologize. | 01:17:21 |
| 6 |     THE WITNESS:  You're good. | |
| 7 | I can show you if you'd like. | |
| 8 | BY ATTORNEY KHERKHER: | |
| 9 | Q   No.  Of course, no.  That is not needed. | |
| 10 | A   Sorry.  Repeat -- could you repeat the | 01:17:33 |
| 11 | question? | |
| 12 | BY ATTORNEY KHERKHER: | |
| 13 | Q   My question is, in 2025, does Nelk still | |
| 14 | transact in cryptocurrency? | |
| 15 | A   I do not recall crypto that came into a | 01:17:54 |
| 16 | Nelk-owned account; however, that does not rule out | |
| 17 | crypto in general. | |
| 18 | Q   Can you elaborate on that. | |
| 19 | A   I -- I can't speak for other people at the | |
| 20 | company, if maybe they transact in crypto, is what | 01:18:19 |
| 21 | I'm saying.  But as a corporation, I don't recall an | |
| 22 | instance in 2025 where Nelk has received crypto. | |
| 23 | Q   And who -- who would be the best person to | |
| 24 | know to get a affirmative answer on this? | |
| 25 | A   I'd have to check the records. | 01:18:39 |

179

| | | |
|---|---|---|
| 1 | Q   So it's also you? | 01:18:41 |
| 2 | A   Me or the accountants. | |
| 3 | Q   Okay. | |
| 4 |     Are Coinbase and Kraken the only two Nelk | |
| 5 | exchange -- exchanges that you use in a -- in an | 01:19:09 |
| 6 | official capacity? | |
| 7 | A   Those are the only ones that I recall, | |
| 8 | yes.  And I'm pretty confident those are the only | |
| 9 | two.  I don't recall any additional to those. | |
| 10 | Q   And you personally approved the transfers | 01:19:28 |
| 11 | from the treasury wallets to the exchanges; correct? | |
| 12 | A   I think that's a mischaracterization from | |
| 13 | the question that was answered earlier as to the | |
| 14 | approval process and speaking with others, very | |
| 15 | clear instructions as to how the money was being | 01:19:40 |
| 16 | sent.  So I think your question is misleading as to | |
| 17 | the prior testimony. | |
| 18 | Q   Yeah. | |
| 19 |     You were the one clicking the buttons to | |
| 20 | make the transaction happen from the treasury wallet | 01:19:51 |
| 21 | to the exchanges; correct? | |
| 22 | A   And you're referring to the treasury | |
| 23 | wallets as the wallets that contained funds from the | |
| 24 | initial deposit wallet from the mint; right? | |
| 25 | Q   Yes. | 01:20:08 |

180

| | | |
|---|---|---|
| 1 | A   Then, in that case, yes, I -- the ones | 01:20:09 |
| 2 | that I had control of, I was the one "pressing the | |
| 3 | buttons," as you so phrased it. | |
| 4 | Q   Okay.  And what did you do with those | |
| 5 | funds once they got on the exchange? | 01:20:20 |
| 6 | A   Just to be clear, you're asking if -- if | |
| 7 | funds were sent to Coinbase, what happens to them | |
| 8 | afterwards. | |
| 9 | Q   Correct. | |
| 10 | A   If any money was sent to an exchange, it | 01:20:39 |
| 11 | was to convert to USD so it would be useable for | |
| 12 | benefits and other aspects of the Metacard project. | |
| 13 | Q   Okay.  Would you tran -- would you convert | |
| 14 | it to USD immediately or as needed? | |
| 15 | A   It -- that really is vague and depends. | 01:20:52 |
| 16 | We have -- we -- the -- the purpose of the | |
| 17 | wallets -- this -- this might be a little helpful, | |
| 18 | I -- I think, some background hire. | |
| 19 |     The reason for the initial movement of the | |
| 20 | money from that unsecure online wallet that's hacked | 01:21:07 |
| 21 | was to these offline wallets.  So with those, there | |
| 22 | is ones that had larger sums of crypto on them and | |
| 23 | then ones that had smaller sums of crypto on them. | |
| 24 | So they were all -- the -- the ones with larger sums | |
| 25 | of crypto were stored in a secure location, a safe | 01:21:25 |

45 (Pages 177 to 180)

Drew Hill - 11/7/2025

181

1  deposit box at the bank.  Because it's a lot of          01:21:29
2  money, we want to make sure it's safe.  It's not
3  online.  It's completely offline.
4        In order to access that, I have to drive
5  to the bank, get into the security box, open the        01:21:35
6  box, take out that device, plug in the unique
7  nine-digit -- I believe it's nine-word phrase, as
8  it's plugged into my computer, access it, then make
9  a transfer of money.
10       So there were wallets that have -- you            01:21:50
11 know, the point of them is to store the large sums
12 of crypto and keep them offline, un-hackable, in a
13 secure location.
14       Then there's also wallets that have
15 smaller amounts.  Let's -- you know, $10,000, for       01:22:02
16 instance, in Ethereum.  Not 10,000 Ethereum.
17 10,000 USD worth of Ethereum.  Those, I would have
18 locked in my office.  And that was used for paying
19 moderators, for instance, or sometimes, if we needed
20 to make a transfer, as you had mentioned, to an         01:22:22
21 exchange to then get the money to USD to fund a
22 benefit or anything, that's what we would do.
23       Sometimes that money would come up out of
24 the small wallet that I just mentioned.  And
25 sometimes if we needed more money for something, I      01:22:34

182

1  would go to the bank and go through that rigorous       01:22:37
2  process to then make a transfer to an exchange.  And
3  when it hit the exchange, yes, it would be
4  transferred to USD.
5    Q.  Okay.                                             01:22:49
6    A.  I'm not sure if you're familiar with
7  businesses accepting crypto back in 2022, but even
8  today, it's an uphill battle to get a lot of people
9  to accept crypto.  So USD is the most usable form.
10   Q.  And did -- did any funds go toward                01:23:06
11 gambling?
12   A.  I'm sorry.  You cut out in the middle of
13 the question.  What was it?
14   Q.  Did any funds from the Metacard project
15 goes toward gambling?                                   01:23:17
16       ATTORNEY LI:  Objection.  Vague.
17       THE WITNESS:  Could you specify?
18 BY ATTORNEY KHERKHER:
19   Q.  No.  That's the question.
20   A.  Okay.  My understanding of the question as        01:23:31
21 you said it was, were any funds raised from the
22 project meant for benefits and anything else related
23 to the Metacard project itself used for gambling?
24 So did Nelk ever take money that was meant to fund a
25 benefit and gamble with it?  That's my understanding    01:23:48

183

1  of your question, and the answer to that question is    01:23:52
2  no.
3    Q.  And you would agree that if they did
4  gamble with those funds, that would be fraudulent?
5        ATTORNEY LI:  Objection.  Calls for a             01:24:01
6  legal opinion.
7        (Reporter clarification.)
8        THE WITNESS:  I'm not a lawyer, so I can't
9  answer your question.
10 BY ATTORNEY KHERKHER:                                   01:24:15
11   Q.  But you would agree that the Metacard
12 holders did not spend money on the Metacard so
13 members of Nelk could use it to gamble?
14       ATTORNEY LI:  Objection.  Calls for
15 speculation.  Vague.                                    01:24:29
16       THE WITNESS:  I -- I can't speculate as to
17 why any individual purchased a Metacard.  That --
18 you'd have to go ask every single purchaser
19 yourself.  Again, I -- I would revert you back to
20 what I just said, and that any money -- I cannot        01:24:44
21 recall a situation ever where any money that the
22 Metacard project brought in, meant for benefits or
23 anything else for the Metacard, was then taken and
24 used for online gambling.
25       ATTORNEY KHERKHER:  Okay.                         01:25:00

184

1        Ms. Lee-Green, how much time do we have           01:25:03
2  left?  I think I'm ready to take a break, and then
3  start the next line of questioning.  But I just want
4  to know how much time we have left with the witness.
5        THE COURT REPORTER:  Can we go off the            01:25:17
6  record?
7        ATTORNEY KHERKHER:  Yes.
8        THE VIDEOGRAPHER:  Okay.  We are off the
9  record at 1:25 p.m.
10       (Pause in the proceedings.)                        01:25:25
11       THE VIDEOGRAPHER:  This is the beginning
12 of Media File No. 6.  We are back on the record at
13 1:36 p.m.
14 BY ATTORNEY KHERKHER:
15   Q.  Mr. Hill, I apologize.  I'm going to             01:36:49
16 divert very quickly because I forgot to talk about
17 something.  And then we'll go back, and then we'll
18 start going through blockchain transactions.  So
19 bear with me.
20       Were all purchasers of the Metacard             01:37:03
21 promised the same benefits?
22       ATTORNEY LI:  Objection.  Calls for
23 speculation.
24       THE WITNESS:  I -- I mean, everybody who
25 purchased a Metacard would have access to the         01:37:20

46 (Pages 181 to 184)

**Drew Hill - 11/7/2025**

---

185

1  benefits.  That's the idea of the project.                    01:37:23
2  BY ATTORNEY KHERKHER:
3      Q   Okay.  But, for instance, on the Full Send
4  podcast when they announced the Metacard, they were
5  speaking to -- everybody was promised the same            01:37:34
6  thing; right?  There weren't back deals?
7      A   I don't know what you're referring to as
8  to that podcast episode.  Whoever made the
9  statements, you should ask them.  I can assume it's
10 Kyle or John who made the statements.  You should     01:37:49
11 ask them.
12      In reference to any backdoor deals, I've
13 never heard of a backdoor --
14      Q   Okay.
15      A   -- deal.  I -- I don't know what you're       01:38:00
16 referring to as a backdoor deal.
17      Q   Okay.  So all the marketing statements
18 were standardized.
19      ATTORNEY LI:  Objection.
20      THE WITNESS:  I didn't have a part in           01:38:07
21 doing that, as we covered earlier in the testimony.
22 You would have to go ask John -- John or Kyle.
23 BY ATTORNEY KHERKHER:
24      Q   Did the same team manage funds for the
25 entire Metacard project?                               01:38:21

---

186

1      A   What -- what do you mean by the same team?  01:38:23
2  Like, did we fire anyone in the middle?  Is that
3  what you're asking?
4      Q   No.
5      Just -- you -- you didn't have -- you           01:38:33
6  didn't have -- it was all one common enterprise;
7  correct?  You didn't break off -- there -- there
8  weren't rogue groups?  It was all one big
9  collective?
10      A   Handling the finances?                      01:38:46
11      Q   Correct, and the execution of the project.
12      A   I -- what do you mean by "rogue groups"?
13      Q   The team that handled Metacard was
14 uniform; correct?  Like, every -- all holders of
15 Metacard had the same team behind the project        01:39:09
16 working on it.
17      A   If you're asking if the key decision
18 makers in -- in the -- in the project have been the
19 same since the beginning, then, yes, I -- I still --
20 like, in the middle, we fired one of the key          01:39:27
21 decision makers or something.
22      Q   Okay.  Who did you fire?  Or you saying --
23      A   From the --
24      Q   Yeah.
25      A   -- from the Metacard project?                01:39:37

---

187

1      Q   Yeah.                                         01:39:41
2      A   Or is it like did we fire someone at Nelk?
3      Q   Either.  Did you fire anybody responsible
4  working on the Metacard project?
5      A   I'm trying to recall who was even let go     01:39:55
6  since 2022.
7      Anybody that was let go, from my
8  recollection at this moment, since 2022 had no
9  substantial impact or an impact or any -- anything
10 to do.  So some may have had an impact, but it's      01:40:11
11 very minimal, if any.  And there were people who
12 were let go that had nothing to do with Metacard
13 whatsoever.  So in terms of substantial, no.
14      Q   Okay.
15      Were any -- any Metacard holders given        01:40:25
16 preferential treatment?
17      A   Can you define "preferential treatment"?
18      Q   Did you treat all Metacard holders the
19 same?
20      A   Can you provide an example?  It's just       01:40:40
21 broad.
22      Q   Were all -- were all of the benefits
23 offered offered to all Metacard holders?
24      A   My understanding is that all the benefits
25 were offered to all holders.                          01:40:57

---

188

1      Q   So they were standardized.                   01:41:02
2      ATTORNEY LI:  Objection.
3  BY ATTORNEY KHERKHER:
4      Q   Correct?
5      A   What do you mean by "standardized"?          01:41:11
6      Q   Nobody was receiving preferential
7  treatment; correct?
8      A   There were holders who had a different --
9  I guess if you want to call level quote -- not even
10 a quote -- a level, I guess, of a Metacard which      01:41:29
11 were randomly attributed to individuals who had
12 purchased a Metacard after it was launched.  That is
13 not to say that they got exclusive benefits or perks
14 that other people did not have access to.  They may
15 have had easier access to -- or were first in line    01:41:47
16 compared to someone who then was second in line
17 because they didn't have that card.
18      But they weren't given -- I don't recall
19 any instance where they were given a perk or benefit
20 that was not also given to every other cardholder or  01:42:03
21 made available for them to use or take advantage.
22      Q   Okay.  Okay.
23      Okay.  Mr. Hill, for the next hour or so,
24 I think we're going to go through the blockchain in
25 two phases.  I think this first part will be an       01:42:24

---

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Drew Hill - 11/7/2025**

189

```
 1   hour, and then we'll break.  And then we can go          01:42:27
 2   through the next part.
 3        I am -- I'm going to share my screen.
 4   Just give me a minute to set up.
 5        Okay.  Can you see my screen?                        01:43:36
 6   A  Yes, I can.
 7   Q  Okay.
 8        Can you see the URL bar up top?
 9   A  Yes.
10   Q  It just says OpenSea.io.  You see I just              01:43:49
11   refreshed it?
12   A  Yes, to both questions.
13   Q  Okay.
14        I mean, the search, you know -- it's
15   already in my recent searches.  I'm going to search      01:44:02
16   for the Metacard and then click on it.  You see the
17   blue check mark?
18   A  Yes.
19   Q  This collection belongs to verified
20   account and has significant interest or sales.  Do       01:44:14
21   you have any reason to believe that this is not the
22   Metacard OpenSea page?
23   A  No.
24   Q  Okay.  I'm just going to click on any
25   Metacard.                                                01:44:35
```

190

```
 1        So if I go to contract address -- do you            01:44:36
 2   see contract address?
 3   A  Yes.
 4   Q  Okay.
 5        I'm going to select this.  It's going to            01:44:43
 6   open up EtherScan, which you're familiar with;
 7   correct?
 8   A  Yes, to a degree.
 9   Q  Okay.
10        Are you comfortable -- or do you want me            01:44:56
11   to go back and forth -- uh-oh.  Did it close the
12   window?  That's unfortunate.
13        Do you want me to go back to --
14   A  Your other tab still exists at the top
15   left.  If you scrolled up, it's just the other tab.      01:45:15
16   Q  I don't see it.
17   A  It's to the left of the current tab you're
18   on.
19   Q  Well, maybe --
20        (Simultaneous speakers interrupted by               01:45:20
21        the reporter.)
22        THE WITNESS:  It's -- apologies.
23        If you go back up to the top of the page,
24   Mr. Kherkher, below the words "file" and "edit," you
25   can see the tab that says Full Send Metacard NFT --      01:45:31
```

191

```
 1        (Reporter clarification.)                           01:45:37
 2   BY ATTORNEY KHERKHER:
 3   Q  I see it.  Thank you.
 4   A  Yeah.
 5   Q  The problem is is my Zoom settings are              01:45:41
 6   hiding everything.  And then now I need to -- hold
 7   on.  Let me -- I'm going to stop sharing for a
 8   second and re-fix this.  I apologize.
 9        Are we back?  Can you -- can you see my
10   screen, Mr. Hill?                                        01:46:27
11   A  Yes.
12   Q  Okay.
13        You see the address 0x7ecb2 . . . ends
14   with 67ad5.  And then that's verified against the
15   0x7ecbd . . . 7ad5 and, again, with the livelink.        01:46:43
16   Are you agreeable that this is the Etherscan for the
17   NFT Mint Wallet?
18   A  Can you go back to the first tab, please?
19   Q  Of course.
20   A  Contract address.  Yeah.  Because of the            01:47:05
21   contract address, then based on what you're showing
22   me, it appears to be the address for the mint
23   wallet.
24   Q  Okay.
25        So what I'm going to do is I'm going --            01:47:17
```

192

```
 1   you see all of these transactions, page 1 of 717?        01:47:20
 2   Do you see that --
 3   A  Yes.  Yeah.
 4   Q  I'm going to go to the last page.  So the
 5   genesis of this wallet, okay?                             01:47:30
 6   A  Okay.
 7   Q  You see here that the very
 8   first transactions have come from what is called an
 9   Etherscan as the Full Send Metacard Deployer.  I
10   know it's hard to read, but underneath it is the          01:47:49
11   contract address.  We can read the contract address
12   if that's needed.
13   A  I can't see it from here, but if it's
14   relevant . . .
15   Q  Okay.  Well, can -- can you -- can you             01:48:01
16   agree with me that if I click -- do -- do you see
17   how it reads Full Send Metacard Deployer?
18   A  Yes.
19   Q  Okay.  If I click on it, my representation
20   to you is we are currently on the Full Send Metacard      01:48:15
21   Deployer Wallet.  And see how it says from and to?
22   So when the deployer wallet is sending something, it
23   will say from the deployer wallet, which has its
24   contract address underneath.
25        And, again, if it's needed, we can go back          01:48:40
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com**

193

| | | |
|---|---|---|
| 1 | to the mint address and cross-reference every single | 01:48:43 |
| 2 | time. Or we can just agree that the Etherscan that | |
| 3 | states it's the Full Send Metacard Deployer is the | |
| 4 | deployer wallet. | |
| 5 | A    I -- I'll agree that -- that if it says | 01:48:59 |
| 6 | deployer, it's deployer. | |
| 7 | Q    Okay. | |
| 8 | Okay. | |
| 9 | So here's what way I'm going to do. You | |
| 10 | see there's 12 pages of transactions? | 01:49:12 |
| 11 | A    Yes. | |
| 12 | Q    Okay. | |
| 13 | Here's the first thing I'm going to do. | |
| 14 | I'm going to go -- now my keyboard isn't working. | |
| 15 | Oh, jeez Louise. | 01:49:39 |
| 16 | Okay -- okay. Mr. Hill, have you ever | |
| 17 | heard of Arkham Intelligence? | |
| 18 | A    No. The first time I saw the words were | |
| 19 | in the exhibit file -- file that you showed me | |
| 20 | earlier. | 01:50:00 |
| 21 | Q    So as we discussed before the blockchain, | |
| 22 | everything is ledgered? | |
| 23 | A    By "ledgered," you mean public; right? | |
| 24 | Q    Yes, public -- yes. Public and ledgered. | |
| 25 | A    Public and what? Sorry? | 01:50:17 |

194

| | | |
|---|---|---|
| 1 | Q    And ledgered. | 01:50:19 |
| 2 | A    Yeah. | |
| 3 | Q    And there are tools that such as Etherscan | |
| 4 | that -- that help visualize the data; correct? | |
| 5 | A    I'm not sure I've ever used an Etherscan. | 01:50:43 |
| 6 | But if you're telling me it does that, I assume it | |
| 7 | does. | |
| 8 | Q    Well, just -- just what we're viewing | |
| 9 | here. I mean, do you -- do you see all the | |
| 10 | firm's -- | 01:50:48 |
| 11 | A    Yeah -- | |
| 12 | Q    -- comings and goings? You know, it's | |
| 13 | a -- it's a visualization of the blockchain; | |
| 14 | correct? | |
| 15 | A    Okay. Yeah. | 01:50:54 |
| 16 | Q    Okay. | |
| 17 | So what I'm going to do first just so we | |
| 18 | can -- because this will be relevant as we go | |
| 19 | through a lot of examples. So I'm going to copy the | |
| 20 | Full Send Metacard Deployer Wallet. Okay? 0x -- | 01:51:11 |
| 21 | 0x9e7 . . . c731 is how it ends. I'm going to copy | |
| 22 | it, and I'm going to paste it into Arkham. | |
| 23 | Does that make sense? | |
| 24 | A    Yes. | |
| 25 | Q    Do you see -- and do you see how it says | 01:51:33 |

195

| | | |
|---|---|---|
| 1 | Full Send Metacard on OpenSea 0x9e7, which is the | 01:51:37 |
| 2 | first four -- five digits of this wallet? | |
| 3 | A    Yes. | |
| 4 | Q    Okay. | |
| 5 | I want you to click on it. This is a | 01:51:47 |
| 6 | visual representation of the deployer wallet. Would | |
| 7 | you agree with that, or would you like to see some | |
| 8 | specific transactions? | |
| 9 | A    Two things. One, I haven't seen enough to | |
| 10 | verify it. But seeing any more information, I can | 01:52:14 |
| 11 | assure you will be fruitless, as I had nothing to do | |
| 12 | with that specific wallet. So even if you show me a | |
| 13 | bunch of transactions, I won't be able to confirm | |
| 14 | anything that would make me know if that's a | |
| 15 | transaction or not, as I didn't handle that wallet. | 01:52:30 |
| 16 | Q    Okay. Well, didn't you receive funds from | |
| 17 | this wallet? | |
| 18 | A    Yes. Not me personally. But has Nelk | |
| 19 | received -- you mean like the other wallets that | |
| 20 | Nelk was in control of. Is that what you're | 01:52:52 |
| 21 | referring to? | |
| 22 | Q    Correct. Correct. | |
| 23 | A    Yes. Then it would have received funds | |
| 24 | from this wallet. | |
| 25 | Q    Okay. | 01:53:00 |

196

| | | |
|---|---|---|
| 1 | And who else received funds from this | 01:53:01 |
| 2 | wallet? You made a representation earlier that no | |
| 3 | individuals received funds from this wallet? | |
| 4 | A    I don't recall what I said earlier, but it | 01:53:15 |
| 5 | sounds like you're misrepresenting what I -- what I | |
| 6 | said because that does not sound like what I said | |
| 7 | earlier. | |
| 8 | Q    Okay. | |
| 9 | A    I -- second to that, again, I have never | 01:53:24 |
| 10 | had access or control of this wallet and transfers. | |
| 11 | I won't be able to tell you anything about this | |
| 12 | wallet. | |
| 13 | Q    But we -- we can agree, as stated earlier, | |
| 14 | that this wallet -- that the Metacard Deployer | |
| 15 | Wallet was owned by Metacard, LLC; correct? | 01:53:42 |
| 16 | A    Yes. | |
| 17 | Q    And Metacard, LLC, is wholly owned by | |
| 18 | Nelk; correct? | |
| 19 | A    Yes. | |
| 20 | Q    Okay. | 01:53:52 |
| 21 | Okay. I'm just going to show you some | |
| 22 | transactions. Give me a minute. I have to go look | |
| 23 | at my notes here. | |
| 24 | Okay. 2b2. Do you see this transaction | |
| 25 | where my cursor is? It happened February 23rd, | 01:54:34 |

49  (Pages 193 to 196)

**Drew Hill - 11/7/2025**

---

197

```
1   2022, 5:07.  It's from the Full Send Metacard      01:54:40
2   Deployer to this wallet 0xa62 . . . 472b2 for
3   100 ETH.
4       A  I see that, yes.
5       Q  Okay.                                        01:55:03
6          Do you have any reason to doubt that this
7   isn't a real transaction?
8       A  Again, I didn't have control of this
9   wallet, so I can't speak in certainty to the -- to
10  the legitimacy or what any transaction is about.    01:55:18
11      Q  Okay.  But I didn't ask about the
12  legitimacy or what the transaction was about.  I
13  asked, do you have any reason believe that this
14  transaction ledgered on Etherscan is not real?
15      A  I'm not a forensic auditor.  I haven't had   01:55:42
16  a chance to audit the blockchain to cross-reference
17  it against its record.  And not having access to
18  that wallet, like I mentioned abundantly re -- I --
19  I can't tell you for certain.
20      Q  Okay.                                         01:56:01
21         So I'm going to paste that wallet --
22      A  Can you re-copy it, please?
23      Q  Yeah.  Sure --
24      A  Sorry to interrupt you.
25      Q  Of -- of course, Mr. Hill, any time --       01:56:23
```

---

198

```
1   happy -- any time you -- you need verification on   01:56:25
2   the blockchain, you just let me know.  I'm trying to
3   go at your -- your comfort.
4          Okay.  Do you see here it's the              01:56:34
5   0xa6bd . . . 472b2?
6       A  Yes.
7       Q  Okay.  I'm going to click it.  You see
8   that's copied?
9       A  Yes.
10      Q  I'm going to Arkham.  I'm going to control    01:56:44
11  or command V.  Do you see that this is the same
12  0xa62c . . . . 472b2?
13      A  Yes.
14      Q  Okay.  I'm going to click on the wallet.
15         Now, do you see here there's visualized      01:57:01
16  data of the money moved into the wallet.  If you
17  need to, we can go to the inflows down here, and we
18  can cross-reference transactions.
19         As you see here, this wallet received a
20  lot of transactions from the Full Send Metacard     01:57:33
21  wallet.  Again, we can find all of them.  I'm just
22  trying to find the one that we are talking about.
23         I'm sorry there was a filter on.
24         This is funny.  Okay.  Here's what else
25  I'm going to do.  This is a fun exercise in real     01:58:31
```

---

199

```
1   time.                                               01:58:34
2          Mr. Hill, do you see here I have the same
3   transaction on Etherscan?
4       A  Yes.
5       Q  Okay.  I'm going to copy the transaction     01:58:45
6   hash.  Okay?
7          And I'm sorry.  I didn't give you a chance
8   to look at it.
9       A  No.  You're -- you're good.
10      Q  Okay.  You -- you take my word for it.        01:59:03
11  This transaction hash, 0x0f519 --
12         (Reporter clarification.)
13  BY ATTORNEY KHERKHER:
14      Q  0x0f519e . . . .
15      A  Yeah, I do see it.                            01:59:19
16         Additionally, is possible to see zoom in a
17  bit?  I can see it from here, but it's just
18  straining my eyes to look at these numbers from this
19  far.
20      Q  Yeah.  I -- I'm sorry.  That's -- that's      01:59:34
21  hard for me.  I'm not real technical literate.
22      A  If you -- I -- command or control plus
23  should zoom in.
24      Q  I -- I'm sorry.  Mr. Hill, I -- I'm not
25  going to accommodate you at this time.  I just think  01:59:48
```

---

200

```
1   that would slow -- I'd be spending the remaining of  01:59:51
2   my time dealing with how to --
3          ATTORNEY LI:  Tommy, we can also put Drew
4   a little bit closer to the screen.  He's at the very
5   end of a very long table right now.                  02:00:02
6          ATTORNEY KHERKHER:  Yeah.  That -- that
7   works as well.
8          ATTORNEY LI:  Okay.  He just may -- we
9   might need a minute to retrain the camera on him.
10         ATTORNEY KHERKHER:  Okay.  How about we --    02:00:12
11  do you want to take a four-minute break?  'cause I'm
12  going to go get a water.
13         ATTORNEY LI:  Okay.  That sounds great.
14         ATTORNEY KHERKHER:  Okay.
15         THE VIDEOGRAPHER:  We are off the record      02:00:22
16  at 2:00 p.m.
17         (Pause in the proceedings.)
18         THE VIDEOGRAPHER:  This is the beginning
19  of Media File No. 7.  We are back on record at
20  2:03 p.m.                                             02:04:03
21  BY ATTORNEY KHERKHER:
22      Q  Okay.
23         Okay.  Mr. Hill, just to repeat, I'm
24  looking at this transaction right here.  This
25  happened on February -- or which one am I talking    02:04:17
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022    818.343.7040    Fax 818.343.7119    www.benhyatt.com**

201

```
1   about?  Yeah, this one.                          02:04:20
2        February 20 -- February 2nd -- or sorry.
3   February 23rd, 2022.
4        ATTORNEY LI:  Tommy, I think you need to
5   share your screen.                                02:04:32
6        THE WITNESS:  Yeah, sorry.  Can you
7   re-share the screen?
8   BY ATTORNEY KHERKHER:
9    Q   Oh, I'm not --
10   A   Yeah.                                        02:04:36
11   Q   It's Friday.  Oh, we're -- this is just --
12  I -- I apologize, everybody.  We're -- we're trying
13  to power through.  Okay.
14       Is -- do you see my screen?
15   A   Yeah.                                        02:04:55
16   Q   Okay.
17       All right.  Where were we?  Okay.  We're
18  picking a transaction.  Let's do this one from --
19  the important thing is to 72b2 wallet from -- do you
20  see it's from the Metacard deployer to this wallet;  02:05:08
21  correct?
22   A   Correct.
23   Q   Okay.
24       It's 58.71 ETH at February 23rd, 2022.
25  The transaction hash begins with 0xc54O6f3.  I'm    02:05:22
```

202

```
1   going to copy it.  I'm going to go to            02:05:34
2   Arkham Intelligence.  I'm going to paste the
3   transaction hash into the box.  And do you see that
4   it pops up the 58.71 ETH four years ago --
5    A   Yeah.  I see the e-mails.                    02:05:58
6    Q   Okay.  And so you would confirm that this
7   is -- this is right?  This is two -- two separate
8   data blockchain tools ledgering the blockchain;
9   correct?
10       ATTORNEY LI:  Objection.  Compound.          02:06:12
11       THE WITNESS:  Yeah.  Can you break up the
12  question --
13  BY ATTORNEY KHERKHER:
14   Q   Yeah.  Would you -- would you -- would you
15  agree that if two independent blockchain platforms   02:06:18
16  both recognize a transaction identically, then it's
17  reliable?
18   A   What is reliable?  The blockchain
19  platforms themselves or the -- the -- or what else?
20   Q   Yeah, just the blockchain tracking tools.    02:06:39
21   A   I have limited knowledge about how these
22  platforms work.  So I can't tell you for certain
23  whether this is a legitimate transaction.  I can
24  only speculate.
25   Q   Okay.                                        02:06:53
```

203

```
1        So we're going to click on this from the    02:06:55
2   Full Send Metacard to this wallet.  Again, if we
3   want to copy and paste this wallet 0xa62, which,
4   again, we can cross-reference, 0xa62, finance.  We
5   then take this wallet address, which I'm going to    02:07:21
6   copy right here.
7    A   Yeah.
8    Q   And we go back to OpenSea, and I paste it.
9   You see that this wallet, the 0xa62 is associated
10  with a Mr. Brennan Karem?                           02:07:44
11   A   I don't know the pronunciation of that
12  last name.
13   Q   Do you know who this is?
14   A   Yes.
15   Q   Who is he?                                   02:08:05
16   A   Can you be more specific?
17   Q   Who is Brennan Karem?
18   A   Individual person.  Could you clarify what
19  you're looking for here?
20   Q   How do you know him?                         02:08:21
21   A   From Metacard.
22   Q   What was his role in Metacard?
23   A   I can't remember off the top of my head.
24  But it was something to do with back end of the
25  project -- the project development.                 02:08:38
```

204

```
1    Q   Okay.                                        02:08:46
2        Can you elaborate on what back end
3   project -- product development means?
4    A   Yeah.  Just to clarify, I think I said
5   project development, not product development.  I     02:08:57
6   think you said product.
7    Q   Okay.
8    A   You're good.  I just wanted to be clear.
9        I don't know all the specifics of what he
10  did.  If you want an accurate rundown, you should     02:09:08
11  speak to John.
12   Q   Is Brennan Karem an employee of Nelk?
13   A   As of -- currently, no, he's not an
14  employee, no.
15   Q   Was he an employee of Nelk at any point in   02:09:29
16  time?
17   A   The only time Brennan has done services
18  for Nelk or a Nelk-affiliated company is in relation
19  to the Metacard project.
20   Q   Is he currently working on the Metacard      02:09:49
21  project?
22   A   I'm not the person to ask that question to
23  as I don't have the specifics.  You should ask John.
24   Q   Okay.  Did you ever have any personal
25  interactions with Brennan?                           02:10:02
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Drew Hill - 11/7/2025**

205

```
1        A  I had never met the person in -- in real      02:10:06
2    life.
3        Q  Where does he live?
4        A  I don't recall.  I -- I can only
5    speculate.  I don't recall.                           02:10:15
6        Q  So he's -- he's never been to the office?
7        A  I never stated that he never came to the
8    office.  I could have come, and I wasn't there.  I
9    don't know for certain whether he's come to the
10   office.  He may have, and I don't recall.  He may     02:10:30
11   have, and I may not have been.
12       Q  Okay.  Are you aware of how much he was
13   paid for his services?
14       A  No.
15       Q  And you don't know what his services were?     02:10:49
16       A  I don't recall exactly at this time what
17   his services were.  Again, you should speak to John.
18       Q  What's your good-faith approximation of
19   Brennan's services?
20       A  What I stated previously in my testimony.      02:11:08
21       Q  Which is simply back-end development?
22       A  Project development.  I don't remember the
23   specifics of -- of, you know, everything he did.
24   John -- he interacted with John significantly more
25   than me.                                              02:11:28
```

206

```
1        Q  When was the last time you spoke to          02:11:37
2    Brennan?
3        A  I don't recall.
4        Q  What's your good-faith approximation?
5        A  I don't recall.                              02:11:48
6        Q  Going back to Arkham Intelligence, it
7    appears Brennan was paid some-odd $800,000 from the
8    Metacard project?
9        A  Again, I don't know what he was paid.  I
10   had no handling in paying him at all.  You should    02:12:14
11   speak to Alan or John.
12       Q  Okay.
13          Well, before this deposition, I went and
14   counted on Etherscan painstakingly, Mr. Hill.  My
15   representation to you is that Brennan was paid        02:12:38
16   401.421 Ethereum.  Does that sound right?
17       A  Again, I don't know how much he was paid.
18   I had no -- or I had nothing to do with paying him.
19   You should speak to Alan or speak to John.
20       Q  Okay.  And you would agree with me that       02:13:07
21   these payments as evidenced by the blockchain, which
22   we can go through painstakingly or we can just look
23   at these graphs, primarily occurred between February
24   of 2022 and the account was wiped at March -- by
25   March 29th, 2022?  So the payments were -- what I'm   02:13:26
```

207

```
1    trying to ask you is would you agree with me that     02:13:33
2    Brennan's payment in Metacard occurred between
3    February 2022 and the end of March 2022?
4        A  Again, I had nothing to do with paying
5    him.  I don't recall the specifics of his payment     02:13:47
6    structure or -- that he signed with the company, his
7    agreement.
8           Go speak to Alan or John.
9        Q  But Brennan would have a signed agreement,
10   wouldn't he?                                          02:14:03
11       A  I'm not Brennan, so I'm not going to
12   speculate how he keeps his records.
13       Q  Okay.  But what about you as director of
14   operations of Nelk, wouldn't you insist on there
15   being an agreement?                                   02:14:16
16       A  You're asking two different questions.
17   I -- so to be clear, I -- I'm not Brennan.  I can't
18   speak for him.  I don't know if he has a signed
19   copy.  As my responsibility/role with Nelk, yes,
20   there's going to be a copy of the agreement.          02:14:32
21       Q  Okay.  So you have an agreement with Nelk
22   and Brennan?
23       A  I -- I believe the -- the party on it
24   is -- is Metacard and not Nelk, but --
25          (Reporter clarification.)                      02:14:50
```

208

```
1           THE WITNESS:  Yeah, you're good.             02:14:50
2        I believe the party on it is Metacard
3    and -- and not Nelk.
4    BY ATTORNEY KHERKHER:
5        Q  And you have access to that agreement,        02:14:55
6    don't you?
7        A  Yes.
8        Q  Would that agreement be in the corporate
9    files where you keep everything else?
10       A  Yeah.  It's going to be stored, you know,     02:15:16
11   where we keep -- wherever I -- I keep documents for
12   Brennan and stuff like that.
13       Q  Okay.  So it's your testimony that Brennan
14   did work for Metacard.  You just can't recall what
15   his agreement is or how he was being paid; correct?   02:15:52
16       A  I think that's a mischaracterization of
17   what I said.
18          To clarify, I can't recall the specifics
19   of his agreement.  And I had nothing to do with
20   paying him.  That's it.                               02:16:11
21       Q  Who negotiate -- who negotiated the
22   agreement?
23       A  Not me.
24       Q  Then who?
25       A  I don't know for certain, but John would      02:16:22
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Drew Hill - 11/7/2025**

209

1    have the answer to that question.  I believe it was          02:16:25
2    John, but that's not a definitive answer.
3        Q.    Okay.
4            But you would agree with me that he was
5    paid $800 thousand or, more precisely,                        02:16:43
6    401.421 Ethereum?
7            ATTORNEY LI:  Objection.
8            THE WITNESS:  Again, I didn't send the
9    payments, so I can't tell you the amount that he was
10   paid.  Further to that, I -- I already raised my             02:17:01
11   limitations with knowing.  I'm not a forensic
12   auditor to prove that everything here is accurate.
13   BY ATTORNEY KHERKHER:
14       Q.    Okay.
15           And, again, just so we're crystal clear,              02:17:14
16   you are unaware of what Brennan did for Metacard?
17           ATTORNEY LI:  Objection.  Misstates
18   testimony.
19           THE WITNESS:  That's incorrect to what I
20   said.                                                         02:17:36
21   BY ATTORNEY KHERKHER:
22       Q.    Where does Brennan live?
23       A.    You already asked me.  I don't recall.
24       Q.    I apologize.  It's getting late in the
25   day, and I'm getting slow.                                    02:18:02

210

1        Okay.  Let's go to the next transaction.                 02:18:05
2    I'm going to go to the blockchain again.  I'm
3    looking for 3d.  3d.  3d.  Okay, here.
4            Do you see here we have a couple of
5    transactions to this wallet 0xa63 . . . . 153d?              02:18:18
6        A.    Yes.
7        Q.    Okay.
8            Do you see there's a couple of them?  You
9    know, there's a 2.6 ETH, 13.5 ETH, .7 ETH, all from
10   the deployer wallet?                                          02:18:38
11       A.    It appears to be like -- it appears as
12   such.
13       Q.    Okay.
14           So I'm going to do the same thing I did
15   before.  I'm going to go -- I'm going to copy the            02:18:48
16   transaction hash for this one.  This is the
17   13.52 ETH payment at March 2nd, 2022.  I'm going to
18   copy this again.  Going to go to Arkham.  I'm going
19   to paste it in.  Here's the transaction.  We have
20   13.52 ETH from the Metacard wallet 2oxa63.                   02:19:17
21           Do you agree that everything was copied
22   over correctly?
23       A.    Yes.
24       Q.    Okay.
25           I'm going to click on this.  I'm then                02:19:34

211

1    going to go, and I'm going to click on copy address          02:19:42
2    to.  I'm going to go to OpenSea, and I'm going to
3    paste this wallet address into OpenSea.
4            And you see here the account is titled
5    samshahidi2?                                                  02:20:06
6        A.    I do see that.
7        Q.    Okay.
8            Who is Sam Shahidi?
9        A.    You're asking me who samshahidi2 is?
10       Q.    Who do you -- in your good-faith                    02:20:20
11   reasonable mind, who do you believe this account
12   belongs to?
13       A.    Don't want to speculate.
14       Q.    You don't want to speculate?
15       A.    No.                                                 02:20:36
16       Q.    Okay.
17           Is that what you're going to tell the
18   jury?
19           ATTORNEY LI:  Objection.
20   BY ATTORNEY KHERKHER:                                         02:20:48
21       Q.    Okay.  Don't worry about samshahidi2 right
22   now.  Who is Sam Shahidi?
23       A.    What are you looking for for Sam?  Sam is
24   a person -- what specifically are you asking for
25   here?                                                         02:21:09

212

1        Q.    What does Sam do for Nelk?                          02:21:11
2        A.    His role is more involved with day-to-day
3    advising.
4        Q.    What does he advise on?
5        A.    Plethora of things.                                 02:21:34
6        Q.    Is John -- is -- is Sam related to John?
7        A.    John -- the John we've been speaking
8    about; right?
9        Q.    Is Sam Shahidi related to John Shahidi?
10       A.    Yes.                                                02:21:54
11       Q.    Okay.
12           Was Sam involved in the Metacard project?
13       A.    From my recollection, yes.
14       Q.    What was his role in Metacard?
15       A.    For the specifics and everything that he            02:22:11
16   did, you would have to ask Sam himself.
17       Q.    Okay.
18           Are you aware -- again, I did -- I did
19   this painstakingly manually in my notes.  But are
20   you aware that Sam was paid 159.73 ETH for his role          02:22:33
21   in Metacard -- or let me phrase.
22           Not for his role in Metacard card.  He was
23   paid 159.73 ETH directly from the Metacard Deployer
24   Wallet?
25       A.    A few things here.  One, I didn't send any         02:23:07

53 (Pages 209 to 212)

**Drew Hill - 11/7/2025**

---

213

1    payments to the deployer wallet, so I can't attest    02:23:12
2    to the validity of any of the payments.
3         Further, I -- we -- we've covered that
4    I -- I don't know definitively who the owner of this
5    wallet is. So you showing me a number here    02:23:24
6    that's -- that has money in it, I don't know
7    definitively if that money -- I can't say for
8    certain that's Sam Shahidi's money.
9         Q    Okay. So you don't want to speculate that
10   this individual with the matching wallet address    02:23:37
11   who's registered on Coinbase as samshahidi2 who also
12   coincidently received payments -- the same wallet
13   address on OpenSea also received payments from the
14   Nelk Metacard Deployer Wallet, but you don't want to
15   speculate that this is anybody other than    02:24:02
16   Sam Shahidi?
17        A    I, again, don't know the validity of every
18   transaction on this thing because I'm not a forensic
19   auditor and can't independently tell you that all of
20   these transactions are accurate. For that, I didn't    02:24:19
21   send any payments from the deployer wallet. And if
22   I -- if I'm a nefarious individual as I -- I could
23   easily make an impersonation profile of anybody I'd
24   like to for whatever display, picture, or name.
25   They don't check IDs when you make these profiles.    02:24:35

---

214

1    So I don't wish to speculate at to who owns this    02:24:37
2    profile.
3         Q    I agree with you that anybody can make a
4    profile. But don't you think it's very coincidental
5    that the same wallet address tied to that profile    02:24:47
6    also received funds from the Full Send Deployer
7    Wallet?
8         ATTORNEY LI:  Objection.
9         THE WITNESS:  I believe I answered that.
10   I said I can't attest to the validity of each    02:24:59
11   individual payment as I didn't make the payments
12   myself. I don't know if the payments that you're
13   showing me are a hundred percent accurate as I
14   haven't had a chance to audit them.
15   BY ATTORNEY KHERKHER:    02:25:12
16        Q    Okay.
17        A    Though I do appreciate your painstaking
18   efforts to count the ETH yourself.
19        (Reporter clarification.)
20        THE WITNESS:  Count the ETH yourself.    02:25:14
21   BY ATTORNEY KHERKHER:
22        Q    Okay.
23        Let's go on to the next transaction.
24        I am looking for 532. 532.
25        532. Okay.    02:25:53

---

215

1         Do you see this transaction here on --    02:25:56
2         A    Yes.
3         Q    -- February 3rd, 257 -- from -- from the
4    Full Send Metacard deployer to 0x9ce . . . 6532 for
5    64.71 ETH?    02:26:14
6         A    Yes.
7         Q    Okay. I'm going to copy this transaction
8    hash, go to Arkham, paste it in, if my keyboard
9    would work. Here we go. Nope. I think I pasted it
10   twice.    02:26:39
11        Gotta get a new keyboard.
12        Okay.
13        Okay. Do you see here 64.713 ETH at
14   February 3rd, 257 UTC with the transaction hash from
15   the OpenSea -- or not the OpenSea -- from the    02:27:20
16   deployer wallet to 0x9ce?
17        A    Yes.
18        Q    Okay.
19        If I click on that wallet. And then I go
20   back to Etherscan. I'm going to find that wallet.    02:27:43
21   I'm going to copy its address into OpenSea.
22        Do you see the account that pulls up?
23        A    Yeah.
24        Q    Okay.
25        Nelkboys -- who controls this account?    02:28:12

---

216

1         A    I would only be able to speculate. I    02:28:21
2    don't have any control over this account, if that's
3    what you're asking.
4         Q    Okay. But presumably the Nelkboys OpenSea
5    account is owned by Nelk?    02:28:36
6         A    Short of me verifying that, I'm unable to
7    let you know on the spot right now if that account's
8    legitimate.
9         Q    Okay. But you would agree me that this
10   account that you can't verify, the same address in    02:28:49
11   OpenSea also received funds from the Metacard
12   Deployer Wallet?
13        A    Based off what you show me, it appears
14   that way. And, again, I can't audit the blockchain
15   stuff to verify the legitimacy of those    02:29:12
16   transactions.
17        Q    Okay. Who -- who would be in charge of
18   this account?
19        A    I don't know who has access to and
20   controls the account. You could ask John or Kyle.    02:29:26
21   They may have an answer for that.
22        Q    Okay. So, Mr. Hill, you are the director
23   of operations for Nelk; correct?
24        A    Yes.
25        Q    Is this a Nelk account?    02:29:43

---

54 (Pages 213 to 216)

217

```
 1        ATTORNEY LI:  Objection.  Asked and        02:29:46
 2   answered.
 3        THE WITNESS:  We already discussed that.
 4   But what -- what's your question here?
 5   BY ATTORNEY KHERKHER:                            02:29:53
 6        Q   My question is your team of 15 people that
 7   you have under you, which presumably managed the
 8   social media accounts, is there not one person
 9   assigned to manage OpenSea?
10        A   Again, I don't know definitively who     02:30:18
11   controls this account.  Not every employee has
12   access to every account.  Again, John or Kyle may be
13   a better person to answer this question for you.
14        Q   Okay.
15        And, again, painstakingly, I've added up      02:30:34
16   that this account was paid 164.99 ETH.  And if we go
17   to Arkham, we can see that in the relevant time
18   period between February 4th and March 25th, all of
19   the funds were -- or the vast majority of the funds
20   were transferred to this wallet and then depleted;   02:31:12
21   is that correct?
22        A   Again, I don't know the validity of all
23   these transactions as I'm unable to audit the
24   records and figure that out.
25        Q   Okay.  Do you know where any of this money  02:31:30
```

218

```
 1   went?                                            02:31:35
 2        A   Again, I don't control this account, so
 3   I'm not going to speculate.
 4        Q   Did any of this money go to furthering the
 5   Metacard project?                                02:31:44
 6        A   I just answered the question.  I don't
 7   control this wallet.  I can't answer any questions
 8   about the money in this wallet.
 9        Q   Okay.
10        We'll move on.                              02:31:58
11        All right.  Next I am looking for d62.
12   Let's go to 5.
13        I'm looking for d62.  Okay.  Here are a
14   couple.  Do you see, Mr. Hill, this transaction
15   right here for 30 ETH to 0xd3 . . . 18b364d62?    02:32:29
16        A   Yeah.
17        Q   Okay.  And this was on May 21st, 2022?
18        Okay.  I'm going to copy this transaction
19   hash, and then I'm going to go right here.  I'm
20   going to paste it in.                            02:33:00
21        Do you see here the 30 ETH at May 21st,
22   2022, from the Metacard Deployer Wallet?
23        A   I see the details on the screen, yes.
24        Q   Okay.
25        Well, can you answer why the Metacard        02:33:26
```

219

```
 1   deployer wallet sent funds directly to stake.com?  02:33:37
 2        A   Again, I don't control the wallet, and I
 3   can't answer any questions about the transfers on
 4   it, and I can't even verify the legitimacy of the
 5   transfers on the wallet you're referring to.      02:33:52
 6   Further, the balance shows zero historically on the
 7   screen you're showing me, so yeah.
 8        Q   So this is a hot wallet, Mr. -- Mr. Hill.
 9   What is stake.com in your own words?
10        A   A website.                              02:34:08
11        Q   What kind of website?
12        A   A website that exists on the Internet.  I
13   don't know.
14        Q   What goes on on that website?
15        ATTORNEY LI:  Objection.               02:34:26
16        THE WITNESS:  Can you be more specific?
17   BY ATTORNEY KHERKHER:
18        Q   Sure.  How about we go to stake.com.  My
19   keyboard -- so what does this look like to you?
20        A   It looks like a website that's not       02:35:11
21   available in your region.
22        Q   Why isn't it available in my region?
23        A   I don't work for Stake, so you'd have to
24   ask someone over there.
25        Q   Okay.                                    02:35:22
```

220

```
 1        Just for the record, it states:             02:35:25
 2        "Due to our gaming license, we
 3        cannot accept customers from the
 4        United States.  However, you're
 5        welcome to sign up for our social        02:35:34
 6        casino stake.us."
 7        Mr. Hill, do you really expect the jury to
 8   believe you don't know what stake.com is?
 9        ATTORNEY LI:  Objection.
10        THE WITNESS:  I don't want to speculate.     02:36:00
11   BY ATTORNEY KHERKHER:
12        Q   Okay.  It's a gambling site, isn't it?
13        ATTORNEY LI:  Objection.
14        THE WITNESS:  I don't know every activity
15   that goes on at stake.com.                        02:36:12
16   BY ATTORNEY KHERKHER:
17        Q   Can you give me one activity that goes on
18   stake.com that is not gambling?
19        A   Again --
20        ATTORNEY LI:  Objection.  Vague as to        02:36:23
21   "gambling," and that stands for this whole line of
22   questioning.
23        THE WITNESS:  Again, I'm not versed with
24   everything that goes on on Stake.  Looks like
25   there's blog posts on the -- on the left, though.   02:36:31
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022  818.343.7040  Fax 818.343.7119  www.benhyatt.com**

**Drew Hill - 11/7/2025**

221

```
1    BY ATTORNEY KHERKHER:              02:36:34
2       Q   Mr. Hill, it looks like the Metacard funds
3    were used to gamble.  Would you agree with that?
4       A   I would disagree.  As I stated earlier in
5    my testimony, I don't recall any time Metacard funds   02:36:55
6    were ever used for gambling.
7           Further to that, I can't verify the
8    transactions on the blockchain, as we have discussed
9    at length previous transactions you've pulled up.
10          And, lastly, as I've stated a plethora of    02:37:10
11   times, I don't control the wallet.  I can't verify
12   the transactions.  You would have to speak to
13   someone who controlled the main wallet, which is not
14   me.
15      Q   Didn't you also state earlier in this    02:37:20
16   deposition that company funds would never be used
17   for gambling?
18      A   I believe that to be a mischaracterization
19   of what I said.  I -- if I recall correctly, I
20   stated I never recalled any instance where Metacard   02:37:31
21   funds ever meant for benefits or anything for the
22   community was used for gambling.  I believe that was
23   the -- close to what I said.  I believe you
24   misrepresented what I said.
25      Q   But -- but we were also, at one point in    02:37:45
```

222

```
1    time, regardless of Metacard, talking about Nelk's    02:37:48
2    policies; correct?
3       A   We were narrowly talking about employee
4    policies.
5       Q   Okay.                          02:37:59
6           And in those employee policies, employees
7    are not to gamble with company funds; correct?
8       A   I don't -- I don't know the exact
9    verbiage, but I would never tolerate employees using
10   company funds for that.  And, further, I don't    02:38:21
11   know -- I -- I can't imagine a world where an
12   employee would -- first of all, has access to
13   company funds to do as you're so claiming.
14      Q   Sure.
15          So you -- you would not tolerate an    02:38:37
16   employee gambling with company funds; you just said
17   that?
18      A   I think it's slight mischaracterization.
19   I also said I don't in -- under -- I can't fathom
20   how an employee would even have access to funds to    02:38:50
21   gamble -- so -- or do as you're so claiming.
22      Q   Okay.
23          How did gambling funds on stake.com
24   further the Metacard?
25          ATTORNEY LI:  Objection.              02:39:09
```

223

```
1           THE WITNESS:  I never said funds were ever   02:39:09
2    gambled on stake.com.  It's a complete
3    mischaracterization.
4    BY ATTORNEY KHERKHER:
5       Q   Okay.  How were the funds transferred to   02:39:16
6    stake.com ever used to further the Metacard
7    development?
8           ATTORNEY LI:  Objection.
9           THE WITNESS:  Again, that's another
10   mischaracterization.  I never once stated or    02:39:28
11   confirmed that any funds were ever transferred to
12   stake.com.  If you want more details about
13   transactions on that wallet, speak to the individual
14   or individuals who were in charge of processing
15   those transactions.  I don't ever recall once making   02:39:41
16   a transfer to stake.com using Metacard's funds.
17   BY ATTORNEY KHERKHER:
18      Q   But what you're saying is Amal or -- I
19   forgot his name.
20      A   Alan.                          02:39:57
21      Q   Oh, yeah, Amand --
22      A   Alan.
23      Q   Alan.  I apologize.
24      A   All good.
25      Q   Alan must have made this transfer?    02:40:04
```

224

```
1           ATTORNEY LI:  Objection.  Misstates    02:40:08
2    testimony.
3           THE WITNESS:  Aside from the misstatement,
4    I don't know definitively since I wasn't in
5    control -- or I'm not in control of that wallet, to   02:40:18
6    my knowledge.  But I -- you know.
7    BY ATTORNEY KHERKHER:
8       Q   So who -- who else is in the world of
9    possibility who had -- who had control of that
10   wallet?                             02:40:26
11      A   What do you define as control?
12      Q   Who could click the buttons to move funds?
13      A   Theoretically anybody -- no, not
14   theoretically anybody.  Theoretically, if I approved
15   John -- if John wanted to, he could.  But I don't    02:40:54
16   recall an instance where John did.  So the only
17   instance that I have visually seen of people
18   pressing buttons would be Alan or myself.
19      Q   And it's your testimony that you did not
20   send funds to stake.com?                  02:41:10
21          ATTORNEY LI:  Objection.  Misstates
22   testimony.
23          THE WITNESS:  I will restate what I said
24   before to be accurate.  I don't ever recall an
25   instance where Metacard funds meant for benefits or   02:41:20
```

56 (Pages 221 to 224)

**Drew Hill - 11/7/2025**

225

1  anything for the project was ever sent to a gambling    02:41:24
2  website for the purposes of what you're defining as
3  gambling.
4  BY ATTORNEY KHERKHER:
5      Q   Just so we're clear, is it your suggestion    02:41:32
6  that there's another purpose to send funds to a
7  gambling website for a reason other than gambling?
8      ATTORNEY LI:  Objection.  Misstates
9  testimony.
10      THE WITNESS:  I've never agreed or    02:41:52
11  confirmed that any Metacard funds were ever sent to
12  stake.com.  So your question is just
13  misrepresentative of my previous statements.
14      ATTORNEY KHERKHER:  Okay.
15      ATTORNEY LI:  Tommy, we've been going for    02:42:06
16  a little over an hour.  And I know you said this
17  line of questioning would be about an hour.  So I
18  don't want to fight you off if you're about to wrap
19  up.  But is now a good time to break?
20      ATTORNEY KHERKHER:  Let me -- let's go for    02:42:32
21  about 15 more minutes.  I have -- in this line of
22  questioning, I have four more wallets that I want to
23  discuss, and then we can break.  And then I have
24  another section of wallets that I want to discuss.
25      ATTORNEY LI:  Drew, are you okay going    02:42:45

226

1  another 15 or would you like a break?  Up to you.    02:42:47
2      THE WITNESS:  That's fine.  We can do 15.
3      ATTORNEY LI:  Okay.  If, at any point, you
4  feel like you need a break, just speak up.
5      THE WITNESS:  Okay.    02:42:58
6      ATTORNEY KHERKHER:  Okay.  That -- that's
7  fine.
8  BY ATTORNEY KHERKHER:
9      Q   Mr. Hill, can -- can I reason with you?
10  Can you give me your personal opinion, does this    02:43:09
11  look bad?
12      A   I'm not here to -- go ahead.
13      ATTORNEY LI:  Objection.  Vague.
14  BY ATTORNEY KHERKHER:
15      Q   In your opinion, as a Metacard holder, if    02:43:20
16  Metacard funds were sent directly from the deployer
17  wallet to stake.com, is that fraud?
18      ATTORNEY LI:  Objection.
19      THE WITNESS:  I am not a lawyer, so I    02:43:44
20  can't speculate on what you're defining as fraud
21  here.
22      And in addition, I've never confirmed the
23  fact that funds were ever sent to Stake.  Again,
24  it's a mischaracterization of what I said previous
25  four statements.    02:43:58

227

1  BY ATTORNEY KHERKHER:    02:43:59
2      Q   Okay.  Let's move on.  We gotta get
3  through.
4      Go to 8.  I'm looking for 6969.  Okay,    02:44:30
5  here we go.
6      Do you see this transaction right here,
7  Mr. Hill, from the Metacard deployer wallet to
8  0x9df . . . 6969 for 13.32 ETH?
9      A   Yes.
10      Q   Okay.    02:44:40
11      I'm going to copy this transaction hash.
12  I'm going to paste it.
13      You see here it's 13.32 ETH, March 2nd,
14  2022, from the Metacard Deployer Wallet.
15  Everything's good?    02:45:04
16      A   I see the details you're referring to on
17  the screen.
18      Q   Okay.
19      So next I'm going to go and copy the
20  address.  I'm going to go to OpenSea.    02:45:13
21      Who is NFLagent?
22      A   I can't say with any kind of certainty
23  without speculating.
24      Q   In your good-faith estimation, if you had
25  to guess anybody in the world, who is NFLagent?    02:45:54

228

1      A   Again, I'm not here to speculate as to the    02:45:59
2  identity of these wallets.
3      Q   Okay.
4      Again, this is my painstaking going    02:46:20
5  through the blockchain.  My representation to you,
6  Mr. Hill, is that NFLagent was paid 104.62 Ethereum
7  from the Metacard deployer wallet.
8      Do you have any idea who this could be?
9  This is an individual who was paid $300,000 in the
10  first month or two of the game.  Surely that's a    02:46:53
11  meaningful amount.
12      A   Again, I can't confirm the amount sent as
13  I didn't send the amounts out of this wallet.  And I
14  don't know if this transaction is a hundred percent
15  legitimate as I don't have the ability to    02:47:12
16  forensically audit the blockchain record.
17      Q   Okay.  I'm going to ask you one last time,
18  and then we can move on to another one.
19      You don't have any idea who NFLagent could
20  be?  Not -- I am -- I am asking you to speculate.    02:47:30
21  Use your best guess.
22      A   I don't wish to speculate.  I don't want
23  to misspeak and I'd rather be -- if I don't know for
24  a fact, I'm not going to say it.
25      Q   Okay.    02:47:42

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Drew Hill - 11/7/2025**

229

```
1        Let's move on again.                    02:47:53
2        I'm looking for 4aa7.  4aa7, okay.  You
3   see here, Mr. Hill, this transaction for 62.5 ETH
4   from the Metacard deployer wallet to f34aa7 on
5   June 11th, 2022?                             02:48:24
6     A   Yes.
7     Q   Okay.
8        Copy the transaction hash.  You see here
9   that the transaction lines up 62.5 ETH, with the
10  transaction hash that we just copied and pasted from   02:48:51
11  the Metacard Deployer Wallet 0x9e7.
12    A   I -- I see the details on the screen
13  you're referring to.
14    Q   Okay.  So you see that these funds were
15  also sent to stake.com?                       02:49:08
16    A   Again, this goes back to what we just
17  discussed two transactions ago, same answer.  I
18  don't know if this transaction took place since I
19  didn't do the transaction.  I don't know if it's a
20  legitimate transaction.  I -- since I can't         02:49:26
21  forensically audit the blockchain records --
22        (Reporter clarification.)
23        THE WITNESS:  Yeah.  From -- from where
24  on?  Sorry.
25        (Record read.)                          02:49:35
```

230

```
1        THE WITNESS:  I didn't do the transaction,   02:49:35
2   so I can't speak to that.  I also can't speak to if
3   it's a legitimate transaction or not 'cause I
4   haven't forensically audited the blockchain records
5   to confirm that it's a legitimate transaction.     02:49:52
6   BY ATTORNEY KHERKHER:
7     Q   Was Metacard's policy to gamble with the
8   funds they raised?
9         ATTORNEY LI:  Objection.  Vague as to
10  "gamble."                                     02:50:11
11        THE WITNESS:  Can you rephrase?
12  BY ATTORNEY KHERKHER:
13    Q   No.
14    A   Could you repeat the question?
15    Q   Was it a policy within Metacard and Nelk   02:50:32
16  to gamble with the funds raised in the Metacard
17  project?
18    A   As I've stated in my testimony, probably
19  half a dozen times, I don't recall any instance
20  where Metacard funds meant for benefits and other   02:50:51
21  things for the project were ever used to gamble?
22    Q   And you're saying you don't recall those
23  things because gambling with the funds raised would
24  be bad?
25        ATTORNEY LI:  Objection.  Misstates      02:51:18
```

231

```
1   testimony.                                    02:51:19
2         THE WITNESS:  Aside from the misstatement,
3   I say I don't recall because I genuinely do not
4   recall of any single incident ever where Metacard
5   funds meant for benefits and other things for the   02:51:34
6   project were taken and used for gambling.
7   BY ATTORNEY KHERKHER:
8     Q   But if they were, we could agree that that
9   would be not appropriate; correct?
10        ATTORNEY LI:  Objection.               02:51:48
11        THE WITNESS:  I -- I -- I don't understand
12  what you're asking me.
13  BY ATTORNEY KHERKHER:
14    Q   Yeah, sure.  So let's just say the
15  hypothetical world where funds were used to gamble,   02:51:54
16  we can agree that that's bad; correct?
17    A   Again, I never said funds were ever used
18  for gambling.  I told you I can't recall any
19  instances where Metacard funds were ever used
20  benefits and other things of the like were ever used   02:52:14
21  for gambling.
22    Q   Right --
23    A   Given --
24        (Simultaneous speakers interrupted by
25        the reporter.)                         02:52:17
```

232

```
1         THE WITNESS:  Given that I've stated this   02:52:25
2   a lot of times, I'm not going to respond to a
3   hypothetical about something I don't ever recall
4   occurring.
5   BY ATTORNEY KHERKHER:                         02:52:35
6     Q   Mr. Hill, you understand that you have an
7   obligation to participate in this deposition in good
8   faith.  We've already stated multiple times that you
9   did not come prepared today.  You did not look at
10  any document, other than the legal filings, in       02:53:00
11  preparation for this deposition.  And now you are
12  stating that you will not answer a hypothetical
13  question that I'm asking you.
14        ATTORNEY LI:  Objection.
15        THE WITNESS:  There's a few compounds in   02:53:22
16  there.  Could we ask one question at a time.
17        ATTORNEY KHERKHER:  I am trying to make
18  Mr. Hill aware that there is a high probability that
19  we will need to have him come back for another
20  deposition because he is not being cooperative.      02:53:36
21        ATTORNEY LI:  Objection.
22  BY ATTORNEY KHERKHER:
23    Q   Mr. Hill, my hypothetical question to you
24  is if Metacard funds were used to gamble, can we
25  agree that that is bad?                        02:54:01
```

58 (Pages 229 to 232)

Drew Hill - 11/7/2025

233

1    A   I've already stated I don't recall any                02:54:06
2  instance of that ever occurring.  So your
3  hypothetical is moot 'cause I don't ever recall it
4  occurring; so, therefore, your hypothetical doesn't
5  exist.                                                       02:54:18
6    Q   I don't think that's how hypotheticals
7  work, Mr. Hill.
8    A   I -- I don't entertain the hypothetical if
9  this is from a situation that I don't ever recall
10 occurring.                                                   02:54:27
11   Q   Do you need to recall something for a
12 hypothetical to exist?
13   A   If -- if the point of this testimony is to
14 give facts, I don't think hypotheticals move us
15 forward on that.                                             02:54:38
16   Q   Okay.  Well, you're not the one asking
17 questions; I am.
18       So I'm asking you again, hypothetical, if
19 funds raised in the Metacard project were directly
20 transferred to a gambling website and used for              02:54:59
21 gambling, can we use our common sense and agree that
22 that is bad?
23       ATTORNEY LI:  Objection.  Asked and
24 answered a few times now.
25       ATTORNEY KHERKHER:  He has not answered my           02:55:18

234

1  hypothetical.                                                02:55:21
2        THE WITNESS:  I've already stated I don't
3  recall any situation where funds were ever
4  transferred and specifically used for the purposes
5  of gambling.                                                 02:55:33
6        ATTORNEY KHERKHER:  Okay.  I'm going to
7  just make a note for the record that the witness is
8  being unresponsive, refusing to answer my question,
9  and we're going to move on.
10       ATTORNEY LI:  And I'll note for the record           02:55:43
11 that we disagree with that characterization.
12       Tommy, it's now been 15 minutes.  Do you
13 want to take a break?
14       ATTORNEY KHERKHER:  Sure.
15       ATTORNEY LI:  All right.  Do you want to            02:55:52
16 take 10 or . . .
17       ATTORNEY KHERKHER:  10 -- 10's fine.
18       ATTORNEY LI:  Okay.  All right.  We'll
19 come back in 10.
20       THE VIDEOGRAPHER:  We're off the record at          02:56:01
21 2:55 p.m.
22       (Pause in the proceedings.)
23       THE VIDEOGRAPHER:  This the beginning of
24 Media File No. 8.  We're back on the record at
25 3:13 p.m.                                                    03:13:53

235

1    BY ATTORNEY KHERKHER:                                     03:13:54
2    Q   Mr. Hill, let me share any scream.  Hang
3  in there.  We only have about 90 more minutes.
4        Okay.  Is my screen showing?
5    A   Yeah.                                                  03:14:12
6    Q   Okay.
7        I'm looking for wallet 499.  Okay.
8        Do you see this wallet here from the
9  Full Send Metacard deployer to 0xe2c9 . . . 7499?
10   A   Yeah.                                                  03:14:31
11   Q   This transaction occurred on April 19th,
12 2022.
13   A   Yeah, that's what it says.
14       (Reporter clarification.)
15       THE WITNESS:  Yeah, that's what it says.             03:14:43
16   BY ATTORNEY KHERKHER:
17   Q   Going to paste the transaction hash to
18 Arkham.  Do you see here it says 15 and a half ETH
19 on April 19th, 2022, from Metacard on OpenSea to
20 0xe2c.                                                       03:15:06
21       Do you see that?
22   A   I see what it says on the screen, yes.
23   Q   Okay.  So then I'm going to independently
24 go to the transaction and copy the wallet address
25 again on Etherscan and I'm going to go to Metacard.         03:15:27

236

1  I'm going to copy and paste that wallet in.               03:15:37
2        Mr. Hill, who is podcasting?
3    A   I'm unsure without speculating.
4    Q   Okay.
5        Do you see below that it says                        03:15:54
6  John Shahidi's collection?
7    A   I do see those words on the screen.
8    Q   Okay.
9        Do you think it's a reasonable assumption
10 to think that if a crypto address is verified on         03:16:08
11 OpenSea and that same wallet address received funds
12 from the NFT -- Metacard NFT deployer wallet, that
13 it's probably John Shahidi?
14   A   To repeat previously what I said prior to
15 the break, I don't know for certain if any of the       03:16:33
16 transactions conducted here are legitimate because I
17 haven't had the time to go and investigate them.
18 Further, I didn't make any transfers out of this
19 wallet, so I can't attest to them.
20   Q   Okay.                                                03:16:47
21       But it was your testimony earlier in the
22 day that personal funds -- the Metacard deployer
23 wallet was not used to pay individuals?
24       ATTORNEY LI:  Objection.  Misstates
25 testimony.                                                 03:17:02

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

237

1    THE WITNESS: I don't recall exactly what          03:17:07
2    I said. If you can -- care to go back and find it
3    and show me what it says that would be tremendously
4    helpful.
5    BY ATTORNEY KHERKHER:                              03:17:29
6        Q   How much money did John Shahidi get paid
7    from Metacard?
8        A   Again, I didn't have any hand in making
9    payments or transactions for that account, so I
10   can't tell you how much money he was or was not      03:17:39
11   compensated.
12       Q   Okay. Move on.
13           I am looking for 8d, 8d. Okay.
14           Do you see this transaction right here
15   from the Full Send Metacard Deployer wallet to       03:18:15
16   0x7c . . . 348d on January 27th, 2022?
17       A   Yes.
18       Q   Okay. For 20.9 ETH. I'm going to copy
19   that. I'm going to paste it.
20           Do you see here January 27th, 2022,          03:18:50
21   20.9 ETH from a Metacard deployer wallet to 0x7ca?
22       A   I see the words you're referring to on the
23   screen, yes.
24       Q   Okay.
25           Now, I'm going to go copy that profile      03:19:08

238

1    into OpenSea. Who is Salim the Dream?                03:19:19
2        A   Are you asking me who the owner of this
3    wallet is?
4        Q   Yes.
5        A   Again, I don't know for certain without     03:19:35
6    speculating.
7        Q   Do you work with a Salim?
8        A   Yes, I work with a Salim.
9        Q   Okay. What does Salim do?
10       A   He's a character, I guess, or an on-screen   03:19:48
11   talent.
12       Q   Did Salim have equity in Nelk?
13       A   No.
14       Q   Is Salim W-2?
15       A   No.                                          03:20:10
16       Q   How is Salim paid?
17       A   He is 1099.
18       Q   What did Salim do for Metacard?
19       A   I don't know the extent that everybody did
20   for Metacard. If you want a complete list, you can   03:20:31
21   ask Salim.
22       Q   I don't want a complete list. I want a
23   good-faith approximation based on you, the director
24   of operations of Nelk.
25       A   I can't recall everything he did. But at     03:20:44

239

1    a minimum, I do remember him helping with promotion  03:20:46
2    and -- and exposure and marketing. And also as well
3    I -- I -- I believe he appeared at a bunch of the
4    in-person stuff (inaudible).
5        (Reporter clarification.)                        03:20:56
6        THE WITNESS: I'm sorry.
7            He appeared at a bunch of the in-person
8    stuff, which would be events for the benefits.
9        (Reporter clarification.)
10   BY ATTORNEY KHERKHER:                                03:21:20
11       Q   And can you give me specific events that
12   he appeared at?
13       A   I don't know off the top of my head.
14       Q   Okay.
15           Move on.                                     03:21:30
16           We're now going to talk about the treasury
17   wallets. And I'm -- I'm glad you told me that you
18   were in charge of five wallets earlier in the day,
19   Mr. Hill, because I've counted five large treasury
20   wallets. So let's go through them.                   03:21:45
21           C58, okay.
22           Do you see this wallet right here that
23   ends in c58? You can see here it's getting 89 ETH,
24   150 ETH, 200 ETH --
25       (Reporter clarification.)                        03:22:09

240

1        ATTORNEY KHERKHER: I apologize.                  03:22:09
2    BY ATTORNEY KHERKHER:
3        Q   Okay. Do you see here this wallet that
4    ends in c58? There are lot of transactions all
5    around the same day, all around January 25th, at     03:22:19
6    least in what is showing on the screen. And there
7    are more, but just on the day of January 25th,
8    there's a transaction of 10 ETH from the Metacard
9    Deployer Wallet to c58 of 89 ETH, of 150 ETH, of
10   200 ETH, of 500 ETH, OF 800 ETH, of 700 ETH, and of  03:22:43
11   499.9 ETH.
12           Do you see that, Mr. Hill?
13       A   I do see what you're referring to on the
14   screen.
15       Q   Okay. I'm going to copy the transaction     03:23:08
16   hash. We'll use the 800 ETH movement. We'll go to
17   Arkham. We'll copy and paste it in.
18           You can see here 800 ETH from the Metacard
19   Deployer Wallet to c58; correct?
20       A   I do see the data on the screen.             03:23:36
21       Q   Okay.
22           So you see up here on the top left, we're
23   still talking about the same wallet ending in 92c58?
24       A   Yes.
25       Q   Okay. Do you see here that the              03:23:57

60 (Pages 237 to 240)

**Drew Hill - 11/7/2025**

241

| | |
|---|---|
| 1 | first transactions were in early February -- | 03:24:00 |
| 2 | late January, early February, right around the time |
| 3 | the Metacard was launched? |
| 4 | A   As I previously stated, I don't have any |
| 5 | way of -- I haven't been able to iden -- verify it | 03:24:18 |
| 6 | or independently verify -- |
| 7 | Q   Sure. |
| 8 | A   -- these transactions are legitimate. |
| 9 | Further, I don't remember any -- and this |
| 10 | was discussed earlier, I don't remember any of the | 03:24:29 |
| 11 | addresses of the wallets that were under my control. |
| 12 | So if you're asking me for specific details about a |
| 13 | wallet that you're saying is in my possession short |
| 14 | of gathering the address from my records, I'm unable |
| 15 | to even verify that this wallet address is correct | 03:24:47 |
| 16 | and one of the ones that were in my possession. |
| 17 | Q   But you can go and verify the wallets in |
| 18 | your record; correct?  The -- the wallets -- |
| 19 | A   There's going to be -- there's going to be |
| 20 | data -- yes, there -- it -- if it's able to be | 03:25:03 |
| 21 | determined what the wall -- wallet addresses are. |
| 22 | Q   Okay. |
| 23 | So I've calculated.  This wallet was sent |
| 24 | 3,992.08 Ethereum.  Presumably, you would be in |
| 25 | control of this wallet; right? | 03:25:36 |

242

| | |
|---|---|
| 1 | A   I think that's speculation.  I just stated | 03:25:39 |
| 2 | I can't conform or deny -- I can't confirm anything |
| 3 | that you're telling me short of verifying the wallet |
| 4 | address, which I'm unable to do at this moment. |
| 5 | Q   Okay.  Well, let's use circumstantial | 03:25:58 |
| 6 | evidence.  If you look here in the outflow section |
| 7 | of this wallet, you see that this wallet is sending |
| 8 | a lot of money to Kraken, do you see that? |
| 9 | A   Again, I can't independently verify if |
| 10 | that's a legitimate transaction because I haven't -- | 03:26:14 |
| 11 | I -- I haven't had time to analyze this. |
| 12 | Q   It's also sending transactions to |
| 13 | Coinbase; correct? |
| 14 | A   Of -- I will repeat what I just said, I |
| 15 | haven't had a chance to independently verify the | 03:26:28 |
| 16 | status and ensure it's accurate. |
| 17 | Q   Okay. |
| 18 | But surely if you went through your books, |
| 19 | you have accounting of where all the money was sent |
| 20 | from these wallets; correct? | 03:26:43 |
| 21 | A   If you -- are you referencing the wallet |
| 22 | addresses on screen? |
| 23 | Q   I'm referencing every transaction made by |
| 24 | the treasury wallets under your control? |
| 25 | A   Yes, there should be a record of all of | 03:27:01 |

243

| | |
|---|---|
| 1 | transactions from those wallets. | 03:27:04 |
| 2 | Q   You see on the screen that it says, this |
| 3 | wallet was completely drained by July 6th, 2022? |
| 4 | A   Again, I haven't had a chance to |
| 5 | independently verify if this is even legitimate | 03:27:27 |
| 6 | information.  And further, we have yet to even |
| 7 | determine if this wallet address is accurate and one |
| 8 | of the ones that was in my possession, since we |
| 9 | haven't been able to confirm the address. |
| 10 | Q   So are you suggesting that Nelk would send | 03:27:41 |
| 11 | 3,392 ETH, which is $8 million more than that, to a |
| 12 | wallet that they do not control? |
| 13 | ATTORNEY LI:  Objection.  Misstates |
| 14 | testimony. |
| 15 | THE WITNESS:  Yeah, it's a complete | 03:27:56 |
| 16 | misstatement.  I never said that. |
| 17 | Further, I wasn't in control of transfers |
| 18 | out of the main wallet where all the funds were |
| 19 | deposited to, which we've covered at length |
| 20 | throughout this testimony.  So I can't speak to | 03:28:09 |
| 21 | those, you'd have to ask Alan about that. |
| 22 | BY ATTORNEY KHERKHER: |
| 23 | Q   Would it be reckless to send $8 million |
| 24 | and not know where it goes? |
| 25 | ATTORNEY LI:  Objection. | 03:28:20 |

244

| | |
|---|---|
| 1 | THE WITNESS:  As I've stated, I wasn't in | 03:28:21 |
| 2 | control of sending that money.  You should ask the |
| 3 | individual -- if this is even a legitimate |
| 4 | transaction.  You should ask the person who sent the |
| 5 | money. | 03:28:31 |
| 6 | BY ATTORNEY KHERKHER: |
| 7 | Q   So what you're suggesting, Mr. Hill, is if |
| 8 | you go and get the transactions, which you are privy |
| 9 | to, we can have another conversation and go through |
| 10 | each of them? | 03:28:44 |
| 11 | ATTORNEY LI:  Objection.  Misstates |
| 12 | testimony. |
| 13 | THE WITNESS:  Can you rephrase? |
| 14 | BY ATTORNEY KHERKHER: |
| 15 | Q   No. | 03:28:58 |
| 16 | A   Well, short of the misrepresentation, I |
| 17 | can't verify any transactions, as I've already |
| 18 | stated, without verifying the wallet addresses and |
| 19 | checking the records. |
| 20 | Q   But records exist? | 03:29:11 |
| 21 | A   There should be a complete list of all |
| 22 | transactions, yes. |
| 23 | Q   And where would those be? |
| 24 | A   Which transactions are you referring to? |
| 25 | Q   All of the transactions outbound from | 03:29:24 |

245

```
1   these treasury wallets?                           03:29:26
2       A   There they should be -- they should be
3   compiled, yes.  Do I know off the top of my head
4   exactly where that is, if it's with the --
5       (Reporter clarification.)                      03:29:39
6       THE WITNESS:  Apologies.
7       Do I know exactly off the top of my head,
8   where that list is?  No.  But there should be a
9   record of it that we would be able to retrieve.
10  BY ATTORNEY KHERKHER:                              03:29:48
11      Q   And who would be best to ask where that
12  record is?
13      A   For clarification, we're talking about the
14  record treasury wallets?
15      Q   Yes, the record of the treasury wallet and 03:30:00
16  the transactions outflowing from the treasury
17  wallets?
18      A   The best person to ask would be myself or
19  Alan.
20      Q   So the best person to ask is yourself, but 03:30:19
21  you can't give me the answer, 'cause you need to go
22  look at the transactions; is that correct?
23      A   I think it's a misstatement.  In part,
24  that is correct, that I have to go and take a look
25  at the records.  But also, short of even verifying 03:30:38
```

246

```
1   this wallet address is one of the -- what you're   03:30:41
2   calling treasury wallets, I'm unable to answer any
3   questions.  It would be purely speculative.
4       Q   Okay.
5       Let's go do the next treasury wallet.          03:30:52
6   Looking for 71c.
7       Okay.  Do you see these string of
8   transactions right here from the Metacard Deployer
9   Wallet to 0x95 . . . e717.  There's a string of them
10  that appear to be on February 3rd, 2022.           03:31:45
11      A   I see on the screen what you're referring
12  to.
13      Q   Okay.
14      I'm going to -- this is 206 ETH.  I'm
15  going to copy this transaction hash.  Paste it in.  03:32:02
16      Do you see on screen, it says, 206 ETH on
17  February 3rd, 2022, from the Metacard Deployer
18  Wallet to the wallet ending in ce71c.
19      A   I see the data on the screen, yes.
20      Q   Okay.                                      03:32:29
21      So you see at the top left this is the
22  same wallet, the ce71c?
23      A   Yeah.
24      Q   Okay.
25      Do you see the transaction starting in         03:32:47
```

247

```
1   early February 2022?                               03:32:50
2       A   Again, I'm going to repeat what I just
3   told you from the previous wallet that we went
4   through.  I don't know if this information is
5   correct.  I haven't had a chance to independently  03:33:04
6   verify it.  And I also don't know if this wallet
7   address is actually one of the wallets that was in
8   my possession of having -- I haven't been able
9   to verify the address.
10      Q   Okay.  But you see here that the funds      03:33:16
11  were almost completely depleted by August 2022?
12      A   Again, I haven't had a chance to
13  independently verify this.  And, again, I don't know
14  if this even -- this is even an address for a wallet
15  I had in my possession without being able to        03:33:33
16  independently go and verify the address.
17      Q   Who else would be in possession of a large
18  wallet that was sent $3 million?
19      ATTORNEY LI:  Objection.  Calls for
20  speculation.                                        03:33:46
21      THE WITNESS:  I -- I think my last
22  two answers are the same.  First of all, we don't
23  know -- I haven't been able to independently verify
24  this information is actually accurate.  But again --
25      (Reporter clarification.)                       03:33:57
```

248

```
1       THE WITNESS:  Sorry.  I normally talk          03:34:07
2   quick.
3       THE COURT REPORTER:  Yes, well, don't do
4   it.
5       THE WITNESS:  Sorry.  Hard habit to break.     03:34:07
6       I haven't been able to independently
7   verify the information.  And, again, I don't know if
8   this wallet address is even a wallet that we had.
9   So I don't know if what you're presenting --
10  presenting to me is even factual or a wallet that    03:34:20
11  was in my possession.
12  BY ATTORNEY KHERKHER:
13      Q   Okay.  Well, if you look at my screen, you
14  can see that this wallet transferred money to stake.
15      A   Sorry, is there a question there?          03:34:57
16      Q   Yeah.  Do you see that?
17      A   I see the data on the screen.  And, again,
18  I can't verify it's legitimate or accurate.
19      Q   Okay.
20      And again, you have the ability to             03:35:14
21  identify what wallets you have had access to;
22  correct?
23      A   If I go and check our -- the records,
24  there's -- yes, the data -- the addresses exist and
25  can be verified and cross-referenced.              03:35:31
```

62  (Pages 245 to 248)

Drew Hill - 11/7/2025

249

```
1       Q   It's your testimony that the wallets you      03:35:34
2   had access to, you did not send funds to Stake?
3       A   I do not ever recall an instance of the
4   wallets that I had making a transaction to Stake.
5       Q   Do you recall somebody else using the         03:35:53
6   wallets and sending them to Stake?
7       A   I do not recall that either.
8       Q   If a blockchain expert took a deposition
9   or wrote a report that said, I have audited the
10  blockchain, and I can find out or I can attest that   03:36:25
11  the funds were sent to Stake, would you agree that's
12  bad? Just common sense bad?
13          ATTORNEY LI: Objection. Calls for
14  speculation.
15          THE WITNESS: I think your question is         03:36:47
16  extremely speculative. And it's something that's
17  not happened, so I can't, you know, opine on that
18  for you.
19  BY ATTORNEY KHERKHER:
20      Q   Okay.                                          03:36:56
21          Let's go do the next treasury wallet.
22  No. 4f. 4f. Here we go. Okay.
23          Mr. Hill, do you see these transactions
24  here from the Metacard deployer wallet to
25  0x26 . . . 804f? We see one transaction here for      03:37:24
```

250

```
1   85.78 ETH. This is on February 10th, 2022.            03:37:35
2       A   I -- I see that -- what you're referring
3   to, yes.
4       Q   You see what's on the screen? Okay.
5          Going to copy the transaction. Going to       03:37:52
6   paste. Do you see here 85.78 ETH on February 10th,
7   from the Metacard deployer wallet to this wallet
8   that ends in 480f?
9       A   I see the data you're referring to on the
10  screen.                                                03:38:16
11      Q   Okay.
12          Do you see here that this wallet was
13  initially funded in late January 2022 and completely
14  wiped out by July 2022?
15      A   Again, at the -- at -- at the chance of        03:38:47
16  sounding exhaustive, I don't know if this data is
17  even accurate or correct since I haven't had a
18  chance to review it myself. In addition to that, I
19  don't know if this wallet address is even one of the
20  wallet addresses that were in my possession so . . .   03:39:09
21      Q   So to -- to your knowledge, other than the
22  deployer wallet, what wallets were not in your
23  possession?
24          ATTORNEY LI: Objection.
25          THE WITNESS: I -- I don't know the            03:39:20
```

251

```
1   definitive number of other wallets that may exist.    03:39:23
2   You'd have to ask Alan for what he had in his
3   possession in addition to what you're asking me to
4   get a collective response.
5   BY ATTORNEY KHERKHER:                                  03:39:37
6       Q   So it's a coincidence that in my notes, I
7   wrote down that there's five main treasury wallets.
8   And earlier today you told me you were in -- handled
9   five treasury wallets. But these wallets aren't
10  your wallets; is that your testimony?                  03:39:55
11          ATTORNEY LI: Objection. Misstates
12  testimony.
13          THE WITNESS: It's a misstatement. What I
14  recall stating was that I believe it was five in my
15  possession. Further to that, I -- I -- I don't        03:40:07
16  recall what you said at the last part of your
17  statement there. But I -- I disagree with it.
18  BY ATTORNEY KHERKHER:
19      Q   Okay.
20      A   If you can restate, that would be great.       03:40:16
21      Q   Mr. Hill, do you guys use Gemini?
22      A   I don't recall having used it.
23      Q   Do you know anybody in the Nelk
24  organization who does use Gemini?
25      A   I am not going to speculate. I don't know     03:40:34
```

252

```
1   definitively.                                          03:40:37
2       Q   Okay.
3          Mr. Hill, do you see this wallet made a
4   transaction to John at podcasting on OpenSea. And
5   if I copy the wallet address and then put it into     03:41:00
6   OpenSea, the full wallet address, podcasting,
7   John Shahidi pops up?
8       A   Again, I don't know if this data is
9   accurate since I haven't had a chance to go
10  authenticate it myself. In addition, we've            03:41:19
11  discussed at length that we don't know for sure
12  without speculating that that wallet is indeed owned
13  by John Shahidi.
14      Q   Okay.
15          Mr. Hill, what's Rollbit?                      03:41:30
16      A   I'm unsure.
17      Q   Okay.
18      A   I cannot recall what that is.
19      Q   Rollbit.com, crypto casino, NFT gambling,
20  and 100X trading. Rollbit is unavailable in your      03:41:56
21  country.
22          Mr. Hill, were funds from the Metacard NFT
23  project sent to Rollbit?
24      A   I don't know without going through my --
25  the records of transactions that I have. Again, I     03:42:26
```

63 (Pages 249 to 252)

**Drew Hill - 11/7/2025**

253

1  can't verify the authenticity of this data you're          03:42:29
2  showing here. In addition to that, I do not recall
3  ever making a transfer to Rollbit.
4      Q   Okay. Well, from my non-crypto expert
5  layman looking at a screen, I'm seeing one, two,          03:42:52
6  three, four transactions to Rollbit. Do you see the
7  same?
8      A   You see data on the screen that states
9  what you're saying. But, again, I can't
10  authenticate the accuracy of such data. And, again,          03:43:14
11  I don't ever recall making a transaction to Rollbit.
12      Q   Because gambling with Metacard funds would
13  be bad; right?
14      ATTORNEY LI:   Objection.
15      THE WITNESS:   Again, I have stated this          03:43:33
16  multiple times. I do not recall any instance where
17  Metacard funds, meant for benefits and other things,
18  were ever used for online gambling.
19  BY ATTORNEY KHERKHER:
20      Q   But you have a ledger of the treasury          03:43:47
21  wallets you controlled and where the corresponding
22  funds went; correct?
23      A   To my knowledge, there's such a ledger
24  that would be able to figure out where transactions
25  were sent. Now, is it coded in a way that looks          03:44:04

254

1  like this, I -- I can't recall. So . . .          03:44:08
2      Q   Okay.
3          Mr. Hill, we're going to take a slight
4  detour. I'm just noticing something here. Who is
5  NeelTPT? I'm going to go to Coinbase. Command V.          03:44:28
6      (Reporter clarification.)
7      ATTORNEY KHERKHER:   Command V., I'm sorry.
8  I'm pasting. I'm sorry.
9  BY ATTORNEY KHERKHER:
10      Q   Who is NeelTPT?          03:44:58
11      A   Are you asking me who owns this account?
12      Q   Yes.
13      A   Again, I can't speculate without knowing
14  definitively who owns this account. Similar to our
15  conversations about Salim, John Shahidi account,          03:45:11
16  SamShahidi2.
17      Q   What's Timepiece Trading?
18      A   I know of a company called
19  Timepiece Trading.
20      Q   Okay.          03:45:25
21          What do they do?
22      A   I don't know exactly everything that they
23  do. You can speak to the owner of that company if
24  you wish to inquire.
25      Q   Who is the owner of said company?          03:45:37

255

1      A   I actually don't know who the owner is on          03:45:39
2  paper. I know people over there who I would
3  consider management, I guess, for a lack of a better
4  term.
5      Q   Okay.          03:45:48
6          That's not right.
7          That's not right too.
8          I'm just going to cut and paste normally.
9          Timepiece -- my keyboard is not enjoying
10  this.          03:46:27
11          Timepiece Trading, watch store in Miami.
12  You're in Miami, aren't you, Mr. Hill?
13      A   I do currently reside in Miami, yes.
14      Q   Okay.
15          Timepiece Trading, LLC. Does          03:46:39
16  Timepiece Trading, LLC, sell luxury watches?
17      A   Based on the page you're showing me, it
18  appears that they sell luxury watches.
19      Q   Okay.
20          So have you ever transferred          03:46:58
21  cryptocurrency to Timepiece Trading or an agent or
22  owner of Timepiece Trading?
23      A   I do not recall ever sending a transaction
24  to the company that you pulled up,
25  Timepiece Trading, LLC.          03:47:21

256

1      Q   Okay. Because sending 16 ETH, or the          03:47:25
2  equivalent of $52,000 meant for the Metacard
3  project, to a luxury watch brand would be bad;
4  correct?
5      ATTORNEY LI:   Objection.          03:47:43
6      THE WITNESS:   I can't, again, authenticate
7  whether this data is legitimate, whether this
8  address is even belongs to a ledger that I held.
9  Anything that you're asking me would be purely
10  speculative.          03:47:55
11  BY ATTORNEY KHERKHER:
12      Q   Okay.
13          Go on to the next treasury wallet.
14          6b.
15          I'm sorry. This is taking so long          03:50:44
16  everyone. Bear with me.
17          6b.
18          Let's do this. I apologize. I am
19  endlessly scrolling here. Let's take a five-minute
20  break, and I won't waste your guys time. Let me          03:52:34
21  find this, and then we can start.
22      ATTORNEY LI:   Okay. That sound good. You
23  want to come back, what, in five, Tommy?
24      ATTORNEY KHERKHER:   Yeah. Five's great.
25      ATTORNEY LI:   All right.          03:52:49

Drew Hill - 11/7/2025

---

257

1    THE VIDEOGRAPHER:  We're off the record at    03:52:49
2  3:52 p.m.
3    (Pause in the proceedings.)
4    THE VIDEOGRAPHER:  This the beginning of
5  Media File No. 9.  We are back on the record at    04:00:38
6  4:00 p.m.
7  BY ATTORNEY KHERKHER:
8    Q   Okay.  Mr. Hill, thanks for bearing with
9  me.  I was able to find the elusive contract address
10  that I was looking for.  You see here on my screen    04:00:54
11  it's a transaction from the Full Send Metacard
12  Deployer to 0xf8 . . . cc6b for 249.03 ETH?  This
13  was done on January 21st, 2022.
14    A   I see what you're referring to on the
15  screen.    04:01:20
16    Q   Okay.
17    Copy the transaction hash.  Plug it into
18  Arkham.
19    Do you see here we have a transaction on
20  January 21st, 2022, from the Full Send Metacard    04:01:34
21  Deployer Wallet for 249.03 ETH?
22    A   I see the data you're referring to on the
23  screen.  I can't attest to the validity of the
24  transaction.
25    Q   Okay.    04:01:54

---

258

1    So I just clicked on the wallet.  You can    04:02:01
2  see here we're talking about 0xf829 . . . cc6b.  The
3  same wallet; correct?
4    A   Presumably yes.
5    Q   Okay.    04:02:18
6    You see here that this wallet was
7  transferred 1.3 million on January 22nd and 23rd and
8  promptly moved all money out of the account just
9  days later?
10    A   Again, as I've stated previously for all    04:02:45
11  these other wallets you're referring to, I can't --
12  I don't know for sure if these records are accurate
13  since I haven't had the chance to check them.  In
14  addition to that, I don't know if the wallet address
15  at the top of the screen is indeed a wallet address    04:03:00
16  under my control.
17    Q   Okay.
18    But do you see here for three transactions
19  inbound from Full Send Metacard wallet 0x9e7,
20  commonly referred to as the deployer wallet?    04:03:16
21    A   Again, I haven't had a chance to check
22  these to determine the validity that -- of what
23  you're showing on the screen is, in fact, accurate.
24    Q   Okay.  And you see this one large
25  transaction to a wallet, we -- we do not know --    04:03:31

---

259

1  that begins with xaaa1d2 for 400 -- or 548 ETH,    04:03:33
2  almost 1.3 million, $1.39 million?
3    A   Again, what I just stated, I haven't had a
4  chance to review this to even determine if it's
5  remotely accurate.  So I can't attest to what you're    04:03:57
6  speaking about.
7    Q   Do you know who owns this wallet 0xaa,
8  et cetera?
9    A   No.
10    Q   Okay.    04:04:14
11    So I just clicked on this wallet, and it's
12  giving me a little profile.  This is 0xaa1d.  It was
13  transferred funds for the first time in January of
14  2022, millions of dollars were sent to it, including
15  direct payments, you see here from the Full Send    04:04:40
16  Metacard Deployer Wallet.  Do you see this right
17  here?  I'm going to highlight it.
18    No.  Now, my computer is -- do you see
19  where 80 percent of the money was sent?
20    A   Again, I haven't had a chance to    04:05:11
21  authenticate any of these transactions you're
22  referring to, so I can't comment on the validity of
23  that transaction.
24    Q   Okay.
25    Mr. Hill, at this point, we've seen -- I    04:05:38

---

260

1  don't know -- how many transactions to stake.com    04:05:42
2  have we seen across five or six separate addresses?
3    A   We've never come to agreement that these
4  transactions are authentic in any way.
5    Q   Okay.  But if they were authentic, you    04:06:00
6  would agree with me that it's bad?
7    A   I am not --
8    ATTORNEY LI:  Objection.
9    THE WITNESS:  You're calling for me to
10  speculate on something that I can't even    04:06:16
11  authenticate.
12  BY ATTORNEY KHERKHER:
13    Q   Let's look at -- we've -- we've reviewed
14  four treasury wallets.  There's one more.
15    Ends with 108.  Here we go.    04:06:34
16    Do you see this transaction from the
17  Full Send Deployer Wallet to this address
18  0x51 . . . a108 for 529 ETH?  This was done on
19  January 21st, 2022.  You see it.
20    A   I see what you're referring to.    04:07:06
21    Q   Okay.
22    I want to copy and paste it.  Going to put
23  it on the screen.  You see here a 529 ETH
24  transaction on January 21st, 2022, from the
25  Full Send Metacard Deployer Wallet to the wallet    04:07:25

---

65  (Pages 257 to 260)

**Ben Hyatt Certified Deposition Reporters**
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

**Drew Hill - 11/7/2025**

261

```
 1   that we just discussed ending in a108; is that     04:07:29
 2   correct?
 3       A   I see the data that you're referring to on
 4   the screen, but I cannot authenticate its legitimacy
 5   at this time.                                        04:07:41
 6       Q   I'm going to click on it.  Do you see the
 7   wallet here ending in fa108 that we've discussed got
 8   its first injection early -- well, not early
 9   January -- but, you know, January 23rd,
10   January 22nd, 2022, and is completely depleted by    04:08:03
11   June 3rd, 2022?
12       A   As we discussed with the past wallets
13   you've brought up, I can't authenticate the
14   legitimacy of these since I haven't had the time to
15   go and do so myself.  So --                          04:08:26
16       Q   Okay --
17       A   -- I don't know if what you're trying to
18   ask me to respond to is even legitimate.
19       Q   Okay.
20          All of the outflows from this wallet go to   04:08:39
21   one place, this wallet 0x2e . . . .  And I can't
22   even tell the end of it.  I gotta copy and paste it
23   to get the end of it, ending in af749.  Do you see
24   that?
25       A   I see the numbers and letters you're        04:09:05
```

262

```
 1   referring to, yes.                                   04:09:07
 2       Q   Do you know who ISO -- Isotowright is?
 3       A   If you're asking me to assume the identity
 4   of this -- of the person or people who owns the
 5   wallet, I -- I won't assume.  I -- I won't assume on 04:09:34
 6   that.
 7       Q   Okay.
 8          What's MoonPay?
 9       A   MoonPay is a crypto -- if I recall
10   correctly, it's a crypto platform where you can buy  04:09:52
11   and exchange crypto.
12       Q   We're going to go back to the treasury
13   wallet, fa108.  So it's your testimony that you
14   don't know if this was a wallet in your possession?
15       A   I think that's a mischaracterization.  I    04:10:18
16   said I'm unable to determine if that is actually
17   legitimate or not at this moment in time.
18       Q   Okay.
19          Well, presumably, if you went back through
20   your records, you can identify what wallets you had  04:10:35
21   control over; correct?
22       A   From my understanding at this time, yes,
23   I'd be able to determine.
24       Q   Okay.
25          All right.  I'm going to stop sharing my     04:10:59
```

263

```
 1   screen for now.  Mr. Hill, today we've covered a     04:11:02
 2   lot.  We agree that you raised $23 million in the
 3   mint; correct?
 4       A   I believe we agreed to that.  I -- I don't
 5   recall.                                              04:11:26
 6       Q   Okay.  And we also agreed that the
 7   royalties were somewhere around $4 million; correct?
 8          ATTORNEY LI: Objection.  Misstates
 9   testimony.
10          THE WITNESS:  Yeah, that's a misstatement.   04:11:35
11   If I recall correctly from the testimony earlier,
12   you asked me if I had known.  And I said my best
13   guess would be the number that you or your firm had
14   put into the -- the court documents that I reviewed.
15   BY ATTORNEY KHERKHER:                                04:11:49
16       Q   So we're talking about $27 million.  Where
17   did the money go?
18       A   It's a very broad question.  Would you
19   please be more specific?
20       Q   How much of the money went to individuals?  04:12:08
21       A   Again, as I've stated multiple times
22   throughout this testimony, I don't know.  I don't
23   have an exact dollar value for you.  I'm unable to
24   speak to that as I was not the one who sent any
25   payments for the main wallet.                        04:12:26
```

264

```
 1       Q   Okay.                                        04:12:28
 2          But not just the main wallet because we
 3   agree that Metacard owned the main wallet, but also
 4   owned the treasury wallets; correct?
 5          ATTORNEY LI:  Objection.                      04:12:40
 6          THE WITNESS:  I -- I don't think we've
 7   agreed on that.
 8   BY ATTORNEY KHERKHER:
 9       Q   Okay.  Did Metacard -- or sorry.
10          Did Nelk own the treasury wallets?           04:12:47
11       A   Are you speaking about Nelk, Metacard, or
12   specific entity?  Could you -- could you clarify a
13   bit?
14       Q   Sure.  Metacard is owned wholly by Nelk;
15   correct?                                             04:13:06
16       A   Correct.
17       Q   Okay.  Did Nelk own the treasury wallets
18   where the funds were sent?
19       A   Just so we're clear, are you asking me did
20   Nelk own the treasury wallets and Metacard did not,  04:13:20
21   or are you asking -- are you using Nelk as an
22   interchangeable term because a wholly owned
23   subsidiary -- or -- or Metacard is a wholly owned
24   subsidiary of Nelk?  So I want to make sure we're
25   clear here.                                          04:13:34
```

66  (Pages 261 to 264)

Drew Hill - 11/7/2025

---

265

| | | 04:13:35 |
|---|---|---|

1    Q   Let's agree they're interchangeable
2  because Metacard is wholly owned by Nelk.
3    A   Okay.  So could you repeat the question,
4  please.
5    Q   Did Nelk own the treasury wallets where          04:13:44
6  funds were sent?
7    A   If we're using -- are we in agreement on
8  the definition of "treasury wallets"?  I believe we
9  are.  I just want to make sure prior to answering
10  the question.                                          04:14:02
11    Q   What is your definition of a treasury
12  wallet?
13    A   My definition -- I believe the definition
14  we've been using throughout today has been wallets
15  that money was sent to from the original Metacard      04:14:17
16  Mint Wallet.
17    Q   Okay.
18    A   Are you in agreement -- we're on the same
19  page --
20    Q   I'm in agreement.                                04:14:28
21    A   Okay.
22    Q   So did Nelk own the treasury wallets?
23    A   Yes.  Based on --
24    Q   So --
25        (Simultaneous speakers interrupted by            04:14:40

---

266

1      the reporter.)                                      04:14:40
2        THE WITNESS:  Said based on recollection,
3  yes.  I don't have anything that says to the
4  contrary.
5  BY ATTORNEY KHERKHER:                                   04:14:48
6    Q   So Nelk is responsible for the outflows
7  from the treasury wallets to wherever they went;
8  correct?
9    A   Just to confirm, you're asking me if Nelk
10  is responsible for every transaction sent off those    04:15:07
11  wallets to wherever any other wallet it went to;
12  right?
13    Q   Yes.  As the owner of the treasury
14  wallets, are they responsible for all outflows from
15  those wallets?                                          04:15:23
16    A   I -- I say yes to that.
17    Q   Okay.
18        So if those wallets sent funds to
19  stake.com, Nelk would be responsible for that?
20        ATTORNEY LI:  Objection.  Calls for          04:15:44
21  speculation.
22        THE WITNESS:  Aside from speculating, I
23  don't think we've even agreed today at any point in
24  the testimony that -- that -- we verified any
25  transaction where money has been sent to Stake.         04:15:58

---

267

1  It's been speculative, but not defined or proven.       04:16:00
2  BY ATTORNEY KHERKHER:
3    Q   Okay.  And, again, if -- if it is
4  confirmed, is Nelk responsible for that transaction?
5    A   Again, you're using a hypothetical what if        04:16:15
6  anything.  If it's not proven, I don't wish to
7  speculate on it.  So I'm not going to speculate.
8        ATTORNEY KHERKHER:  Okay.
9        I'm just going to make a record.  Mr. Hill
10  is being unresponsive.  He's not answering my          04:16:32
11  questions.  We'll move on.
12        ATTORNEY LI:  And we disagree with that
13  characterization.
14  BY ATTORNEY KHERKHER:
15    Q   Yeah.                                            04:16:40
16        Do you have any reason to believe data has
17  been deleted about the Metacard project?
18    A   Can you define data or data?
19    Q   Documents.
20    A   I don't believe anything -- I don't recall       04:17:06
21  anything being deleted.
22    Q   What about communications such as text
23  message or WhatsApp?
24    A   I don't recall on my end.  I won't speak
25  for the entire company of anything that's been          04:17:23

---

268

1  deleted.  However, that's prior to the litigation       04:17:25
2  hold that you guys -- or was circulated a while ago.
3  So I'm not in control of other people's devices, so
4  I can't speak to theirs.  But on mine, I don't
5  recall of anything ever that's been deleted.            04:17:40
6        ATTORNEY LI:  And, Mr. Hill, I'll just
7  caution you to not answer in any way that would
8  reveal any privileged information.
9  BY ATTORNEY KHERKHER:
10    Q   And where are all of your relevant            04:17:55
11  documents located?
12    A   Can you please be more specific?
13    Q   Sure.
14        Earlier in this -- earlier in this
15  deposition, you told me that when you log into          04:18:06
16  e-mails, you use Google; correct?
17    A   That is correct.
18    Q   So do you use the G Suite for intercompany
19  documents?
20    A   Depending what document it is, but, yes,         04:18:21
21  we do use aspects of G Suite.
22    Q   Is that the main area you save documents?
23    A   I can't speak for the entire company.
24  However, for myself, it is where I keep the majority
25  of it -- depending on the type of document in           04:18:45

---

67  (Pages 265 to 268)

269

```
1  G Suite.                                          04:18:49
2     Q  Okay.
3         Is there a ledger that exists with respect
4  to the Metacard that lays out where every single
5  dollar raised in the Metacard was spent?          04:19:02
6     A  I don't know for certain there's a ledger
7  that has everything down to the penny as you said.
8     Q  Okay.
9         You'd agree with me that keeping track of
10 money is a very basic form of corporate stewardship; 04:19:24
11 correct?
12    A  I agree.  And I don't want this to be
13 mischaracterized.  I never stated that it wasn't
14 kept track of.  I just never said there was one
15 combined ledger down to every single penny that you 04:19:44
16 have described.
17    Q  So do you keep multiple ledgers?
18    A  Can you be more specific, multiple ledgers
19 as --
20    Q  Well, you just said there isn't           04:19:57
21 one ledger.  So my question is are there multiple
22 ledgers?
23    A  I don't know the number because I wasn't
24 involved in every transaction.  So I can't speak to
25 the number of ledgers.                            04:20:10
```

270

```
1     Q  Did the treasury deployer wallet or         04:20:17
2  royalty funds ever fund unrelated Nelk or Full Send
3  projects?
4         ATTORNEY LI:  Objection.  Vague.
5         THE WITNESS:  Can you be more specific?    04:20:37
6  BY ATTORNEY KHERKHER:
7     Q  Did the funds raised in Metacard, were
8  they ever used for unrelated ventures?
9     A  As I've said multiple times previously in
10 this deposition, I don't recall any instance where  04:20:58
11 funds raised by Metacard that were meant for
12 benefits or anything else were used for something
13 other than Metacard.
14    Q  It's your testimony that the $27 million
15 raised, which generated a Snoop Dogg concert and one 04:21:13
16 or two meet-ups was appropriate for $27 million?
17        ATTORNEY LI:  Objection.  Misstates
18 testimony.
19        THE WITNESS:  Can you rephrase?  I think
20 it's a mischaracterization of the benefits we        04:22:01
21 delivered.  I went at length through a list earlier
22 what I recall the benefits we did deliver, which you
23 misrepresented just now.
24 BY ATTORNEY KHERKHER:
25    Q  Okay.  So were those --                     04:22:08
```

271

```
1         (Reporter clarification.)                   04:22:13
2         THE WITNESS:  I said of which you just
3  misrepresented right now.
4  BY ATTORNEY KHERKHER:
5     Q  In your own opinion, were the events that   04:22:28
6  you listed worth $27 million?
7     A  I told you earlier in my testimony, as a
8  Metacard holder, I am satisfied with the way the
9  project has played out.
10    Q  Okay.                                        04:22:53
11        By the way, how much -- how much did it
12 cost to have Snoop Dogg play at the concert?
13    A  For sake of clarity, are you asking me how
14 much money I paid to his representatives?
15    Q  Yes.                                         04:23:12
16    A  I -- I don't recall the exact figure.
17    Q  Was it, in your good-faith estimate as
18 director of operations of Nelk, over $10,000?
19    A  Yeah.
20    Q  Was it over $50,000?                         04:23:28
21    A  Yes.
22    Q  Was it over a hundred thousand dollars?
23    A  Yes.
24    Q  Was it over $200,000?
25    A  No.                                          04:23:40
```

272

```
1     Q  Okay.  Was it close to a hundred and fifty  04:23:42
2  thousand dollars?
3     A  That's my recollection of the payment I
4  made.
5     Q  Okay.  Where did the remaining $26,850,000  04:23:51
6  go?
7     A  Very broad question.  Could you please
8  specify a little bit.
9     Q  What is the biggest single expenditure
10 that you made or know of on Metacard?               04:24:13
11    A  I -- I, at this moment in time, can't
12 think of an example that I can sit here and
13 wholeheartedly back and support as the most
14 expensive expenditure that I made or has been made
15 of my knowledge 'cause, again, I'm not part of every 04:24:36
16 single planned transaction in this Metacard project.
17    Q  Do you think the Snoop Dogg concert was
18 the most expensive event --
19        ATTORNEY LI:  Objection.  Objection.
20 Calls for speculation.                              04:24:51
21        THE WITNESS:  I'm not going to speculate,
22 but I'm going to go back to earlier in my testimony
23 when I said that I paid in a good faith -- over a
24 hundred thousand dollars was paid out in affiliate
25 payments to Metacard holders.                       04:25:08
```

68 (Pages 269 to 272)

Drew Hill - 11/7/2025

273

1    BY ATTORNEY KHERKHER:                    04:25:10
2    Q   Okay.
3        So we're at a hundred and fifty thousand
4    dollars for Snoop Dogg and a hundred thousand
5    dollars for affiliate payments which presumably the    04:25:16
6    affiliates had to work for.  Where is the
7    remaining --
8    A   Again --
9    Q   -- $26,750,000?
10   A   You're misrepresenting what I said.  I    04:25:35
11   never gave the exact figure of a hundred thousand
12   dollars, which you're using in your question.
13       In addition to that, I think it's overly
14   broad and I'm not going to speculate.  And I'm not
15   part of every single transaction as part of    04:25:49
16   Metacard.  So I don't think I can answer your
17   question accurately.
18   Q   And you can't recall the first time you
19   were told about Metacard?
20   A   No.  If I recall earlier from the    04:26:05
21   testimony, I believe we agreed -- or it came down to
22   somewhere in the back half of '21.
23   Q   You can't recall when you stopped working
24   on Metacard personally?
25   A   Again, I said -- I never stated that.  I    04:26:28

274

1    think it's a misrepresentation.  I said previously    04:26:30
2    in the testimony I don't have any current
3    responsibilities, and we never drilled down anything
4    on what you -- what else you stated.
5    Q   But it's your representation that somebody    04:26:43
6    somewhere is still working on the Metacard project.
7        ATTORNEY LI:  Objection.  Misstates
8    testimony.
9        THE WITNESS:  Would you want to rephrase
10   the misstatement?    04:26:59
11   BY ATTORNEY KHERKHER:
12   Q   Sure.  Is somebody somewhere working on
13   the Metacard project today?
14   A   Yeah.  I mean, our benefit of the
15   Bored Jerky that came out of Metacard and holders    04:27:11
16   were able to participate in is still actively being
17   worked on to this day.  If you want details about
18   that, you can go ask John.
19   Q   Sure.
20       Mr. Hill, are you aware that in order to    04:27:23
21   receive the Bored Jerky benefit, the cardholder
22   needed to give up their Metacard rights?
23       ATTORNEY LI:  Mr. Hill, I'll instruct you
24   to only answer that if you can do so without
25   revealing any privileged information.    04:27:40

275

1        THE WITNESS:  I don't know the specifics    04:27:44
2    of what was included and -- and the agreement
3    between -- that went on there.
4    BY ATTORNEY KHERKHER:
5    Q   Okay.    04:27:52
6        But you would agree with me that the
7    representations made in advertising the Metacard
8    were this would be exclusive access for Nelk in the
9    long term; correct?
10   A   Again, as we've covered earlier, if you    04:28:14
11   want to get more details about what Kyle and John
12   stated in the -- in their marketing via whether it's
13   the podcast or Instagram, you can go ask John and
14   Kyle --
15       (Reporter clarification.)    04:28:28
16       THE WITNESS:  Whether on the podcast,
17   Instagram posts, et cetera, you can go ask John and
18   Kyle what they meant by their statements.
19   BY ATTORNEY KHERKHER:
20   Q   Okay.  Mr. Hill, I'm going to share my    04:28:40
21   screen again, and we're going to watch a video.
22   Okay?
23   A   Sounds great.
24   Q   Okay.
25       Click on this.  Okay.    04:29:46

276

1        Can you see my screen?  It says -- the    04:29:53
2    title is "The Nelk Boys on Business" -- "on the
3    Business of Happy Dad, NFTs, and Signing Athletes."
4    Here's the YouTube link on February 19th, 2022.
5    A   Sorry.  I only see your in-box.    04:30:06
6    Q   Oh, am I sharing the wrong screen?
7    A   Yeah.
8    Q   Probably.
9        Okay.  Is this better or no?
10   A   Yeah.  I see the -- what appears to be a    04:30:30
11   video titled "The Nelk Boys on the Business of
12   Happy Dad, NFTs, and Signing Athletes," https,
13   colon, I'm not going to read the rest.
14   Q   Okay.  You got it.  I'm going to play.
15       (Video playing.)    04:30:47
16   BY ATTORNEY KHERKHER:
17   Q   Can you hear that?
18   A   Yes.
19   Q   So how do you square that with having
20   Metacard holders sign away their rights in order to    04:31:16
21   participate in Bored Jerky?
22       ATTORNEY LI:  Objection.  Lacks
23   foundation.  Calls for speculation.
24       THE WITNESS:  Do I have to answer?
25       ATTORNEY LI:  You can go ahead and answer.    04:31:41

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

**Drew Hill - 11/7/2025**

277

```
1        THE WITNESS: Could you repeat the          04:31:43
2    question?
3    BY ATTORNEY KHERKHER:
4        Q  Yeah.  How do you square the
5    representations you just saw on video with the fact  04:31:48
6    that when Bored Jerky came along, Nelk required
7    Metacard holders to give up their rights to the
8    Metacard in order to participate?
9        ATTORNEY LI:  Objection.  Lacks
10   foundation.  Calls for speculation.              04:32:04
11       THE WITNESS:  There's a few questions
12   embedded in there, so let me get to each one.
13       Firstly, the statements on screen, I can't
14   expand off them.  You'd have to ask Steve himself as
15   to what he meant in that particular clip.       04:32:19
16       Further to that, you misrepresented the
17   fact that when Bored Jerky came along, right at that
18   exact same time, Metacard holders were asked to give
19   up their rights.  That is completely and
20   categorically false.                            04:32:34
21       And as to the decision to make that
22   happen, one, I was not part of it.  Anything else I
23   can't divulge because it's privileged.
24   BY ATTORNEY KHERKHER:
25       Q  Okay.                                     04:32:46
```

278

```
1        Let's watch some other videos while we're   04:32:48
2    here.
3        Okay.  Here's a really quick video.  It's
4    only seven and a half seconds long, the clip from
5    the Full Send podcast announcing the Metacard.   04:33:17
6        (Video playing.)
7    BY ATTORNEY KHERKHER:
8        Q  Okay.  Mr. Hill, in your opinion, in what
9    way was the Metacard like a centralized stock?
10       ATTORNEY LI:  Objection.  Lacks             04:33:42
11   foundation.  Calls for speculation.
12       THE WITNESS:  I'm not going to speculate.
13   If you want to ask Kyle what he meant by that
14   sentence or phrase, you can ask Kyle yourself.
15   BY ATTORNEY KHERKHER:                            04:33:54
16       Q  Let's watch this.
17       (Video playing.)
18   BY ATTORNEY KHERKHER:
19       Q  Mr. Hill, other than a Snoop Dogg concert
20   and an affiliate link and a couple of meet-ups, what  04:34:39
21   utility did the Metacard holders receive?
22       ATTORNEY LI:  Objection.  Asked and
23   answered multiple times.
24       THE WITNESS:  If you want to know the
25   answer, you can look back at the testimony.     04:34:58
```

279

```
1    BY ATTORNEY KHERKHER:                            04:35:01
2        Q  Okay.
3        I have another video.
4        (Video playing.)
5    BY ATTORNEY KHERKHER:                            04:35:52
6        Q  Mr. Hill, did Nelk fail the Metacard
7    holders?
8        ATTORNEY LI:  Objection.
9        THE WITNESS:  I think it's broad.  Can you
10   be more specific?                               04:36:04
11   BY ATTORNEY KHERKHER:
12       Q  Did the Nelk holders get $27 million worth
13   of value?
14       ATTORNEY LI:  Objection.
15       THE WITNESS:  I can't speculate what you    04:36:14
16   believe $27 million of value is worth.  I -- I'm not
17   going to speculate what the holders believe.  You
18   can ask the holders yourself.
19       Again, if we want to go back to what I've
20   already stated, I believe twice now on the record,  04:36:27
21   as a holder myself and someone who purchased the
22   Metacard, I'm satisfied with the project.
23   BY ATTORNEY KHERKHER:
24       Q  Okay.  You're satisfied that the funds
25   raised in Metacard were used for gambling?      04:36:38
```

280

```
1        ATTORNEY LI:  Objection.  Misstates        04:36:41
2    testimony.
3        THE WITNESS:  I have stated at least a
4    dozen or two dozen times, I do not recall any
5    instance ever of Metacard funds that were meant for  04:36:49
6    benefits or anything else being used for online
7    gambling.
8    BY ATTORNEY KHERKHER:
9        Q  Okay.
10       Mr. Hill, are you aware how many refunds    04:37:01
11   you gave -- Nelk gave for the Metacard?
12       A  I'm not sure of the exact amount of
13   refunds given out.
14       Q  Was it over a hundred thousand dollars
15   worth of refunds?                               04:37:53
16       A  It was over $2 million worth of refunds.
17       Q  Okay.
18       Was it over $3 million worth of refunds?
19       A  No.
20       Q  Okay.                                     04:38:11
21       Who was in charge of the refund program?
22       A  I -- could you be more specific?  There's
23   multiple aspects to that program -- or to the
24   refunds.
25       Q  What were the aspects?                    04:38:38
```

**Drew Hill - 11/7/2025**

---

281

1    ATTORNEY LI: I'll instruct you to only    04:38:42
2    answer to the extent you can do so without revealing
3    any privileged information.
4    THE WITNESS: Do you just want me to speak
5    to my role in it?    04:38:50
6    BY ATTORNEY KHERKHER:
7    Q   Sure.
8    A   I was in charge of sending the payments
9    out to everyone who requested a refund.
10   Q   Did you include interest in your refund    04:39:06
11   payments?
12   A   I'm not sure how the exact calculations
13   were done. I was presented a spreadsheet with
14   people's names, banking information, and the amount
15   to wire to them. Someone else was in charge --    04:39:18
16   charge of determining the amount, though I know --
17   I -- I understand interest was included to some
18   aspect. But I can't speak any more to that since I
19   wasn't involved in it.
20   Q   Who -- who would be the person who made    04:39:35
21   the spreadsheet?
22   A   Who compiled all the names, like banking
23   information, et cetera?
24   Q   With the number of -- with the amount for
25   you to wire?    04:39:53

---

282

1    A   I believe two individuals were in charge    04:39:54
2    of that. One was a aforementioned individual
3    earlier in the testimony, Bernardo Garcia who was
4    also a Dis -- you know, Discord moderator as
5    discussed, and another individual by the name of    04:40:07
6    Sav, which is S-a-v.
7    Q   Okay. When did you first hear about the
8    refund?
9    A   I don't recall.
10   Q   Prior to the refund, were you aware of any    04:40:28
11   Metacard holders reaching out to the company and
12   complaining?
13   A   I -- that's broad. Like I said earlier in
14   the testimony, people were disgruntled and
15   expressing their frustration with gyms and how they    04:40:46
16   would only be in certain locations. So I think your
17   question is a little overly broad.
18   Q   Okay.
19   Were you personally aware of any
20   dissatisfaction amongst Metacard holders?    04:41:04
21   ATTORNEY LI: Objection. Asked and
22   answered.
23   THE WITNESS: Do I still have to answer?
24   ATTORNEY LI: You can answer.
25   THE WITNESS: If it's already been    04:41:21

---

283

1    answered, I would just refer you to what I said    04:41:22
2    earlier.
3    BY ATTORNEY KHERKHER:
4    Q   I'm -- I'm of the position you didn't
5    answer the question, Mr. Hill.    04:41:27
6    A   I'm of the position it's been answered.
7    Q   Okay.
8    A   I don't think my attorney would lie to me.
9    ATTORNEY KHERKHER: Just one last time,
10   for fun, I'm going to mark the record as the witness    04:41:46
11   being unresponsive.
12   ATTORNEY LI: And we'll again disagree
13   with that characterization.
14   ATTORNEY KHERKHER: Yeah.
15   ATTORNEY LI: Can we get a check of the    04:41:56
16   time on the record?
17   THE VIDEOGRAPHER: One moment.
18   Six hours and 46 minutes.
19   ATTORNEY KHERKHER: Okay.
20   BY ATTORNEY KHERKHER:    04:42:23
21   Q   I think I got one more question, and then
22   we can go. And by the way, Mr. Hill, you made a
23   comment about your lawyers. Let me just tell you
24   you have very fine lawyers. They're excellent at
25   their job.    04:42:36

---

284

1    ATTORNEY LI: Very kind of you, Tommy.    04:42:37
2    ATTORNEY KHERKHER: All right --
3    THE WITNESS: I'm sure they're
4    appreciative to hear that.
5    BY ATTORNEY KHERKHER:    04:42:44
6    Q   Here's my final question, and then we can
7    get out of here. Is there anything else you wish to
8    add or clarify?
9    A   It's to what effect? Just in general?
10   Q   Yeah, anything that we talked about today.    04:43:02
11   A   Yeah. There's two things I would like to
12   say. The first being I know that there's been
13   questions about the legitimacy or our desire to see
14   the project through and to do best by the community.
15   You guys have called that into question in the court    04:43:20
16   documents. I have never ever recalled one
17   discussion where the best interest of the community
18   was not at the heart of every single decision we
19   ever made. We listen to community feedback all the
20   time.    04:43:34
21   Kyle has made at least, what I can recall,
22   a dozen different comments to me, whether in person,
23   at the office, in a meeting where he has stated that
24   he wants to -- the project at Metacard to be the
25   best project that it could be and he wants to do    04:43:46

---

71 (Pages 281 to 284)

Drew Hill - 11/7/2025

285

1  right by the holders. So I want to get that clear     04:43:51
2  and squared away.
3      Q   Okay. All right. Mr. Hill, I'm done. I
4  hope you know that it's nothing personal. You know,
5  obviously we don't know each other. It's nothing     04:44:05
6  personal. Thank you for sitting through almost
7  seven hours. And, you know, we -- we may meet
8  again, but thank you.
9      A   Yeah, thanks for your time. I appreciate
10  it.                                                   04:44:21
11      ATTORNEY LI:  Tommy, we may have some
12  questions on redirect. I just need to convene with
13  my team. So if you could give us ten.
14      ATTORNEY KHERKHER:  Not a problem. I'm
15  going to go get a water, and then we'll do            04:44:30
16  ten minutes, I guess.
17      ATTORNEY LI:  All right.
18      ATTORNEY KHERKHER:  Come back in
19  ten minutes.
20      ATTORNEY LI:  Sounds good. Thanks.               04:44:39
21      THE VIDEOGRAPHER:  We're off the record at
22  4:44 p.m.
23      (Pause in the proceedings.)
24      THE VIDEOGRAPHER:  This is the beginning
25  of Media File No. 10. We are back on the record at    04:59:21

286

1  4:59 p.m.                                             04:59:24
2      ATTORNEY LI:  We don't have any redirect
3  for Mr. Hill. So we're all set. Thanks, everyone.
4      THE COURT REPORTER:  Okay. Off the
5  record --                                             04:59:35
6      THE VIDEOGRAPHER:  Do you -- do you want
7  copy orders on the record or . . . ?
8      Okay. This concludes the deposition on
9  November 7th, 2025, at 4:59 p.m. Original media
10  will remain in the custody of Ben Hyatt Certified    04:59:49
11  Deposition Reporters.
12      (The deposition concluded at
13      4:59 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

287

1          DECLARATION UNDER PENALTY OF PERJURY
2
3      I, DREW HILL, hereby certify under penalty of
4  perjury that I have read the foregoing transcript of
5  my deposition taken on November 11, 2025; that I
6  have made such corrections as appear noted herein in
7  ink, initialed by me; that my testimony as contained
8  herein, as corrected, is true and correct.
9
10      DATED this _____ day of _____,
11  20_____, at _____,
12  California.
13
14
15
16          _____
17              DREW HILL
18
19
20
21
22
23
24
25

288

1              REPORTER'S CERTIFICATION
2      I, Kyung Lee-Green, Certified Shorthand
3  Reporter, in and for the State of California, do
4  hereby certify:
5      That the foregoing witness was by me duly
6  sworn; that the deposition was then taken before me
7  at the time and place herein set forth; that the
8  testimony and proceedings were reported
9  stenographically by me and later transcribed into
10  typewriting under my direction; that the foregoing
11  is a true and correct record of the testimony and
12  proceedings taken at that time;
13      That before completion of the deposition,
14  review of the transcript ( ) was ( X ) was not
15  requested; ( ) that the witness has failed or
16  refused to approve the transcript.
17      I further certify that I am not an attorney or
18  counsel of any parties, nor am I a relative or
19  employee of any attorney or counsel of the party
20  connected with the action, nor am I financially
21  interested in the action.
22      IN WITNESS WHEREOF, I have subscribed my name
23  this _____ day of _____, 20_____.
24      _____
25          Kyung Lee-Green
              CA CSR No. 12655, CLR

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com