1  COOLEY LLP
   WILLIAM K. PAO (252637)
2  (wpao@cooley.com)
   ARIANA BUSTOS (345918)
3  (abustos@cooley.com)
   355 S. Grand Avenue, Suite 900
4  Los Angeles, CA 90071-1560
   Telephone:  (213) 561-3250
5  Facsimile:  (213) 561-3244

6  BRIAN M. FRENCH (*pro hac vice*)
   (bfrench@cooley.com)
7  RONA S. LI (*pro hac vice*)
   (rproper@cooley.com)
8  KATHERINE BECHTEL (*pro hac vice*)
   (kbechtel@cooley.com)
9  55 Hudson Yards
   New York, NY 10001-2157
10 Telephone:  (212) 479-6000
   Facsimile:  (212) 479-6275

11
   LUKE C. CADIGAN (*pro hac vice*)
12 (lcadigan@cooley.com)
   500 Boylston Street, 14th Floor
13 Boston, MA 02116-3736
   Telephone:  (617) 937-2300
14 Facsimile:  (617) 937-2400

15 *Attorneys for Defendants John Shahidi, Nelk, Inc., Metacard, LLC, Nelk USA, Inc., and Kyle Forgeard*
16

17               **UNITED STATES DISTRICT COURT**

18        **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

19

| | |
|---|---|
| TRENTON SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SHAHIDI, NELK, INC., METACARD, LLC, NELK USA, INC., and KYLE FORGEARD<br><br>Defendants. | Case No. 8:25-cv-161-FWS-DFM<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE OPINIONS OF JEREMY CLARK**<br><br>Courtroom: 10D<br>Judge: Hon. Fred W. Slaughter<br>Date: February 12, 2026<br>Time: 10:00 a.m. (PST) |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

NOTICE OF MOTION & MOTION TO
EXCLUDE CLARK OPINIONS
8:25-CV-161-FWS-DFM

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 12, 2026, at 10:00 a.m. (PST) or as soon thereafter as the matter may be heard in the courtroom of the Honorable Fred W. Slaughter, United States District Judge, located at Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 10D, Defendants John Shahidi, Nelk, Inc., Metacard, LLC, Nelk USA, Inc., and Kyle Forgeard (collectively, "Defendants") will and hereby do move for an order excluding the opinions of Jeremy Clark. Defendants bring this motion pursuant to Federal Rule of Evidence 702. The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Exclude the Opinions of Jeremy Clark.

This motion is made following the telephonic conference of counsel pursuant to Local Rule 7-3, which took place on December 23, 2025.

Dated: December 26, 2025

Respectfully submitted,

COOLEY LLP

 /s/ Brian M. French
BRIAN M. FRENCH (*pro hac vice*)
(bfrench@cooley.com)
RONA S. LI (*pro hac vice*)
(rproper@cooley.com)
KATHERINE BECHTEL (*pro hac vice*)
(kbechtel@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

WILLIAM K. PAO (252637)
(wpao@cooley.com)
ARIANA BUSTOS (345918)
(abustos@cooley.com)
355 S. Grand Avenue, Suite 900
Los Angeles, CA 90071-1560
Telephone:  (213) 561-3250
Facsimile:   (213) 561-3244

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

2

NOTICE OF MOTION & MOTION TO
EXCLUDE CLARK OPINIONS
8:25-CV-161-FWS-DFM

LUKE C. CADIGAN (*pro hac vice*)
(lcadigan@cooley.com)
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Defendants John Shahidi, Nelk, Inc., Metacard, LLC, Nelk USA, Inc., and Kyle Forgeard*

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES (DOWNTOWN)

3

NOTICE OF MOTION & MOTION TO
EXCLUDE CLARK OPINIONS
8:25-CV-161-FWS-DFM