John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara Street, Suite C9
Santa Barbara, California 93101
Telephone: 805-837-2000
john@kristensen.law

Jarrett L. Ellzey* (Texas Bar No. 24040864)
Leigh S. Montgomery* (Texas Bar No. 24052214)
Tommy Kherkher* (Texas Bar No. 24113389)
**EKSM, LLP**
4200 Montrose Blvd., Ste. 200
Houston, Texas 77006
Phone: (888) 350-3931

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS**
(* denotes *pro hac vice*)

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TRENTON SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN SHAHIDI, an individual; NELK, INC. dba NELK, FULL SEND, a Canadian Company, METACARD, LLC, a Delaware Limited Liability Company; NELK USA, INC., a Delaware Corporation; KYLE FORGEARD, an individual, <br><br> Defendants. | Case No. 8:25-cv-161-FWS-DFM <br><br> **CLASS ACTION** <br><br> **PLAINTIFF'S NOTICE OF SUBPOENA OF STEPHEN DELEONARDIS TO TESTIFY AT A DEPOSITION** |

PLEASE TAKE NOTICE, that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff, Trenton Smith, individually and on behalf of all others similarly situated, by counsel will serve the attached subpoena seeking the deposition of Stephen Deleonardis on April 1, 2026 at 10:00 a.m. via Zoom.

Dated: February 6, 2026    Respectfully submitted,

**KRISTENSEN LAW GROUP &**
**ELLZEY KHERKHER SANFORD**
**MONTGOMERY, LLP**

*/s/ Jarrett L. Ellzey*
John Kristensen
Jarrett L. Ellzey
Leigh S. Montgomery
Tommy Kherkher
Josh Sanford

***Attorneys for Plaintiff***

## CERTFICATE OF SERVICE

I hereby certify that on February 6, 2026, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Jarrett L. Ellzey*

Jarrett L. Ellzey
