# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 25-00161-FWS (DFMx) | Date | February 12, 2026 |
|---|---|---|---|
| Title | Trenton Smith et al v. John Shahidi et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | Miriam Baird |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

| Jarrett L. Ellzey | Ariana Elise Bustos |
|---|---|
| Joshua Sanford | Brian M. French |
| Tommy Kherkher | |

PROCEEDINGS:    PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, OR IN THE ALTERNATIVE, MOTION FOR CONTINUANCE PENDING COMPLETION OF CLASS DISCOVERY [94]

DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF JEREMY CLARK [100]

Motions hearing held.   The Court hears oral arguments from the parties.   The Court takes the Motions under submission.   Order to issue.

: ___ 51

Initials of Deputy Clerk    rrp

CC: